**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | |
| ) | **Criminal No. 1:03-CR-00929-NGG-ALL** |
| **JOSEPH MASSINO** ) | |
| ) | |
| **Defendant.** ) | |

### *NUNC PRO TUNC* ORDER APPOINTING COUNSEL

Counsel having requested a *nunc pro tunc* order regarding appointment, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that Kevin McNally is and was appointed as "learned counsel" counsel for Joseph Massino, effective December 10, 2004. This appointment is pursuant to 18 U.S.C. §3005 and 21 U.S.C. §848(q)(4) and Mr. McNally shall have "free access" to Mr. Massino "at all reasonable hours." 18 U.S.C. §3005.

                                                                                                                                                      _____
                                                                                                                                                      NICHOLAS G. GARAUFIS
                                                                                                                                                       United States District Judge

Dated: _____

cc:    Counsel of Record