CRIMINAL CAUSE FOR SENTENCING

BEFORE JUDGE: ___GARAUFIS_____ DATE: ___6/23/05___ TIME: 11:00 AM

DOCKET NUMBER: 02-CR-307_____ TITLE: _USA -V-MASSINO_____
            03-CR-929

DEFT. NAME_JOSEPH MASSINO_____ DFT. #:_____
X_PRESENT, __NOT PRESENT, __ _X__ CUSTODY __ON BAIL

        ATTY FOR DEFT.:_EDWARD MCDONALD_____

                         X_PRESENT, __NOT PRESENT __RET
                                        __PDA
DEFT. NAME: _____DFT. #: _____
      ___PRESENT, __NOT PRESENT, __IN CUSTODY, __ON BAIL

        ATTY FOR DEFT.: _____ __CJA
                      __PRESENT, __NOT PRESENT __RET
DEFT. NAME: _____ __ IN CUSTODY         __PDA
        ATTY FOR DEFT. _____ __ NOT PRESENT

A.U.S.A.: GREG ANDRES_____

DEPUTY CLERK: JOSEPH RECCOPPA_____

COURT REPORTER(S) OR ESR OPERATOR: MICKEY BRYMER_____

INTERPRETER(S): _____ OTHER: _____
    Docket clerks: Enter all information under KCE, then
                 enter other vital event names as needed.

OTHER:
_____SEE JUDGMENT._____