**GOVERNMENT EXHIBIT**

**3500-JM-207(a)**

**12 CR 50 (CBA)**

```
 1   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
 2   --------------------------------------x
     UNITED STATES OF AMERICA,
 3

 4

             versus                      05 CR 60(NGG)
 5
     VINCENT BASCIANO,
 6
                     DEFENDANT.          U.S. Courthouse
 7                                        Brooklyn, New York
     --------------------------------------x
 8                                        April 12, 2011
                                          9:30 a. m.
 9

10

11                    TRANSCRIPT OF TRIAL

12        Before the HONORABLE NICHOLAS GARAUFIS, USDJ

13                        APPEARANCES

14   Representing the Government:  Loretta E. Lynch
                                   United States Attorney
15                                 Eastern District of New York
                                   271 Cadman Plaza East
16                                 Brooklyn, New York 11201
                                   BY:  TARYN MERKL, ESQ.
17                                       JACK DENNEHY, ESQ.
                                         NICOLE ARGENTIERI, ESQ.
18                                       STEPHEN FRANK, ESQ.

19   Representing the Defendant:   GEORGE GOLTZER, ESQ.
                                   RICHARD JASPER, ESQ.
20                                 YING STAFFORD, ESQ.
                                   BETH BOCHNAK, ESQ.

21

22   Reported by:
     Lisa Schmid, CCR, RMR
23   225 Cadman Plaza East
     Brooklyn, New York 11201
24   Phone:  718-613-2644 Fax:  718-613-2379
     Proceedings recorded by mechanical stenography.  Transcript
25   produced by computer-aided transcription.
```

STEINER/DIRECT/FRANK

3                       JOSEPH MASSINO,

4   having been duly sworn, was examined and testified as follows:

5              THE COURT:  Please be seated.

6              THE CLERK:  Sir, just state and spell your full name

7   for the record.

8              THE WITNESS:  Joseph Massino.  M-a-s-s-i-n-o.

9              THE COURT:  You may inquire.

10             MS. MERKL:  Thank you, Your Honor.

11  DIRECT EXAMINATION

12  BY MS. MERKL:

13  Q     Good afternoon, Mr. Massino.

14  A     Good afternoon.

15  Q     Sir, during your life, have you participated in organized

16  crime, the Mafia?

17  A     Yes, I have.

18  Q     Were you a member of a particular family?

19  A     Yes, I was.

20  Q     Which family?

21  A     The Bonanno family.

22  Q     For approximately how many years did you participate in

23  the Bonanno organized crime family?

24  A     Thirty-three, 34 years.

25  Q     Were you ever formally inducted into that crime family?

 1   A     Yes, I was.

 2   Q     When were you formally inducted?

 3   A     June 14th, 1977.

 4   Q     What is the highest position that you held in the Bonanno

 5   organized crime family?

 6   A     I was the boss, official boss.

 7   Q     In what year did you become the official boss of the

 8   Bonanno organized crime family?

 9   A     1991.

10   Q     Until what year did you hold that position?

11   A     204 -- 2004.

12   Q     What happened in 2004?

13   A     I went to trial, I got convicted, and I cooperated.

14   Q     You made a decision to cooperate with the government?

15   A     I made a decision to cooperate with the Government.

16   Q     During that 13-year time period from 1991 to 2004, was

17   there anyone within the Bonanno family who was above you?

18   A     Nobody.

19   Q     As the boss of the Bonanno crime family, what powers did

20   you have?

21   A     Murder, responsible for the family, made captains, break

22   captains.

23   Q     Do you see anyone else in the room here today who had a

24   leadership position with the Bonanno crime family?

25   A     Yes, I do.

MASSINO/DIRECT/MERKL

1   Q    Would you please identify that person?

2   A    Guy sitting there with the gray suit on and the tie.

3           THE COURT:  All right, let the record indicate that

4   the witness has identified the defendant.

5   Q    What is the highest position that the defendant, Vincent

6   Basciano, achieved in the Bonanno organized crime family?

7   A    Acting boss.

8   Q    When did the defendant become the acting boss of the

9   Bonanno organized crime family?

10  A    2004.

11  Q    Where were you at the time?

12  A    I was incarcerated.

13  Q    Have you ever heard of someone named Randy Pizzola?

14  A    Yes, I have.

15  Q    Did you ever have a discussion with a member of the

16  Bonanno organized crime family about what happened to Randolph

17  Pizzola?

18  A    Yes, I have.

19  Q    Who did you speak with?

20  A    Vinny Basciano.

21  Q    What did Vincent Basciano tell you that happened to Randy

22  Pizzola?

23  A    He told me that he killed him.

24          MR. JASPER:  Excuse me, Your Honor, can we have a

25  time?

1          THE COURT:  You can ask on cross.

2          MS. MERKL:  That's my next question, Your Honor.

3          THE COURT:  Go ahead.

4    Q    In what year did you have that conversation with

5    Mr. Basciano?

6    A    The later part of November 2004.

7    Q    Where were you when you first spoke with Vincent Basciano

8    about the murder?

9    A    I called a family meeting in MDC Brooklyn.

10   Q    Could you briefly explain what a codefendant meeting is?

11   A    We would have a codefendant meeting every Friday, all the

12   defendants, all the lawyers and the investigators and Vinny

13   Basciano was there.

14   Q    Just to help the jurors understand what codefendants are,

15   those were people who were indicted together on one case?

16   A    People that are indicted and they're preparing to go to

17   trial, whatever strategy.

18   Q    So you would meet with your codefendants and your

19   lawyers?

20   A    Every Friday.

21   Q    You mentioned that was at the MDC.  What is the MDC?

22   A    Metropolitan Detention Center, it's a holding to prepare

23   to go to trial.

24   Q    Is that a jail?

25   A    It's a jail.

MASSINO/DIRECT/MERKL

```
1    Q     Where is it located?

2    A     Brooklyn.

3    Q     The time of your conversation with Vincent Basciano at

4    that codefendant meeting, what position, if any, did

5    Mr. Basciano hold in the Bonanno organized crime family?

6    A     Acting boss.

7    Q     What is an acting boss in organized crime?

8    A     You're calling all the shots, you're making captains,

9    you're breaking captains.  You basically do whatever you want

10   to do.

11   Q     Did the defendant Basciano ultimately tell you why he

12   killed Randy Pizzola?

13   A     Yes, he did.

14   Q     Why?

15   A     He said he was a scumbag, he was a rat, trouble maker,

16   bad kid.  Chased him to go to Florida, the kid refused to go

17   to Florida.

18   Q     Now I'd like to direct your attention to the Bonanno

19   organized crime family itself.  You mentioned that you were

20   the boss of that family for approximately 13 years; is that

21   correct?

22   A     Correct.

23   Q     As the boss, did you become familiar with traditional

24   organized crime, Italian organized crime in the New York City

25   area?
```

MASSINO/DIRECT/MERKL

```
 1   A    Yes, I did.

 2   Q    How many organized crime families operate in New York

 3   City?

 4   A    Five families operate out of New York City.

 5   Q    What are they called?

 6   A    Gambino Family, Lucchese Family, Genovese Family,

 7   Lucchese [sic] Family, and the Bonanno Family.

 8   Q    In your experience, is the internal organization each of

 9   those five families the same or different?

10   A    It's all the same.

11            MS. MERKL:  May I approach, Your Honor?

12            THE COURT:  Yes, you may.

13   Q    Mr. Massino, I'm showing you what's been marked as

14   Government's Exhibit 1.

15            Is this a fair and accurate representation of the

16   basic organizational structure of an organized crime family?

17   A    Yes, it is.

18            MS. MERKL:  Your Honor, at this time the government

19   offers Exhibit 1 into evidence.

20            THE COURT:  All right.  Government's Exhibit 1 is

21   received in evidence.

22            MR. JASPER:  No objection.

23            THE COURT:  Without objection.

24            (Government's Exhibit 1 received in evidence.)

25   Q    Mr. Massino, if we could just go through the exhibit that
```

```
 1    I just placed on the easel there.  Starting with the top

 2    position --

 3              THE COURT:  Can you see the exhibit?

 4              THE WITNESS:  No, I can't.

 5              MS. MERKL:  Oh, I'm sorry.  Your Honor, if we can

 6    just publish for the jurors' screen.

 7              May I, Your Honor?

 8              THE COURT:  Yes.

 9    Q    Do you see that, Mr. Massino, on your screen?

10    A    Yes.

11    Q    Starting with the top position here, the boss position,

12    what are the responsibilities of a boss in an organized crime

13    family?

14    A    The boss is responsible for the whole family.

15    Q    What about the underboss?

16    A    Underboss is there to assist the boss.

17    Q    And this position here, the consigliere, what is that?

18    A    He's there to help the boss run the family.

19    Q    Is consiglieri an Italian word?

20    A    It's more or less like a lawyer.

21    Q    It means counselor as well?

22    A    Yes.

23    Q    Now directing your attention to this level here, the

24    captains, what are captains in organized crime?

25    A    Each captain's got their own crew.  It can go anywhere
```

1   from two to 20 people.

2   Q    And what are the captain's responsibilities with regard

3   to that crew?

4   A    They service wiseguys.

5   Q    You mentioned wiseguys.  Are those also known as

6   soldiers?

7   A    Made guys.

8   Q    The next rank here on this chart --

9   A    Yes.

10   Q    -- the second from the bottom of the page?

11   A    Correct.

12   Q    You mentioned that captains service soldiers or wiseguys.

13   What do you mean by service?

14   A    Whatever is going on with a wiseguy, he's got to put it

15   on record with his captain.

16   Q    And this rank here, the associate rank, what is that?

17   A    An associate is somebody that's an associate that's not a

18   made wiseguy, and he would report to the wiseguys.

19   Q    So just to be clear about the reporting structure, which

20   direction on this chart does the orders go?

21   A    The orders go from associate to a soldier, soldier to a

22   captain, captain to either the underboss or the boss.

23   Q    I'm sorry, the orders?

24   A    Oh, the orders come from the top, the boss family.  I

25   misunderstood, I'm sorry.

1   Q     And you mentioned being around in your testimony.  What

2   is being around, mean?

3   A     If you're an associate, you're -- basically you're around

4   somebody, wiseguy you could be around, you could be around a

5   captain.  That's -- you're around somebody.

6   Q     And if you're around somebody, what responsibilities do

7   you have to that organized crime superior?

8   A     That you're to service him and put everything on record

9   with your captain.

10  Q     Are you familiar with the term "kicking up"?

11  A     Yes.

12  Q     What is kicking up in organized crime?

13  A     If an associate makes any money, he gives money to the

14  wiseguy, the wiseguy gives money to the captain, the captain

15  is supposed to kick it up to the boss.

16  Q     So on this chart the associates would give money to their

17  soldiers, soldiers would give money to their captains and the

18  money flows up?

19  A     Correct.

20  Q     But meanwhile orders flow down?

21  A     Correct.

22  Q     Are you familiar with any other terms for captain?

23  A     Yes.

24  Q     What are they?

25  A     It could be a skipper, a caporegime, it could be a

MASSINO/DIRECT/MERKL

```
 1   foreman.
 2   Q    Are there any other terms for soldiers?
 3   A    Wiseguy, button man, goodfella.
 4   Q    Are you familiar with term "straightened out"?
 5   A    Yes.
 6   Q    What does that mean?
 7   A    That means you became a member of the organized crime,
 8   you're a wiseguy.
 9   Q    In organized crime, given the structure, are there any
10   rules in organized crime regarding who may discuss organized
11   crime business with whom?
12   A    Yes, there is.
13   Q    Can you describe the general nature of those rules?
14   A    An associate can only talk to the wiseguy that he's
15   around.  And if that wiseguy can't resolve it with another
16   wiseguy in another family, they got to go to a captain.  You
17   got to get your captain go sit down with that captain in
18   another family.
19   Q    Just so we understand, if the soldier wants to discuss
20   something with a captain, can he do that?
21   A    No.
22   Q    Who has to represent the soldier with that captain?
23   A    His captain with the other captain.
24   Q    So just to be clear, soldiers can speak to one another?
25   A    Soldiers, and captains got to speak to captains.
```

MASSINO/DIRECT/MERKL

1   Q    And captains got to speak to captains?

2   A    Correct.

3   Q    What about an associate, who represents him?

4   A    The wiseguy.

5   Q    A made guy, a soldier?

6   A    Made guy, soldier.

7   Q    In general terms, how does one become a soldier?  How

8   does one become a member of organized crime?

9   A    You got to be proposed with somebody that you're around

10  and he'll put your name in and that name would go to me.

11  Q    When you say "proposed," what does that mean?

12  A    You want to put him up to become a wiseguy.

13  Q    And you have say that name would come to you, is that --

14  A    It goes on --

15  Q    -- due to your --

16  A    It goes on a piece of paper and he'll give it to his

17  captain and the captain will give it to me.

18  Q    As boss?

19  A    As boss.

20  Q    And as boss, what would you do with those names?

21  A    I would do them at my convenience.  It could be a year,

22  it could be two years, six months.  And I would -- I would

23  take that name, put it on a piece of paper, right alongside it

24  would be somebody that passed away, natural death, and pass

25  that on to the five families.

MASSINO/DIRECT/MERKL

1  Q    Now, this piece of paper that you just described, you say

2  you would pass around to the five families, let's just break

3  that down.

4           What was the purpose of passing around proposed

5  members' names, the members of the other five families?

6  A    Somebody might know something about that individual

7  that's on that paper, that maybe he's a cooperator, maybe he's

8  a raper, child molester, and they would bring it to my

9  attention.

10 Q    So is this a form of Mafia due diligence to make sure

11 they're not making a guy with a problem?

12 A    Yes.

13 Q    And when you pass the names around to the other five

14 families, you mentioned on one side of the paper would be one

15 with those names and the other side of paper would be another

16 type of name?

17 A    The left side would be the guy you're proposing and the

18 one on the right side would be the guy that passed away, or

19 you got two a year free.  You just put one name there, and you

20 put to the right "free."  You're allowed two free a year.

21 Q    So just to be clear, are there rules in organized crime

22 about how many members each family can induct per year?

23 A    Yes.

24 Q    Just to break it down, what are those rules?

25 A    You can make two a year.  If you have five guys die that

1    year of natural death, you can make them five guys.

2    Q    So you can replace somebody who has died?

3    A    Yes.

4    Q    And you can also make two new people per year?

5    A    Correct.

6    Q    And how was that agreement reached?

7    A    By the commission.

8    Q    And the commission is?

9    A    Five bosses.

10   Q    Five bosses of the families?

11   A    Of the five families, correct.

12   Q    As the former boss of the Bonanno Crime Family,

13   approximately how many induction ceremonies have you

14   personally attended?

15   A    Sixty, 70.

16   Q    Would you please describe for the members of the jury

17   what happens at a Bonanno Organized Crime Family induction

18   family ceremony when you were boss?

19   A    The guy comes in, it could be two or three guys, sit them

20   down, you tell them is this the life you chose, if not,

21   there's the door, you can leave now, because once you say no,

22   you're in here until you die.

23          And they say yes, and you go on and make the

24   ceremony.

25   Q    After that initial warning, what is the ceremony?

1  A     You tell them the dos and don'ts.

2  Q     What are the dos and don'ts?

3  A     Don't fool around with a wiseguy's wife, don't fool

4  around with a wiseguy's daughter, don't sell drugs, put

5  everything on record with your captain, don't ever go to a

6  meeting with a gun, because you could get killed for that.

7  Q     When you say you could get killed for bringing a gun to a

8  meeting, what is the purpose of that rule in your experience?

9  A     Well, if you're meeting with a wiseguy or a captain or an

10 underboss, or any boss, you can't go with a gun.  We're going

11 to think that you got bad intentions.  What are you doing with

12 a gun at a meeting?

13 Q     Are you familiar with the term "omerta"?

14 A     Yes.

15 Q     What does it mean?

16 A     You are not going to talk about anything.  Silence.

17 Q     Is organized crime supposed to be a secret?

18 A     Yes, it is.

19 Q     Are you violating the oath of omerta by testifying here

20 today?

21 A     Yes, I am.

22 Q     Are members of organized crime asked to take any sort of

23 oath to the family during the ceremony?

24 A     Yes, they do.

25 Q     What is that oath?

```
 1    A     If your wife is dying or your kids are dying or your

 2    mother is dying and your captain calls you, you got to drop

 3    everything and you got to go.  The family comes first, the Mob

 4    comes first.

 5    Q     Are members of organized crime asked to take any oath of

 6    violence?

 7    A     Yes.

 8    Q     What is that oath?

 9    A     They tell you to murder, you have to murder.  If your

10    brother is dying or your mother is dying and they call you,

11    you got to leave.  The family comes first.

12    Q     If you're ordered to murder an immediate member of your

13    people, what do you have to do?

14    A     You have to kill them.  If it's your brother, if it's

15    your father, you have to kill them if they give you the order.

16    Q     How is an induction ceremony concluded?

17    A     You get a place with the guy that put you up, the guy

18    that proposed you.  Now, if a wiseguy put you up, you can't go

19    with him because you're his equal, you're both wiseguys.

20    You'll go to with his captain.  If a captain proposes you, you

21    go with -- you go to the captain.

22    Q     Is a made man permitted to tell other made men that he's

23    made?

24    A     No, you can't say that.

25    Q     So how do made guys find out that other people are
```

1    members of organized crime?

2    A    If somebody says, you know, they just straightened John

3    out, John is a wiseguy.  No kidding, I'd like to meet him.

4    Did you meet him?  Yeah, I met him.  I'd like to meet him.  So

5    you'll bring me to meet him.  You'll say, John, say hello to

6    Joe, Joe's a friend of ours and he's a boss of the Bonanno

7    Family.  Joe, say hello to Mike, he's a friend of ours, he's

8    with the Gambino Family.

9    Q    And person who is allowed to perform that introduction,

10   they have to have been previously introduced to each of those

11   men as made members formerly?

12   A    Yes.  Yeah, you have to meet them as a wiseguy.

13   Q    You mentioned the term there, friend of mine versus

14   friend of ours.

15            What does friend of mine mean in organized crime?

16   A    If I'm going with somebody and he's not a wiseguy and I'm

17   talking to a wiseguy, I'll say, "Hey Bob, he's friend of

18   mine."  I'm letting him know that he's not a wiseguy.  If he's

19   a friend of ours, then I'll introduce him as a friend of ours.

20   Q    Friend of ours meaning a made member?

21   A    He's a wiseguy, yes.  He's a friend of ours.

22   Q    Is there a rule in organized crime about speaking about

23   murder?

24   A    Yes, there is.

25   Q    What is the rule?

MASSINO/DIRECT/MERKL

1    A    When I would straighten you out, once that bullet left

2    the gun, you're not supposed to talk about it.  There's only

3    one person that can ask you a question about murder, and

4    that's your boss.  Anybody else ask you about murder, you have

5    the right, don't touch base with your captain, you come

6    directly to me.  He's got no business asking you about murder.

7    Q    You testified about a number of other rules of organized

8    crime when describing the dos and don'ts.

9         In your experience are the rules of organized crime

10   often broken?

11   A    All the time.

12   Q    When you conducted induction ceremonies, what was your

13   practice with regard to advising new members not to bring a

14   gun when meeting with a made guy?

15   A    You bring a gun to a meeting with a made guy, you could

16   get killed.

17   Q    Are you familiar with the term La Cosa Nostra?

18   A    Yes.

19   Q    What does La Cosa Nostra mean?

20   A    La Cosa Nostra means this thing of ours.

21   Q    Is that another term for the Mob?

22   A    Mafia, Mob.

23   Q    Are you familiar with the term "borgata"?

24   A    Yes.

25   Q    What is a borgata?

1   A    This guy is an borgata.  Why you introducing every guy as

2   Bonanno?  You don't have to say Bonanno.  You can say he's a

3   borgata.

4   Q    Another term for organized crime family?

5   A    It's the same thing, yes.

6   Q    In your experience what is a crew in organized crime?

7   A    Every captain's got a crew.  You can have anywhere from

8   two, ten, 15, 20 wiseguys under him.  And then wiseguys have

9   associates under them.  They can have anywhere from five to

10  50.  And they report to the wiseguy, the associates.

11  Q    The wiseguy in turn reports to the captain?

12  A    He puts everything on record with the captain.

13  Q    Are you familiar with the term caporegime?

14  A    Yes.

15  Q    What's a caporegime?

16  A    That's a captain with his crew, we call it caporegime.

17  That's his caporegime.  He's got eight guys in there, ten

18  guys.

19  Q    So it's the same term as his crew?

20  A    Same thing as crew.  It's the same thing.

21  Q    In your experience what is the primary purpose of an

22  organized crime family?

23  A    About making money.

24  Q    In general terms how does one make money by being

25  involved in organized crime?

MASSINO/DIRECT/MERKL

1    A    You could shylock, extortion, bookmaking, policy,

2    anything illegal.

3    Q    You mentioned a number of terms.  What is shylocking?

4    A    Shylocking, you give somebody money and you charge them

5    big every week.

6    Q    What is big?

7    A    The interest.

8    Q    And when you give an individual a shylock loan can you

9    give the jurors an exam of the type of interest or big that

10   might be charged?

11   A    If I give you $1,000, there's two ways you can do it, you

12   can give me 100 a week back.  It's a knockdown loan to pay

13   back 1200.  Or you can you could pay me one point, and you'll

14   just be paying that one point forever until you pay me back

15   the money.

16   Q    When you say, one point --

17   A    1 percent.

18   Q    -- is that 1 percent?

19   A    Yes.

20   Q    And how often is that 1 percent accrued?

21   A    Every week you got to pay it.

22   Q    So at the end of the year it's a 52 percent interest

23   loan?

24   A    That's fair to say.

25   Q    And does the interest -- do those payments, do they ever

MASSINO/DIRECT/MERKL

```
 1    touch the principal of the loan or is it interest only?
 2    A     Only interest, unless it's a knockdown loan.
 3    Q     Those are different types of shylock loans, the knockdown
 4    loan --
 5    A     There's two loans.  There's a knockdown loan; you give a
 6    guy 500, he pays 50 a week, he pays back 600.  That's a
 7    knockdown loan.
 8              The other one, the loan stays there until you pay it
 9    off, pay the principal off.
10    Q     You also mentioned extortion.  How is the Mafia involved
11    in extortion, in general terms?
12    A     They shake people down.  You could have a union and you
13    don't want to put other people there for a union, because it's
14    going to cost you money, so you'll pay the Mob that we protect
15    you that you don't have to put them guys in the union.
16    Q     You also mentioned policy.  What did you mean by policy?
17    A     Policy is numbers, like Lotto, New York Lotto.
18    Q     Except that it's illegal?
19    A     It's illegal.
20    Q     It's policy but on the streets?
21    A     It's illegal, yes.
22    Q     When somebody places a policy bet through somebody in
23    organized crime, how does that work?
24    A     You give a number to somebody, a bookmaker, and if you
25    hit you get paid the next day instead of going to a candy
```

1    store.

2    Q    Instead of going to a candy store to buy a Lotto ticket?

3    A    Yes.

4    Q    You also mentioned gambling in general.  What other

5    types of gambling is organized crime involved in?

6    A    Bookmaking, football, basketball, baseball, hockey.

7    Q    You familiar with the term Joker-Poker machine?

8    A    Yes.

9    Q    What's a Joker-Poker machine?

10   A    That's an illegal Poker Joker machine.  It's like a slot

11   machine.

12   Q    And how is it illegal?

13   A    If you put money in it, you hit, you get paid.

14   Q    That's a form of illegal gambling?

15   A    It's illegal gamble.

16   Q    I'm going back to becoming a member of organized crime

17   briefly.  Are there any rules as to who can become a member of

18   organized crime?

19   A    Yes, there is.

20   Q    What are the rules?

21   A    At one time your father had to be Italian.

22   Q    Did that change?

23   A    I changed it.

24   Q    In your family?

25   A    Yes, I did.

MASSINO/DIRECT/MERKL

```
 1   Q    What rule did you change it to?

 2   A    Both people got to be Italian.

 3   Q    Can women be made in the Mafia?

 4   A    No.

 5   Q    Where geographically did the Bonanno Crime Family operate

 6   when you were boss?

 7   A    Queens; New York; Brooklyn; Montreal, Canada; California;

 8   Vegas; Jersey; Connecticut.

 9   Q    Just to refresh the jurors' recollection, when did you

10   become a member of organized crime?

11   A    1977.

12   Q    At some point did you learn that the defendant Vincent

13   Basciano was being proposed to become a member?

14   A    Yes.

15   Q    When did you learn about that?

16   A    Somebody came with a list in 1990.  I was in Talladega,

17   Alabama.  It's an FCI, it's a prison.  And they brought me a

18   list of names and I okayed it.  And Vinny Basciano was on that

19   list.

20   Q    You said somebody brought you a list.  Who brought you

21   that list?

22   A    My brother-in-law, Sal Vitale.

23   Q    What was Sal Vitale's position in organized crime at the

24   time?

25   A    He was captain in the Bonanno Family.
```

MASSINO/DIRECT/MERKL

1   Q    You said he presented you with a list.  Approximately how

2   many names were included?

3   A    Eight or nine names.

4   Q    And you approved Mr. Basciano for membership?

5   A    Yes.

6   Q    From prison?

7   A    Yes.

8   Q    Just to be clear, what is the highest organized crime

9   rank the defendant ultimately achieved?

10  A    Acting boss.

11  Q    Now I'd like to direct your attention to your personal

12  background, Mr. Massino.

13            When were you born?

14  A    January 10th, 1943.

15  Q    Where did you grow up?

16  A    Queens.

17  Q    Are your parents still alive?

18  A    No, they both passed away.

19  Q    Do you have any siblings?

20  A    Yes, I do.

21  Q    How many?

22  A    I got two brothers.

23  Q    Are they still alive?

24  A    Yes, they are.

25  Q    Where were you raised?

1    A    Queens.

2    Q    When you were growing up, what did your father do for a

3    living?

4    A    My father worked for a food and vegetable store.

5    Q    What did your mother do?

6    A    She was a housewife.

7    Q    How far did you get in school?

8    A    Eighth grade.

9    Q    When you were in grade school, did you get any into any

10   trouble?

11   A    Yes, I did.

12   Q    How so?

13   A    I never went to school.

14   Q    When you were supposed to be attending school, did you

15   work?

16   A    Yes, I did.

17   Q    What kind of job did you have as a kid?

18   A    I delivered newspapers, I worked in a butcher, I worked

19   in a food store.

20   Q    Did you ever get involved in the catering truck industry?

21   A    Yes, I did.

22   Q    What's a catering truck?

23   A    Catering truck is you make sandwiches and you load the

24   truck, you put everything on that truck and you go to

25   factories, junkyards, construction sites, gas stations.

1    Anybody that wants coffee or sandwiches, you would go every

2    day.

3    Q    How did you get involved in the catering truck business?

4    A    My whole family has been in that business.

5    Q    Approximately how old were you when you started working

6    out of catering trucks?

7    A    I started working about ten, 11 years old, making

8    everything.

9    Q    What kind of food did you make?

10   A    Eggplant parmigiano, peppers and eggs.  I peeled

11   potatoes, peeled the eggplant and I cooked everything.

12   Q    Before you finished the eighth grade, did you ever run

13   away?

14   A    Yes, I did.

15   Q    Where did you go?

16   A    I went to Florida.

17   Q    How old were you?

18   A    Fourteen.

19   Q    Why did you run away?

20   A    I was fed up at home.

21   Q    Did you go with anyone?

22   A    Yes, I did.

23   Q    Friend of yours?

24   A    Friend of mine.

25   Q    What was your plan for where you were going to run?

1    A    Go to Florida.

2    Q    How did you get there?

3    A    Hitchhiked.

4    Q    On your way down to Florida did you get arrested?

5    A    Yes, I did.

6    Q    How many times?

7    A    I got arrested twice.

8    Q    What were you arrested for?

9    A    Vagrancy.

10   Q    Where were those charges brought?

11   A    One was is North Carolina, the other was in Lake City,

12   Florida.

13   Q    What ultimately happened to those charges?

14   A    Nothing.  I spent a few days in jail and that was it.

15   Q    Did you ultimately make it to Florida?

16   A    Yes, I did.

17   Q    What city did you go to?

18   A    Miami.

19   Q    What did you do when you got to Miami?

20   A    I was a lifeguard.

21   Q    For approximately how long did you stay in Miami?

22   A    Five, six months.

23   Q    After five or six months what did you do?

24   A    Came back to New York in June.

25   Q    Did you go back home?

MASSINO/DIRECT/MERKL

```
1    A    Yes, I did.
2    Q    Did you go back to school?
3    A    Yes, I did.
4    Q    Where did you go to school when you returned from
5    Florida?
6    A    It's like a 611 school, it's like a sort of reform
7    school.
8    Q    Approximately how long did you attend that sort of reform
9    school?
10   A    Six months.
11   Q    What did you do after that six months?
12   A    Then I went to Queens Vocational School.
13   Q    How long did you attend that school?
14   A    Six, seven months.
15   Q    That was the end of your formal education?
16   A    Yes, that was the end of my education.
17   Q    Did you continue working?
18   A    Yes, I did.
19   Q    What kind of job did you have at that point?
20   A    At that point I was working in the box factory.
21   Q    What was your job in the box factory?
22   A    Making boxes.
23   Q    Approximately how long did you have that job?
24   A    About a year, year and a half.
25   Q    Approximately how old were you, sir, when you first
```

1   started committing crimes?

2   A     Probably 12 years old.

3   Q     What kind of crimes did you commit as a kid?

4   A     I robbed pigeons, I robbed a car to go for a joy ride.  I

5   painted somebody's house, somebody was painting, a big white

6   house, they were painting it white, there was other people

7   tarring the roof.  I went and I got tar and I just painted

8   behind the guy who was painting white.  The owner had me by my

9   throat, I must have weighed about 120 pounds.  I got arrested

10  for that.

11  Q     Did you get arrested for the other crimes you committed

12  as well, stealing the pigeons, stealing the car?

13  A     Yes, I did.

14  Q     What kind of pigeons did you steal?

15  A     Homing pigeons.

16  Q     What happened to those charges?

17  A     If I didn't get in any trouble within six months, they

18  went away.

19  Q     Can I direct your attention to 1960.  Did you get married

20  that year?

21  A     Yes, I did.

22  Q     How old were you?

23  A     Seventeen.

24  Q     What was your wife's name?

25  A     Josephine.

MASSINO/DIRECT/MERKL

1    Q    What was her maiden name?

2    A    Vitale.

3    Q    And you mentioned your brother-in-law before.  Did your

4    wife have any brothers?

5    A    That's her brother.

6    Q    What is his name?

7    A    Sal Vitale.

8    Q    Was your brother-in-law also involved in the Bonanno

9    organized crime family?

10   A    Yes, he was.

11        MS. MERKL:  Your Honor, at this time the government

12   offers Exhibit 65 into evidence.

13   Q    Mr. Massino, I'm going to show you a photograph.  Do you

14   recognize the person depicted in that exhibit?

15   A    Yes, I do.

16   Q    Who do you recognize it to be?

17   A    That's my brother-in-law, Sal Vitale.

18        THE COURT:  Government's Exhibit 65 is received in

19   evidence.  Go ahead.

20        Government's Exhibit 65 received in evidence.)

21   Q    What is the highest position that your brother-in-law

22   obtained in the Bonanno Organized Crime Family?

23   A    He was official underboss.

24   Q    How did Sal Vitale become the official underboss of the

25   Bonanno Family?

1   A     I made him the underboss.

2   Q     Approximately when?

3   A     1993.

4   Q     Did your brother-in-law have any nicknames?

5   A     Yes, he did.

6   Q     What was his nickname?

7   A     "Good Looking."

8   Q     When you got married in 1960 at age 17, did you continue

9   working?

10  A     Yes, I did.

11  Q     What did you do for work?

12  A     The day I got married I went to work, I worked for Tasty

13  Bread.

14  Q     What kind of a company is Tasty Bread?

15  A     It's big bread company that makes bread puts it in

16  supermarkets, delicatessens.

17  Q     What was your job at Tasty Bread?

18  A     I was what they called a swingman, I did everybody's job.

19  If he was feeding doughnuts to the machine, if he was off for

20  two days, I fed doughnuts to the machine.  The other guy was

21  slicing the bread, I would be slicing the bread, or I would be

22  working in the mixing room, throwing the dough in the mixer.

23  Q     Whatever needed to be done?

24  A     Whatever needed to be done I was there.

25  Q     How long did you work at Tasty Bread?

```
 1    A     About two years.
 2    Q     While you were working at Tasty Bread in the early 1960s,
 3    did you also commit crimes?
 4    A     No, I didn't.
 5    Q     After Tasty Bread, did you get another job?
 6    A     Yes, I did.
 7    Q     What was the next job you had?
 8    A     My uncle said, "I'm going to get a truck, and we're going
 9    to try to build you a route, you can make a decent living."
10    So he got me a truck, and I went out and I went to junkyards,
11    factories, and I wound up building a good route.
12    Q     This is the catering truck at this time?
13    A     This is the catering truck, yes.
14    Q     That you described before?
15    A     Yes.
16    Q     Ultimately did you get your own truck?
17    A     Yes, I did.
18    Q     What year did you get your own truck?
19    A     '64.
20    Q     Did you name your truck?
21    A     Yes, I did.
22    Q     What did you name it?
23    A     J&J Catering.
24    Q     What did that stand for?
25    A     Joe and Josephine.
```

```
 1    Q    Your wife?

 2    A    No.

 3    Q    You and your wife?

 4    A    Yes.

 5    Q    What sort of places did your catering truck service?

 6    A    I serviced factories, car dealerships, junkyards,

 7    trucking companies.

 8    Q    In what part of the city?

 9    A    Maspeth, Queens and Long Island City, Queens.

10    Q    How long did you have your J&J Catering truck for?

11    A    I sold it in 1981.

12    Q    Starting in the early 1960s to the late 1960s, were you

13    involved in crimes?

14    A    Yes, I was.

15    Q    What kind of crimes were you involved in?

16    A    Bookmaking, murder, breaking and entering.

17    Q    We'll turn to the murder in a minute.

18         You mentioned bookmaking.  What kind of bookmaking

19    were you involved in?

20    A    At that time I was taking numbers.  I would start at the

21    lumberyards and factories.  If you wanted to bet a number with

22    me, you could bet a number with me.  I had a dollar limit.  If

23    you played a number for a dollar, you got $500.

24    Q    Is that sort of the policy gambling you described before?

25    A    Policy, yes.
```

MASSINO/DIRECT/MERKL

```
1    Q    You also mentioned breaking and entering.  What did you
2    mean by that?
3    A    We would break and enter into factories and we would rob
4    blouses, sweaters.
5    Q    During that time period, from the early 1960s to the late
6    1960s, did you get arrested at all?
7    A    Yes, I did.
8    Q    Approximately how many times?
9    A    Two or three times.
10   Q    Were you convicted of anything?
11   A    No, I wasn't.
12   Q    What happened to all of the charges?
13   A    Got thrown out.
14   Q    Why?
15   A    In 1965 I got locked up for Lotto policy and I paid the
16   detective $500.  It went away.
17             1968, we broke into a factory and we robbed suits
18   and we got pinched.  Made a deal to pay the detective 20,000,
19   10,000 now, and when I go to court, they throw it out, they
20   get the other 10,000.  And that's what we did, gave him
21   20,000.
22   Q    The detective that you described bribing, who did they
23   work for?
24   A    He worked for the burglary squad.
25   Q    New York City Police Department?
```

1    A    Yes, out of Brooklyn.

2    Q    Approximately when did you first become aware of

3    traditional Italian organized crime in New York City?

4    A    In the '60s.

5    Q    You mentioned you were involved in a murder in the '60s?

6    A    Yes, I was.

7    Q    Did you know an individual named Anthony DeDona in the

8    '60s?

9    A    Yes.  Yes, I did.

10   Q    Who was Anthony DeDona?

11   A    He was an associate of the Colombo Family.

12   Q    In the 1960s did you have a discussion with DeDona about

13   his getting into an argument with somebody?

14   A    Yes, I did.

15   Q    Approximately what year did you have that discussion?

16   A    1968.

17   Q    Who would Anthony DeDona argue with?

18   A    He had an argument with a guy by the name of Tommy Zummo.

19   Q    Who was Tommy Zummo?

20   A    He was an associate of the Bonanno Family.

21   Q    Did Tommy Zummo have a good reputation or a bad

22   reputation?

23   A    He had a bad reputation.

24   Q    In what way?

25   A    He'd shoot you in a minute's.  He'd kill you in a minute.

1    Q    Was he a violent man?

2    A    Very violent.

3    Q    As a result of his argument with Tommy Zummo, did Anthony

4    DeDona express to you any concerns?

5    A    He was worried about getting killed and he come to me, he

6    wanted to kill him, and I agreed to kill him.

7    Q    Who was involved in this plot to kill Tommy Zummo?

8    A    Anthony Donato, Lothar Sparling, and a guy by the name of

9    Tommy Delio.

10   Q    And yourself?

11   A    And myself.

12   Q    Starting with Anthony Digano, you mentioned he was a

13   Colombo associate at the time?

14   A    He was an associate with the Colombo Family, yes.

15   Q    What about Do-Do, Joe Pastore?

16   A    Joe Pastore was an associate of the Colombo Family.

17   Q    What about Tommy Delio, did he have any association with

18   organized crime?

19   A    Tommy D, Tommy Delio was an associate with the Genovese

20   Family.

21   Q    Was Tommy Zummo in fact murdered?

22   A    Yes, he was.

23   Q    What happened on the day of the murders?

24   A    We went to a bar in Queens and he was in there.  Anthony

25   said, "Listen, you stay here, we're going to go by my house.

MASSINO/DIRECT/MERKL

1    If Tommy Zummo leaves, just say that girl left, give me a

2    call."

3           I stood in the bar.  When he left, I picked up the

4    phone, I say, "Hey, that girl left."  The guy went home and he

5    got killed in the lobby.

6    Q    Did you later speak to your coconspirators about the fact

7    that Zummo had been killed?

8    A    Yes, I did.

9    Q    In speaking with them did you develop any concerns?

10   A    Yes, I did.

11   Q    What were your concerns?

12   A    They were -- I was loading the gun, and I put the clip in

13   the gun, and when they killed Tommy Zummo, they ran, the clip

14   fell out of the gun.  So we were concerned about fingerprints,

15   they would be on that clip.  It never was.  I didn't get

16   pinched.

17   Q    You never got arrested for that?

18   A    Never got arrested for that.

19   Q    You mentioned the term "pinched" a couple of times in

20   your testimony.  What does pinched mean?

21   A    Pinched means you get arrested.  Just another

22   terminology.

23   Q    Prior to the murder of Tommy Zummo, did you have any

24   discussions with Anthony DeDona, about whether he had

25   permission from anyone in organized crime to kill Zummo?

```
 1   A     Had no permission.  We did what you call cop a sneak,
 2   nobody knows about it.
 3   Q     What was the ordinary rule in organized crime with regard
 4   to murder?
 5   A     You have to get an okay from the boss to murder somebody.
 6   Q     You mentioned a term "cop a sneak."  What is that?
 7   A     We did it without an okay.  Nobody knew we did it, just
 8   the four of us.
 9   Q     So in your experience do organized crime members and
10   associates sometimes cop a sneak or commit an unauthorized
11   murder?
12   A     Yes, they do.
13   Q     Based on your experience, what is the potential
14   consequence of doing a murder in organized crime without
15   permission?
16   A     You murder somebody without getting an okay from a boss,
17   you're going to get killed for that.
18   Q     Prior to Tommy Zummo's murder, had you ever participated
19   in a murder?
20   A     Yes, I did.
21   Q     Prior to?
22   A     No, after.
23   Q     Were you ever charged with the murder of Tommy Zummo?
24   A     No, I haven't.
25   Q     But you told the Government about that murder as part of
```

MASSINO/DIRECT/MERKL

1    your cooperation?

2    A    Yes, I did.

3    Q    If I can now direct your attention to a couple of years

4    after the Tommy Zummo murder.  In 1971 or so, did your work

5    situation change at all?

6    A    Yes, it did.

7    Q    How so?

8    A    I bought a deli.

9    Q    What did you name it?

10   A    M's Deli.

11          MR. GOLTZER:  Forgive me.  Could the witness put the

12   microphone a bit closer.

13          THE COURT:  Yeah, sure, a little closer.

14          THE WITNESS:  I'm sorry.

15          THE COURT:  Ask that question again.  I didn't catch

16   it either.

17   Q    What did you name the deli?

18   A    M's Deli.

19   Q    In what year did you open M's Deli?

20   A    In 1971.

21   Q    So in addition to M's Deli back in the early 1970s, were

22   you involved in any other food services businesses?

23   A    Yes, I was.

24   Q    What other businesses?

25   A    J&J Catering.

MASSINO/DIRECT/MERKL

```
 1    Q    Your truck?

 2    A    My truck.

 3    Q    Did you later open additional businesses?

 4    A    Yes, I did.

 5    Q    What kind of businesses?

 6    A    I opened up -- I ran two cake routes.

 7    Q    What's a cake route?

 8    A    We would buy cake from cake factories and we would

 9    service trucks, or we would go to delis or diners, we would

10    sell pie, pound cake, danish, rolls, bagels.

11    Q    What was your cake route called?

12    A    J&S Cakes.

13    Q    Did you have -- and what was the J&S, what did that stand

14    for?

15    A    Joe and Sal.

16    Q    Your brother-in-law?

17    A    Sal Vitale, my brother-in-law.

18    Q    Was he your partner in those businesses?

19    A    He was my partner.

20    Q    Did you open an additional business with Sal?

21    A    Yes, I did.

22    Q    What business was that?

23    A    We opened up a commissary.  Where them trucks would go

24    was a big warehouse and we had everything in there, milk,

25    coffee, containers, soda.  Whatever you needed to put on that
```

1    truck we had.

2    Q    In connection with your work in the food catering

3    industry, did you meet an individual named Louis Rastelli?

4    A    Excuse me?

5    Q    In connection with your work in the catering truck and

6    catering services industry, did you meet an individual named

7    Louis Rastelli?

8    A    Yes, I did.

9    Q    Who was Louis Rastelli?

10   A    Louis Rastelli was Phil Rastelli's nephew, and Phil

11   Rastelli was the boss of the Bonanno Family.

12   Q    How did you meet Louis Rastelli?

13   A    He used to buy sandwiches from me.  I made sandwiches

14   that he put on that truck and he would service factories and

15   we became close.

16   Q    Were you friendly with Louis Rastelli?

17   A    Yes, I was.

18   Q    Did there come a time that you spoke with Louis Rastelli

19   about his uncle, later identified as Phil Rastelli?

20   A    Yes, I had.

21   Q    Did you eventually meet Phil Rastelli?

22   A    Yes, I did.

23   Q    Approximately when did you first meet Phil Rastelli?

24   A    '73, I believe.  '72, '73.

25   Q    How did you meet him?

MASSINO/DIRECT/MERKL

1  A   He came to my deli with his nephew and he says, "Joe, say

2  hello to Marco.  Phil, this is my friend Joe."

3  Q   Did you then proceed to speak with Joe Rastelli?

4  A   Yes.

5  Q   What did you discuss?

6  A   He says to me, "Listen, you know anything about Tommy

7  Zummo getting murdered?"

8           I said, "No, I don't know anything about it."

9           He says, "Because if I find out who did it, I got an

10 okay from the commission.  I'm going to kill them."

11          I said, "All right."

12 Q   At that point did you know what Rastelli was referring to

13 when he said the commission?

14 A   At that point, no.

15 Q   But in your experience in the Mafia, you later learned

16 that the organized commission was what?

17 A   It was a boss in each family sit on a commission.

18 Q   At a later point in your life as the Bonanno Crime Family

19 leader, did you personally attend commission meetings?

20 A   Numerous commission meetings, yes.

21 Q   At the time of your conversation with Phil Rastelli about

22 Tommy Zummo, did you know what that meant?

23 A   Yes, I did.

24 Q   What did he mean when he related that message to you?

25 A   After he finds out who killed Tommy Zummo, he was going

MASSINO/DIRECT/MERKL

1    to kill them.

2    Q    Did you tell him you were involved?

3    A    No.

4    Q    Now I'm going to show you an exhibit marked Government's

5    Exhibit 53.

6              MS. MERKL:  Your Honor, I believe no objection.

7              THE COURT:  Government's Exhibit 53 is admitted into

8    evidence.

9              (Government's Exhibit 53 received in evidence.)

10   Q    Mr. Massino, do you recognize the person pictured in this

11   photograph?

12   A    That's Phil Rastelli.

13   Q    And does Phil Rastelli have a nickname?

14   A    Yes, he does.

15   Q    What's his nickname?

16   A    His nickname was Rusty.

17   Q    At the time that you met Phil Rastelli, what position, if

18   any, did he have in organized crime?

19   A    He was the official boss of the Bonanno Family.

20   Q    Did there come a time that you went on record directly

21   with Phil Rastelli?

22   A    Yes, I did.

23   Q    Approximately when did you go on record with Rastelli?

24   A    1973.

25   Q    And if you could just refresh the jurors' recollection.

```
 1   What does it mean to go on record?

 2   A    That I'm with him, that nobody could bother me.

 3   Q    Nobody could bother you with regard to what?

 4   A    Organized crime.

 5   Q    And did you have any responsibilities to Rastelli upon

 6   going on record with him?

 7   A    Whatever I did to Tommy.

 8   Q    Whatever illegal activity you were engaged in you had to

 9   give Mr. Rastelli notice?

10   A    After the fact.

11   Q    How did it come about that you went on record with

12   Rastelli?

13   A    I was at party at his house in Brooklyn.  And he says,

14   "Come on, let's go in the yard."  I went in the yard and he

15   said, "Joe, you're with me now, you're on record."  I told

16   him, "Thank you."

17   Q    What kind of crimes did you commit when you first went on

18   record with Rastelli?

19   A    I was in the cigarette business bringing cigarettes from

20   North Carolina with no taxes.  I was taking numbers.  I was

21   selling swag.  And I was breaking and entering factories and

22   robbing.

23   Q    You mentioned swag.  What is swag?

24   A    Stolen goods, we call it swag.  If I rob a truck and it's

25   got stuff on it, that's swag, stolen goods.
```

MASSINO/DIRECT/MERKL

1    Q    So you would sell the swag to others?

2    A    Yes.

3    Q    You also mentioned that you continued to stay involved in

4    gambling?

5    A    Yes.

6    Q    After you went on record with Mr. Rastelli, did you kick

7    up to Mr. Rastelli, pay him money?

8    A    Every now and then I would throw him something.

9    Q    Under what circumstances?

10   A    If I made a score I would throw him a thousand, 2,000.

11   Q    What about at Christmas time?

12   A    Christmas time I would throw him a couple of thousand,

13   2500.

14   Q    In organized crime is there any tradition at Christmas

15   with regard to money?

16   A    You're supposed to do the right thing.

17   Q    What does that mean?

18   A    Give a Christmas gift.

19   Q    To whom?

20   A    To your boss.

21   Q    Just to be clear, in the '70s, your boss was Phil

22   Rastelli?

23   A    Yes.

24   Q    I'd now like to direct your attention to the mid-'70s,

25   1975.  Were you arrested in that year?

MASSINO/DIRECT/MERKL

```
1    A    Yes, I was.

2    Q    Was that a federal arrest or a state arrest?

3    A    It was a federal arrest.

4    Q    In what district were you arrested?

5    A    This district, Brooklyn, Eastern District.

6    Q    Eastern District of New York?

7    A    Yes.

8    Q    What were you arrested for in 1975?

9    A    They stole -- we stole a trailer and I was following in

10   the trailer and the car in front of me was the FBI that I

11   recognized.  So now what I did, he stopped for a light, I

12   pulled alongside of him.  I said, "You got the FBI behind

13   you."

14   Q    Who did you pull up next to?

15   A    Ray Weam, the driver of the stolen truck.

16   Q    What was your purpose in pulling up next to Ray Weam?

17   A    To tell him, "You got the FBI was behind us."

18   Q    So who all was involved in stealing that truck?

19   A    It was me, Ray Weam, somebody by the name of Wayne

20   Johnson, Sonny Black and Boobie.

21   Q    Starting with Boobie, who is Boobie?

22   A    Boobie was John Cersani.

23   Q    And you mentioned a Sonny Black.  Was that his real name

24   or a nickname?

25   A    No, his real name is Dominick Napolitano.
```

MASSINO/DIRECT/MERKL

1  Q    You also mentioned a Ray Weam and a Wayne Johnson.

2  A    Yes.

3  Q    Were the individuals that you were involved in stealing

4  that truck with in 1975 associates of organized crime?

5  A    Yes, they were.

6  Q    Starting with Sonny Black, what, if any, association did

7  he have to organized crime?

8  A    Sonny Black was a wiseguy in the Bonanno Family.

9  Q    At that point?

10  A    At that point.

11  Q    Did he later achieve a higher position?

12  A    Yeah, he did.

13  Q    What was the highest position that Sonny Black achieved?

14  A    He became a captain in the Bonanno Family.

15  Q    And what about Boobie, was he an associate with organized

16  crime?

17  A    Boobie was an associate at that time.

18  Q    In what family?

19  A    In the Bonanno Family.

20  Q    Ultimately, did he become a member of the Bonanno Family?

21  A    He became a wiseguy in the Bonanno Family.

22  Q    What about Ray Weam and Wayne Johnson?

23  A    They were just associates of the Bonanno Family.

24  Q    Why weren't they made?

25  A    They weren't Italian.

1   Q    Now you've mentioned a couple of nicknames, Sonny Black

2   and Boobie.  Is it common in organized crime for people to

3   have nicknames?

4   A    Yes, all the time.

5   Q    Do you know the real name of everyone you've ever met in

6   the Mafia?

7   A    No, no.

8   Q    Is it common or uncommon to know people by their nickname

9   only?

10  A    Very common.

11  Q    Going back now for a moment to your 1975 arrest, did you

12  challenge that arrest?

13  A    Yes, I did.

14  Q    As part of that challenge, what did you do?

15  A    I went in front of the judge and I sat down.

16  Q    What did you tell the judge?

17  A    They wanted to know why I cut that trailer off.  My deli

18  was right around the corner and I explained to them, there's a

19  triangle and the trailer cut me off, so now the trailer

20  stopped for the light, so I pulled alongside the trailer and I

21  cursed him out.

22  Q    Was that true?

23  A    No, it wasn't.

24  Q    When you told the judge that, were you under oath?

25  A    Yeah, I was.

MASSINO/DIRECT/MERKL

1    Q    Why did you make up a story about why you pulled up next

2    to the trailer?

3    A    To beat the charge.

4    Q    Were you successful?

5    A    Yes, I was.

6    Q    The charges were thrown out?

7    A    Threw the charges out.

8    Q    Were you in fact guilty --

9    A    Yes.

10   Q    -- with attempting to steal that truck?

11   A    Yes, I was.

12   Q    Now I'd like to direct your attention to one year later,

13   1976.  You had mentioned an individual named Joseph or Do-Do

14   Pastore in connection with the murder of Tommy Zummo.  What

15   happened to Joe Pastore in 1976?

16   A    We murdered him.

17   Q    Is this the same Joe Pastore who was involved in the

18   Tommy Zummo murder with you?

19   A    Yes, it was.

20   Q    At that point in time in 1976, were you doing any

21   business with Joseph Pastore?

22   A    Yes, I was.

23   Q    What business were you in?

24   A    We were in the cigarette business, smuggling cigarettes.

25   Buying cigarettes in North Carolina and bringing them back to

```
 1    New York and selling them.

 2    Q    And is that an illegal business or a legal business?

 3    A    It's illegal business.

 4    Q    Why?

 5    A    No stamps.

 6    Q    No taxes?

 7    A    No taxes.

 8    Q    In the mid-'70s was Pastore Rastelli still an associate

 9    of organized crime?

10    A    Yes, he was.

11    Q    What family?

12    A    He was with the Colombo Family.

13    Q    Why was Pastore killed?

14    A    I was to go downtown.  At that point I was an associate

15    and I was answering to underboss in the Bonanno Family by the

16    name of Nicky Glasses.  He says to me, "Joe Bocarro just came

17    here the other day with Tony Franzese, and they want a favor.

18    They're having a hard time getting this guy and we all need

19    allies.  They want to murder him.  Can you set him up?

20            I said, "Well, he comes by my deli every Saturday,

21    give him cigarette money."  And I agreed to do it.

22    Q    So you mentioned a few individuals.  Let's just break

23    down who they are.  You mentioned a Nicky Glasses.  Who is

24    Nicky Glasses?

25    A    Nicky Glasses was underboss of the acting boss of the
```

1   Bonanno Family.

2   Q    And you were reporting to him?

3   A    I was reporting to him.

4   Q    You also mentioned a Joe Brancato.  Who is Joe Brancato?

5   A    At that time Joe Brancato was a captain in the Colombo

6   Family and he was on the panel, running the family.

7   Q    And you mentioned a Franzese.  Which Franzese?

8   A    Tony Franzese.

9   Q    And what was Tony Franzese's association, if any, with

10  organized crime?

11  A    He was a wiseguy in the Colombo Family.

12  Q    Now, after your conversation with Nicky Glasses about how

13  the Colombo Family wanted to kill Pastore, you agreed to help

14  with the murder?

15  A    Yes, I did.

16  Q    Why did you think you could help?

17  A    Because they knew that he was partners with me in the

18  cigarette business, and they were trying to kill him and they

19  couldn't get him.

20  Q    Were you making money at the time with Pastore in your

21  cigarette business?

22  A    Yes, I was.

23  Q    Was your cigarette business lucrative?

24  A    Yes, it was.

25  Q    Why did you agree to participate in this murder?

MASSINO/DIRECT/MERKL

1    A    They asked me to and I felt if I didn't they might kill

2    me.

3    Q    Who might kill you?

4    A    Nicky Glasses.

5    Q    Why were you concerned Nicky Glasses would kill you if

6    you refused?

7    A    He's my boss.  If somebody tells you to do something, you

8    don't do, there could be consequences.

9    Q    In the Mob?

10   A    Yes.

11   Q    Was Pastore in fact killed?

12   A    Yes, he was.

13   Q    Where was he killed?

14   A    We murdered him in my deli.

15   Q    What was your role in the murder?

16   A    I was downstairs.  He said, "I'm going to go upstairs and

17   get the money."  And Tony Franzese was upstairs waiting for

18   him.  When he went upstairs, he shot him and killed him.

19   Q    Did you shoot Do-Do?

20   A    No, I didn't.

21   Q    Were you ever charged with the murder of Do-Do Pastore?

22   A    Yes, I was.

23   Q    Were you convicted of that murder?

24   A    I got acquitted.

25   Q    You were acquitted legitimately or illegitimately?

MASSINO/DIRECT/MERKL

1    A    Legitimately.

2    Q    You didn't bribe the jury?

3    A    No, I didn't bribe no jury at all.

4    Q    You didn't bribe any witnesses?

5    A    Nobody at all.

6    Q    But you told the Government about your actual

7    participation in that murder as part of your cooperation?

8    A    Yes, I did.

9    Q    You mentioned that you were inducted in the Bonanno Crime

10   Family the year after the Zummo murder, in 1977?

11   A    Correct.

12   Q    Do you remember the exact date?

13   A    Yes, June 14th, 1977.

14   Q    The time that you were made, where was Phil Rastelli?

15   A    He was incarcerated.  He was in jail.

16   Q    Do you know why he was incarcerated?

17   A    Yes.

18   Q    What was he charged with?

19   A    Shylocking and extortion.

20   Q    Approximately when was Rastelli sent to prison?

21   A    I believe 1976.

22   Q    How long a sentence was he serving?

23   A    He came home in 1983.

24   Q    Was the day that you were made significant to you?

25   A    I thought it was.

1    Q     Why?

2    A     Everybody talked about it.

3    Q     In what way?

4    A     That they would give their left arm to become a wiseguy.

5    I was happy, yes, I was.

6    Q     So in the '70s you wanted to be made?

7    A     Yes.  I passed the first time.

8    Q     What do you mean by that?

9    A     In 1975, they opened the books.  The books were closed

10   for 19 years.  And Phil Rastelli wanted to put me in there.  I

11   said, "I don't really want it."  I used to call him Monk.  He

12   called me Matthew.  I said, "I'm going to pass, I don't need

13   it, I got you."  He said, "All right."

14         In 1976 he got convicted.  He said, "I need you to

15   be my eyes and ears."  And I agreed to it.

16   Q     Did you know before June 14th, 1977, that you were going

17   to be inducted into the Bonanno Crime Family?

18   A     Yes, I did.

19   Q     How did you know?

20   A     I was told.

21   Q     By whom?

22   A     By Nicky Glasses.

23   Q     Where were you inducted?

24   A     In a bar in Queens.

25   Q     Were you inducted at night or during the daytime?

MASSINO/DIRECT/MERKL

```
 1   A     At night.

 2   Q     Was anyone else inducted the same night?

 3   A     Yes, four other guys.

 4   Q     Who else was inducted that night?

 5   A     There was a guy by the name of Anthony Spero, Joe Chilly,

 6   Manny from the Bronx, me, and Joe Indelicato.

 7   Q     Mr. Massino, I'm going to show a couple of pictures.

 8              THE COURT:  And when we are -- and when you finish

 9   that we'll take our lunch break.

10              MS. MERKL:  Very good, Your Honor.

11              Your Honor, the Government offers Exhibit 34 into

12   evidence.

13              MR. GOLTZER:  No objection.

14              THE COURT:  Government' Exhibit 34 is received in

15   evidence.

16              (Government's Exhibit 34 received in evidence.)

17   Q     Mr. Massino, I am showing you a photograph.  Do you

18   recognize the individuals depicted in that photograph?

19   A     Yes, I do.

20   Q     What who do you recognize this to be?

21   A     That's Manny from the Bronx.  He got made the same time I

22   got made.

23   Q     Do you know his real name?

24   A     I don't know his last name.

25   Q     You know him as Manny from the Bronx?
```

MASSINO/DIRECT/MERKL

1    A    Manny from the Bronx.

2    Q    I'm also going to show you what I've marked as Government

3    Exhibit 56.  Your Honor, at this time the government offers 56

4    into evidence.

5         MR. GOLTZER:  There are no objections to any of

6    these photographs.

7         THE COURT:  All right, Government's Exhibit 56 is

8    received in evidence

9         (Government's Exhibit 56 received in evidence.)

10   Q    I am now showing you Exhibit 56, Mr. Massino.  Do you

11   recognize that person?

12   A    Yes, I do.

13   Q    Who do you recognize that person to be?

14   A    That's Anthony Spero.  He was there the same night I got

15   made.

16        MS. MERKL:  So at this time, Your Honor, it's a fine

17   breaking point if that's Your Honor's preference.

18        THE COURT:  All right.

MASSINO/DIRECT/MERKL

1

23   BY MS. MERKL:

24   Q    Mr. Massino, prior to lunch break, we were talking about

25   the night that you were inducted, do you remember that?

MASSINO/DIRECT/MERKL

```
1    A    Yes.

2    Q    And you mentioned that you were inducted with at least

3    four other people?

4    A    Yes.

5    Q    Who, to the best of your recollection, were you inducted

6    with?

7    A    Anthony Spero, Joe Indelicato, Joe Chilly, and Manny from

8    the Bronx, and myself.

9    Q    And what is the highest position that Manny from the

10   Bronx achieved in organized crime?

11   A    Wiseguy in the Bonanno family.

12   Q    What about Anthony Spero, what was the highest position

13   he held?

14   A    He was a consigliere of the Bonanno family.

15   Q    At a later time?

16   A    At a later time.

17   Q    In addition to the individuals who were made that night,

18   who else was present for your induction ceremony?

19   A    Carmine Galante, Nicky Glasses, Stevie Beef, and Al

20   walker.

21   Q    And why was Carmine Galante there?

22   A    He became the new boss.

23   Q    And he was there in the capacity as boss?

24   A    As boss.

25   Q    Why was Nicky Glasses there?
```

MASSINO/DIRECT/MERKL

```
1   A     He was the underboss.

2   Q     What about Stevie Beef?

3   A     He was the consigliere.

4   Q     And Al Waler, what was his role?

5   A     He was a wiseguy in the Bonnano family.

6   Q     So what happened when you arrived for your induction

7   ceremony?

8   A     They asked do we know what we're doing here.  We all said

9   no.  He said if you want to leave, there's the door.  If you

10  want to stay, sit down and we'll go on with the ceremony.  We

11  all agreed to stay and we with went on with the ceremony.

12  Q     What did send money entail?

13  A     Gave us the dos and don'ts, what we can do and what we

14  can't do, do fool with drugs.  Don't fool around with

15  wiseguy's wife, wiseguy's daughter, don't lie to your captain,

16  never lie to your boss.  Once a bullet leaves that gun, you're

17  never to talk about it.  It's a dead issue.  If anybody asks

18  you anything about that, you got the right to come to your

19  boss and tell him that you were being questioned about a

20  murder.

21  Q     Did you take an oath that night?

22  A     Yes, I did.

23  Q     What was the oath that you took?

24  A     If my father's dying and my brother's dying and the

25  family calls me, I got to leave them and go to the family.
```

LISA SCHMID, CCR, RMR

1    That comes first.

2    Q    Did you take an oath of violence?

3    A    Yes, I did.

4    Q    What was that oath?

5    A    Whatever, murder.  Whatever they asked me to do, I got to

6    do.

7    Q    After you were inducted into the Bonnano family, were you

8    placed with anybody in the family --

9    A    Yes.

10   Q    -- to report to?

11   A    Yes, I was.

12   Q    Who were you placed with?

13   A    I was placed with Nicky Glasses, he was the underboss.

14   Q    Approximately how long were you with Nicky Glasses at

15   that point?

16   A    About six months.

17   Q    What happened after six months?

18   A    Then I went with Carmine Galante, which was the boss.

19   Q    How long were you with Carmine Galante?

20   A    About six months.

21   Q    What happened next?

22   A    Then I went with a guy by the name of Philly Lucky.  He

23   was my captain.

24   Q    How long were you placed with Philly Lucky?

25   A    About six months.

MASSINO/DIRECT/MERKL

1   Q    What happened after Philly Lucky?

2   A    Then I went to Jimmy Galante.  He was my captain.

3   Q    Who was deciding where to move you around in that time

4   frame?

5   A    Carmine Galante.

6   Q    What was his position at the time, just to be clear?

7   A    Boss.

8   Q    After you were made, despite being placed with Nicky

9   Glasses directly as the underboss, did you continue to meet

10  with Phil Rastelli?

11  A    Yes, I did.

12  Q    What did you understand Phil Rastelli's position to be at

13  the time?

14  A    He was the official boss.

15  Q    Where was Phil Rastelli?

16  A    At that time he was in MCC, Metropolitan Correctional

17  Center in New York.

18  Q    That's a jail?

19  A    That's a jail.

20  Q    Approximately how soon after you were made was your first

21  meeting with Phil Rastelli?

22  A    I would say within a week or two.

23  Q    When you went to visit Rastelli jail, shortly after you

24  were made, did you -- what was your understanding of his

25  position in the family?

MASSINO/DIRECT/MERKL

1    A    I was confused at the time.  He told me no, I'm the boss,

2    not Lilo.

3    Q    So why were you confused?

4    A    Because when I got made, I was never told that Carmine

5    Galante was the boss.  And he asked every one of us, who the

6    boss is.  And they all said you said you, you, you.  When it

7    came to me, I said Phil Rastelli.  And he had a pipe and he

8    said you're right, as of last week, I'm the boss.  So I said

9    okay.

10   Q    So at the time that you were made, Carmine Galante had

11   recently become the boss?

12   A    The week prior.

13   Q    While Phil Rastelli was in jail?

14   A    Correct.

15   Q    At that time, was it your understanding that both Phil

16   Rastelli and Carmine Galante were claiming to be boss of the

17   Bonnano Crime Family?

18   A    That's correct.

19   Q    Shortly after your induction, what happened to Carmine

20   Galante, did he go to jail?

21   A    He went to jail.

22   Q    For what?

23   A    Parole violation.

24   Q    Approximately how long was he in jail?

25   A    I believe he went in later part of '77.

MASSINO/DIRECT/MERKL

1   Q    Who was running the Bonnano Crime Family on the street

2   while Galante was in prison?

3   A    Nicky Glasses put a committee there.  I think Nicky

4   Savarino.

5   Q    Nicky Glasses?

6   A    Nicky Glasses and Stevie Beef.

7   Q    So staying in the late 1970s after you're inducted, did

8   you know an individual name Vito Borrelli?

9   A    Yes, I did.

10  Q    What happened to Vito Borrelli in the late 1970s?

11  A    He got killed.

12  Q    Why?

13  A    He was going out with Paul Castellano's daughter.  And he

14  was making a lot of fun at Paul Castellano.  And they couldn't

15  get Vito.  And Paul Castellano, at that time, we had somebody

16  by the name of Sal Catalano, he was our acting boss in the

17  Bonnano family.  And Paul asked him for a favor.  He was

18  having a hard time and he wanted Vito to be killed.

19  Q    Why was Vito to be killed, just to be clear?

20  A    He was making fun of Paul Castellano.

21  Q    Who was involved in the fight with Bito Borrelli?

22  A    Me, John Gotti, Angelo Ruggiero, Frankie DeCicco, Sonny

23  Black, Boopie, Anthony Rabino and Sal Vitale.

24  Q    And who ordered the murder?

25  A    Paul Castellano.

MASSINO/DIRECT/MERKL

1    Q    What was your role with respect to the murder?

2    A    I was just there.

3    Q    What do you mean by that?

4    A    I was down the block.

5    Q    The day he was killed?

6    A    The day he got murdered.

7    Q    What was John Gotti's role?

8    A    He was the shooter.

9    Q    And just to be clear for the record, who was Paul

10   Castellano at the time of this murder?

11   A    He was the boss of the Gambino family.

12   Q    And what -- who was John Gotti at this point in time?

13   A    At that point, he was an acting captain of the Gambino

14   family.

15   Q    Just to be clear for the record, are we speaking of John

16   Gotti, Sr.?

17   A    Sr.

18   Q    And what position did John Gotti, Sr. hold at a later

19   time at in life?

20   A    Official boss of the Gambino family.

21   Q    You also mentioned some other individuals involved in the

22   murder.  What was Sonny Black's role in the murder?

23   A    Sonny Black was outside with Boopie.

24   Q    What was Boopie's role?

25   A    Just there.

MASSINO/DIRECT/MERKL

```
 1   Q     Just to be clear, is it the same Sonny Black and the same
 2   Boopie with which you were involved with stealing that truck?
 3   A     Yes.
 4   Q     Now, you also mentioned a Frank DiCicco.  Who is Frank
 5   DiCicco?
 6   A     Frankie DeCicco was a captain in the Gambino family.
 7   Q     What was his role in the murder of Vito Borelli?
 8   A     He was there.
 9   Q     What about Angelo Ruggiero?
10   A     He was there.
11   Q     You mentioned Sal Vitale as well?
12   A     Sal Vitale.
13   Q     What was his role in murder?
14   A     He brought his car.  That's how we moved the body.
15   Q     Where was Vito Borelli killed?
16   A     He was killed in -- Anthony Rubino had a storefront,
17   chocolate cookies.
18   Q     He was killed --
19   A     He was killed in the store, it's like a warehouse.
20   Q     Were you prosecuted for the murder of Vito Borelli?
21   A     No, I wasn't.
22   Q     But you told the government about your involvement as
23   part of your cooperation?
24   A     Yes, I did.
25   Q     You mentioned that Carmine Galante went to prison for
```

MASSINO/DIRECT/MERKL

```
 1   that a parole violation.  What later happened to Carmine

 2   Galante?

 3   A    He got murdered.

 4   Q    Approximately when was Galante murdered?

 5   A    July 12th, 1979.

 6   Q    Did you have any involvement in the murder?

 7   A    I just knew about it.

 8   Q    You knew about it in advance?

 9   A    I knew it in advance.

10   Q    How do you know about it?

11   A    Phil Rastelli told me when I went to visit him.

12   Q    What did Rastelli tell you?

13   A    He said he was going to kill him.

14   Q    Did he tell you why?

15   A    He took his position.

16   Q    What do you mean by that?

17   A    He made himself the boss.

18   Q    In Rastelli's view?

19   A    Yes.

20   Q    Carmine Galante had made himself the boss?

21   A    He made himself the boss of the Bonnano family.

22   Q    You present for the murder of Carmine Galante?

23   A    No, I wasn't.

24   Q    How you did find out that Carmine Galante had been

25   killed?
```

MASSINO/DIRECT/MERKL

1    A    I was working in Miedel and Sonny Black come by and he

2    said, "I just killed Carmine Galante."

3    Q    Did you later find out who was involved and how the

4    murder was carried out?

5    A    Yes, I did.

6    Q    Who all did you speak with about the murder in the

7    Bonnano Family.

8    A    My captain, Philly Lucky.

9    Q    Did you also tell Phil Rastelli?

10   A    Phil Rastelli.

11   Q    At the time that Carmine Galante was killed, where was

12   Phil Rastelli?

13   A    Lewisburg, a penitentiary.

14   Q    A penitentiary?

15   A    It's penitentiary in Pennsylvania.

16   Q    Where did you discuss with Rastelli the fact that Carmine

17   Galante was killed?

18   A    In the visiting room.

19   Q    At the jail?

20   A    At the jail.

21   Q    What did Phil Rastelli tell you about how the murder was

22   ordered?

23   A    He just told me that Sonny Red and Philly Lucky, they're

24   going to murder him.

25   Q    Did you learn how Phil Rastelli passed the message?

```
 1    A      Through the visiting room.

 2    Q      Do you know who he used to pass the message out of the

 3    jail to murder Carmine Galante?

 4    A      Yes, Philly Lucky, who at that point was my captain.

 5    Q      Just so we're clear for the record, who told you how the

 6    message was passed?

 7    A      Well, Phil Rastelli, the boss of Bonnano Family.

 8    Q      What did Phil Rastelli tell you?

 9    A      That Carmine Galante is going to get killed.

10    Q      You passed the message to who?

11    A      To Philly Lucky.

12    Q      What, if anything, happened to your position within the

13    Bonnano Crime Family after Galante was murdered?

14    A      I became a captain in August of '79.

15    Q      Was anyone removed from the position of captain after

16    Galante was killed?

17    A      Yes.

18    Q      As a group, what group of people were removed?

19    A      The ones that -- the ones that supported Carmine Galante

20    were removed.

21    Q      Are you familiar with the term "break" a captain?

22    A      Yes.

23    Q      What does it mean to break a captain in organized crime?

24    A      You break a captain, he's no more captain, he goes back

25    to going being a wiseguy.
```

1    Q    Who in organized crime has the power to break a captain?

2    A    Only the boss.

3    Q    In your experience, are there any positions in organized

4    crime that are voted on?

5    A    There's only two positions that are voted on.

6    Q    Which position?

7    A    One is the boss, and one is consigliere.

8    Q    With regard to the remaining positions that you talked

9    about earlier, the captain, underboss, soldiers, who's in a

10   position to decide who fills those roles.

11   A    Only one person, the boss.

12   Q    Are you familiar with the term "on the shelf"?

13   A    Yes.

14   Q    What does it mean to be on the shelf in organized crime?

15   A    If you do something wrong and you disgrace the family,

16   also known as the bucata, maybe you're drunk and you're acting

17   stupid, they'll shelf you.

18   Q    What does that mean?

19   A    You're on a shelf, and if you have a problem, you got to

20   straighten it out on your own level.  You can't kick it

21   upstairs.

22   Q    So, if you're inducted and on the shelf, you're still a

23   member of the family?

24   A    Yes.

25   Q    But, what happens to power of the family if vis-a-vis the

MASSINO/DIRECT/MERKL

```
 1   person who's on the shelf?  Can they use the family?

 2   A    If he's got a problem, he's got to resolve that himself

 3   with another wiseguy.  He can't go to captain.  He can't go

 4   nowhere with it.

 5   Q    Are you familiar with the term "chase"?

 6   A    Yes.

 7   Q    What does it mean to chase someone in organized crime?

 8   A    I'll chase -- I'll tell you, "Get lost.  And don't come

 9   around here.  If I want you, I'll send for you.  And you're

10   with this family till the day you die.  Now get out of here."

11   Q    So if somebody is on record, they can be chased?

12   A    Yes.

13   Q    And if they're chased, what happens to their relationship

14   to the family?

15   A    They belong there.  They can never go anywhere.  If they

16   want to go with another family, they can't.

17   Q    But they're not allowed to come around?

18   A    No.  If I need you, I'll send for you.

19   Q    Are you familiar with the term "to be released" in

20   organized crime?

21   A    Yes.

22   Q    What does it mean to be released?

23   A    In the mob, you ask for favors.  I asked for favors from

24   other families, and they release guys to me.  Vice versa.

25   They ask for a favor, I release somebody to them, an
```

MASSINO/DIRECT/MERKL

1    associate.

2    Q    And if somebody's released, what does that mean?

3    A    They're no longer with me.  They're with another family.

4    Q    So if you're on record, you're only allowed to commit

5    crimes with the person you're on record with?

6    A    Correct.

7    Q    Is that fair to say?

8    A    Correct.

9    Q    If you're released, you can go to a different family and

10   star committing crimes with them?

11   A    Yes.

12   Q    If somebody is chased, have they been released from the

13   family they're around?

14   A    No.

15   Q    They're still on record with that family?

16   A    You can't go nowhere.  You're on record with that family,

17   whoever you're with.  A wiseguy, a captain, or the boss.  You

18   ain't going nowhere.

19   Q    If you're chased?

20   A    If you're chased.

21   Q    Going back now to Phil Rastelli's decision to make you a

22   captain after Galante was killed, you mentioned that was in

23   August 1979?

24   A    Correct.

25   Q    How many members of organized crime did you have in your

LISA SCHMID, CCR, RMR

MASSINO/DIRECT/MERKL

```
1    crew after you became a captain?
2    A     About eight or ten.
3    Q     Made guys?
4    A     Made guys.
5    Q     Did you also associates in your group?
6    A     Yes, I did.
7    Q     Approximately how many associates did you have in your
8    crew in the beginning?
9    A     20, 30 associates.
10   Q     Over time, did your crew grow?
11   A     Yes.
12   Q     What was largest that your became?
13   A     I had 28 wiseguys under me, about 30, 40 associates.
14   Q     After you became a captain, did you have a social club?
15   A     Yes, I did.
16   Q     What is a social club in organized crime?
17   A     It's where you hang out, you play cards, you throw the
18   shit, you eat.
19   Q     In your experience, does illegal activity occur in
20   organized crime social clubs?
21   A     All the time.
22   Q     What kind of illegal activity?
23   A     Gambling.
24   Q     With respect to your social club, when did it open?
25   A     I believe 1980.
```

MASSINO/DIRECT/MERKL

```
 1   Q     Where did your social club operate from?

 2   A     Rust Street, Maspeth, Queens.

 3   Q     Sometimes called the Russ Street Club?

 4   A     Rust Street Club.

 5   Q     Did you ever operate any of your businesses out of the

 6   same location?

 7   A     Yes, I did.

 8   Q     Which businesses?

 9   A     J&S Cakes.

10   Q     Was your social club open to the public?

11   A     No, it wasn't.

12   Q     How would one gain entry to your social club?

13   A     You would ring the bell, and they would look.  If they

14   knew you, they let you in.  If they didn't let you, they say

15   it was closed.

16   Q     Could you see through the windows of the club and see

17   what's going on there from the street?

18   A     No.

19   Q     Why not?

20   A     They were tinted.  You could see out, but you couldn't

21   see in.

22   Q     How much time did you spend at your social club during

23   the early 1980s?

24   A     Probably got there about 9:30, ten in the morning to six

25   at night, six days a week.  Outside of Tuesday night, I stayed
```

```
 1   there all night and played cards.
 2   Q    What sort of activities went on in your club?
 3   A    Playing cards.
 4   Q    You mentioned a Tuesday night game?
 5   A    We played cards, a game called Contada (phonetic).
 6   Q    What is that?
 7   A    It's a card game.
 8   Q    Was it illegal gambling?
 9   A    It was illegal gambling.
10   Q    And did your social club take a cut of the game that's
11   played?
12   A    Cut ten percent.
13   Q    In addition to gamble -- in addition to the card games,
14   did you have any joker poker machines in the club?
15   A    For short time, three or four times.
16   Q    Did you ever have reason to believe that your social club
17   had been bugged by the government?
18   A    Always felt that way.
19   Q    Was there ever a specific occasion where you thought so?
20   A    Yes, there was.
21   Q    What led you to that belief?
22   A    I was coming in my club one day and I seen -- I looked up
23   the block, and I seen three guys on the roof, I said, "What
24   would they be doing up there, my club, was nobody on that
25   block but my club," and it was factory across the street.  So,
```

1    at night, we went up there with a ladder on the roof, there

2    was a box with an infrared camera aimed at my club.

3    Q    When you found the camera, what did you believe?

4    A    The next day I was going to Jersey.  I told my

5    brother-in-law, "The club's got to be bugged," I told him

6    where to look.  I said, "If you find it, I'll call you, just

7    tell me you're right about that girl."  Called him, he said,

8    "You were right about that girl."

9    Q    When you got the message, what did you understand?

10   A    The club was bugged.

11   Q    What happened next with regard to that club?

12   A    Maybe a two week or two later, FBI rang the bell, he

13   said, "Hey, Joe."  I said, "Hi, Pat."  He said, "I come for my

14   bug."  I said, "Carmine, give him back his bug.  He's gonna

15   ask you a question."  I said, "Yeah."  He said, "How did you

16   find the bug?"  I said, "Even a rabbit gets a carrot

17   occasionally."

18   Q    This individual Pat who came to club, who was that?

19   A    Pat Hogan he was in charge of the Bonnano squad.  He was

20   supervisor.

21   Q    And you knew of Pat Hogan prior to his arriving at your

22   club that day?

23   A    Yes, I did.

24   Q    In your experience, do members of organized crime take

25   precautions to observe law enforcement?

MASSINO/DIRECT/MERKL

1    A    They're supposed to.

2    Q    In your experience, do members or associates take

3    precautions to avoid electronic  surveillance, such as bugs

4    and wiretaps?

5    A    They're supposed to.

6    Q    What sort of precautions do people take?

7    A    You never talk in the club.  You never talk in your car.

8    You never talk on the cell phone.  You never talk on a phone.

9    You never talk in your house.  You go for a walk-talk.

10   Q    What's a walk-talk?

11   A    You go and you walk and you talk what you're going to

12   discuss.

13   Q    How does a walk-talk help avoid electronic surveillance

14   in your view?

15   A    I don't know anybody to get arrested for walk-talk.

16   Q    What do you mean by that?

17   A    I don't know anybody to ever get locked up or get

18   arrested for a walk-talk.

19   Q    But how does walking and talking help --

20          MR. GOLTZER:  Objection, Your Honor.  Objection to

21   never knowing anyone to get arrested for a walk-talk.

22          THE COURT:  Overruled.

23   BY MS. MERKL:

24   Q    Going back, in your understanding, how does walking and

25   talking at the same time help avoid electronic surveillance?

MASSINO/DIRECT/MERKL

```
 1   A    Because you're moving.  If there's a bug here and
 2   you're -- say there's bug in a parking meter, they might get
 3   part of your conversation, now you're walking, further you
 4   get, that bug is only going to pick up so far.
 5   Q    Now, I'd like to direct your attention to late 1970s,
 6   early '80s, in that time frame were you involved in an arson?
 7   A    Yes, I was.
 8   Q    What was the arson that you're involved in?
 9   A    I was good friend with a dentist.  He said, "Joe, do me a
10   favor?  You burn my office down."  I told him, "No problem."
11   Q    Did you personally handle the arson?
12   A    Yes, I did.
13   Q    What did you -- how did it -- how was the arson effected?
14   A    I gave it to somebody by the name of Big Lou.
15   Q    What you say you gave it somebody, what do you mean?
16   A    To burn it down.
17   Q    So, who went to the location and lit the matches and did
18   whatever they did?
19   A    Big Lou burned it down.
20   Q    Do you know Big Lou's real name?
21   A    Yes, James Tartaglione.
22   Q    Now, I'm going to show you an exhibit that's marked as
23   Government's Exhibit 60.
24            THE COURT:  All right.  Government Exhibit 60 is
25   received into evidence, without objection.
```

MASSINO/DIRECT/MERKL

```
 1   BY MS. MERKL:

 2   Q     Do you recognize that person?

 3   A     That's Big Lou.

 4   Q     And at the time that you gave Big Lou this arson to

 5   commit, what was your relationship with Big Lou?

 6   A     Big Low was with me then at that point.

 7   Q     Was he a made guy?

 8   A     No, he was an associate.

 9   Q     And when you say you gave him the arson job, did you know

10   why the dentist or doctor wanted to burn this place down?

11   A     He was looking to collect the insurance money, he wasn't

12   doing good.

13   Q     Did you ever receive any proceeds from the arson?

14   A     Gave me four thousand dollars.

15   Q     Did you share that with anyone?

16   A     I gave to it Lou, I didn't keep anything.

17   Q     Staying in the late 1970's and early 1980's, after

18   Carmine Galante was killed, who was the boss of the Bonanno

19   Crime Family?

20   A     When he got killed?

21   Q     After Galante was killed?

22   A     We had a few, I believe after he got killed, we had an

23   acting boss by the name of Salvatore Catalano.

24   Q     Who was the official boss?

25   A     Phil Rastelli was the official boss.
```

1    Q     Where was he at the time?

2    A     Lewisburg Penitentiary in Pennsylvania.

3    Q     He was still in prison?

4    A     Yes.

5    Q     You mentioned that there was a few different people

6    running the family?

7    A     Uh-hum (affirmative response).

8    Q     Who were some of the others running the family?

9    A     He had Mikey Sarino, you had Sonny Red, then you had Tony

10   Giordano.

11   Q     Is it fair to say there was a lot of turmoil in the

12   family in the early 1980s?

13   A     Yes, there was.

14   Q     At some point, did the Bonanno Crime Family captains hold

15   a vote to select an acting boss?

16   A     Yes, we did.

17   Q     How did that come about?

18   A     We met with the commission and we were having a lot of

19   trouble in the family and the commission was getting fed up.

20   We were meeting like every other week.  So, they said, "Go

21   downstairs and vote for an acting boss."  We went downstairs,

22   and we were voting for an acting boss.

23   Q     Just to be clear the "we," voted for an acting boss, who

24   voted for the acting boss?

25   A     All the captains.

MASSINO/DIRECT/MERKL

1   Q     What was the outcome of the captains' vote?  Who became

2   the acting boss?

3   A     Week won eight, seven, Sally Ferrugia was the acting

4   boss.

5   Q     You say "we won," were you affiliated with a particular

6   faction in the family at that point?

7   A     Yes, there was two factions.  We won.  We were eight and

8   they were seven.

9   Q     And the faction that you were associated with, who was

10  some of the members of that faction?

11  A     It was me, Sonny Black, Salvatore Catalano, George from

12  Canada, John Ligmati from Jersey, Tony Giordano, Stevie Beef,

13  and me, and Sally Ferrugia.

14  Q     Are you familiar with the term, "Zip"?

15  A     Yes.

16  Q     What is a Zip in the context of organized crime?

17  A     Somebody that comes over from Italy, you call them either

18  a grease ball or they're Zips.

19  Q     Was Sally Ferrugia associated with any particular group

20  within the Bonanno Crime Family?

21  A     Yes, he was.

22  Q     What group?

23  A     The Zips.

24  Q     And you were in that faction of the family?

25  A     Yes, I was.

MASSINO/DIRECT/MERKL

```
 1    Q     How long did Sal Ferrugia remain acting  boss?

 2    A     Fair to say three years.

 3    Q     What happened after about three years?

 4    A     Phil Rastelli came home in April of '83 and he took him

 5    down.

 6    Q     During the time that Sally Ferrugia was acting boss who

 7    was the underboss?

 8    A     We had no underboss.

 9    Q     What about the consigliere, did you have one?

10    A     Yes, we did, Stevie Beef.

11    Q     You mentioned Stevie Beef a couple of times during your

12    testimony.  I show you an exhibit mark Government Exhibit 16,

13    Your Honor?

14           THE COURT:  All right, 16, Government Exhibit 16 is

15    received into evidence without objection.

16    BY MS. MERKL:

17    Q     Recognize that individual?

18    A     That's Stevie Beef.

19    Q     Do you know Stevie Beef's real name?

20    A     Last name is Colon.

21           THE COURT:  I'm sorry, what is it?

22           THE WITNESS:  Colon.  Colon.  Colon with a "C."

23    BY MS. MERKL:

24    Q     And what was highest rank that Stevie Beef held within

25    the Bonanno Crime Family?
```

LISA SCHMID, CCR, RMR

MASSINO/DIRECT/MERKL

```
 1    A     He was the consigliere of the Bonnano Family.

 2    Q     Also going to show you what I have marked as Government

 3    Exhibit 36, Your Honor.

 4          THE COURT:  Government Exhibit 36 is received in

 5    evidence, without objection.

 6    BY MS. MERKL:

 7    Q     Do you recognize that individual?

 8    A     Yes, I do.

 9    Q     Who is that?

10    A     That's Sonny Red.

11    Q     Do you know Sonny Red's real name?

12    A     Alfred Indelicato.

13    Q     What's the highest position that Sonny Red achieved in

14    organized crime?

15    A     He was a captain in the Bonnano Family.

16    Q     Now, directing your attention to early 1980's, did you

17    become aware of the power struggle in the Bonnano Crime Family

18    involving Sonny Red?

19    A     Yes, I did.

20    Q     What did you first hear about it from?

21    A     Sonny Black come to me and he says he sees J.B. and Bruno

22    keep passing his club in the van.

23    Q     Who were J.B. and Bruno?

24    A     They're both wise guys in the Bonnano Family.

25    Q     Were they associated with any particular faction in the
```

MASSINO/DIRECT/MERKL

```
 1    Bonanno crime family at that point?
 2    A    Yes.
 3    Q    Which faction?
 4    A    Sonny Red, Philly Lucky, at that time, Bruno was a
 5    captain.
 6    Q    Bruno?
 7    A    Indelicato.  Anthony Indelicato.
 8    Q    And was that the same faction you were associated with or
 9    a different faction?
10    A    Different faction.
11    Q    So, what exactly did Sonny Black say about those two
12    individuals in the other faction?
13    A    He said he seen them pass the club a couple of times and
14    he was concerned.
15             THE COURT:  I'm sorry, which club?
16             THE WITNESS:  Sonny Black's, excuse me, Sonny
17    Black's club, Grange Lounge in Brooklyn.
18             THE COURT:  Go ahead.
19    BY MS. MERKL:
20    Q    Did you hear anything else?
21    A    About a week later, a guy by the name of Tootie Francese
22    comes to me and a guy named Vinny come to me and they said,
23    "They're buying all kinds of guns and they're burying them in
24    the junkyard in the Bronx, Trinny's yard.
25    Q    Just to break that down, who is the Tootie Francese?
```

MASSINO/DIRECT/MERKL

```
 1    A     He's a wise guy in the Columbo crime family.

 2    Q     And it's the same Tootie Francese about whom you

 3    previously testified?

 4    A     Yes.

 5    Q     And Vinny, who is Vinny at the time?

 6    A     He was associate of the Columbo Family.

 7    Q     Did he tell you who was buying guns and burying them?

 8    A     Trinny was buying guns and they were storing them in the

 9    junkyard.

10    Q     Who was Trinny?

11    A     Trinny was a captain in the Bonnano Family.

12    Q     I'm going to show you a couple more photographs,

13    mentioned a couple more names.

14             Starting with Government Exhibit 37, Your Honor?

15             THE COURT:  All right.

16             MS. MERKL:  Offer that into evidence.

17             THE COURT:  All right.  Government Exhibit 37 is

18    received in evidence -- just let me finish -- without

19    objection.

20             MS. MERKL:  I'm sorry.

21             THE COURT:  Go ahead.

22    BY MS. MERKL:

23    Q     Do you recognize that person?

24    A     (Peruses photograph) Yes, I do.

25    Q     Who is that?
```

MASSINO/DIRECT/MERKL

```
 1   A    That's Anthony Indelicato, also known as Bruno.
 2   Q    And you testified -- what was his position in the early
 3   1980's in the Bonanno crime family?
 4   A    He was a captain.
 5            MS. MERKL:  I'm sorry, Your Honor.  I would like to
 6   offer Exhibit 62 into evidence.
 7            THE COURT:  Sixty-two is received in evidence,
 8   without objection.
 9   BY MS. MERKL:
10   Q    Do you recognize that individual?
11   A    (Peruses photograph) Yes, I do.
12   Q    Who is that?
13   A    That's Big Trinny.
14   Q    Do you know Big Trinny's real name?
15   A    No, I don't know his last name.  His first name is
16   Dominick.
17   Q    And he'd go by Trinny?
18   A    Yes.
19   Q    Sometimes Big Trinny?
20   A    Yes.
21   Q    And in the early 1980s, what was his position with the
22   Bonanno crime family?
23   A    He was a captain in the Bonanno Family.
24   Q    Just so we're clear --
25            MR. GOLTZER:  There is no dispute about his last
```

MASSINO/DIRECT/MERKL

```
 1    name if the government would like to offer that.
 2              MS. MERKL:  Mr. Massino doesn't know his last name,
 3    Your Honor.  We prefer --
 4              THE COURT:  All right.
 5              MS. MERKL:  -- to leave it that way.
 6    BY MS. MERKL:
 7    Q    Just so we're clear, Mr. Massino, in 1981, what faction
 8    in the Bonanno crime family were you associated with?
 9    A    I was with Sonny Black, Stevie Beef, Sally Ferrugia,
10    Salvatore Catalano, Caesar, John Ligmati, Tony Giordano,
11    myself.
12    Q    And the three captains who we just discussed, Anthony
13    Indelicato, Big Trinny and Sonny Red, what faction were they
14    in?
15    A    They were on the other faction.
16    Q    Upon hearing information about Sonny Red from Bruno --
17    excuse me, upon hearing information about Sonny Red and Bruno,
18    from Sonny Black, and the information regarding the guns that
19    Big Trinny was supposedly purchasing, did you have any
20    concerns?
21    A    Yes, I did.
22    Q    What were your concerns?
23    A    That they were going to make a move and kill us.
24    Q    So, what did you guys decide to do?
25    A    I decided to go talk to Paul Castellano and Junior
```

1    Persico, which is the boss of the Columbo Family and Paul

2    Castellano is the boss of the Gambino Family.

3    Q    What ultimately was decided?

4    A    We went there, me, Sally Ferrugia and George from Canada,

5    and we told them what took place.  They said, "Do what you got

6    to do to protect yourself and we'll worry about the other two

7    families."  So, I said, "Okay."

8    Q    So, the two people that you went to speak to, were bosses

9    of the two other families?

10   A    Yes.

11   Q    You stated you went with George from Canada and Sally

12   Ferrugia?

13   A    Correct.

14   Q    What was George from Canada's position in the Bonanno

15   crime family at the time?

16   A    He was a captain, and I was a captain, and Sally Ferrugia

17   say was the acting underboss.

18   Q    Ultimately, what did your faction decide to do?

19   A    Kill them.

20   Q    Kill who?

21   A    Sonny and four captains.  Sonny Red, Big Trinny, Philly

22   Lucky, and Anthony Indelicato also known as Bruno.

23   Q    In addition to Paul Castellano, prior to the murder, did

24   you speak with any other members of the Gambino crime family

25   prior to the murders?

1   A      Yes, I did.

2   Q      Who did you speak with?

3   A      I spoke with John Gotti, Sr.

4   Q      What was John Gotti, Sr.'s position in organized crime at

5   the time?

6   A      Acting captain of the Gambino Family.

7   Q      What was your purpose in speaking to John Gotti, Sr.?

8   A      I needed to place to get rid of the bodies.

9   Q      What happened as a result of your conversation with John

10  Gotti, Sr.?

11  A      He got a spot to dump the bodies.

12  Q      What was the plan for the actual murders of the captains?

13  A      We called the captains' meeting, all the captains were to

14  be there, and we got there first.

15  Q      Who set up the meeting where the captains were to be?

16  A      Me, Sally Ferrugia, George.

17  Q      And were the captains ultimately killed?

18  A      Yes, they were.

19  Q      How many?

20  A      Three.

21  Q      Which three?

22  A      Philly Lucky, Sonny Red and Big Trinny.

23  Q      What happened with the plan to kill Bruno?

24  A      He never showed up.  He sent an acting captain to go.

25  Q      Who did he send?

MASSINO/DIRECT/MERKL

1    A     Frankie Lino.

2    Q     What happened the day that the three captains were

3    killed?

4    A     When they came in, they were supposed to come in at one

5    at a time, the three of them came.  And we had five shooters

6    in the closet.  So, the word was when they do come and George

7    rubs his hand through his hair like this, you were to come out

8    and say it's a stickup, get against the wall.  And so George

9    rubs his hand, they come out, they say, "Go against the wall."

10          Philly Lucky ran past me, he got shot, he went down.

11   The other two was running that way.  They kept shooting

12   Trinny, Trinny wouldn't go down.  Frankie Lino ran out, the

13   door was open.  They -- somebody forgot to lock it.  Sonny Red

14   is going for the door, I grabbed him by the leg, and when I

15   grabbed him by the leg, Trinny is behind me.  He gets hit with

16   a double barrel shotgun.  He goes down, also hits another guy

17   with the spray of the shotgun.

18   Q     And while you were holding Sonny Red's legs, what

19   happened?

20   A     He was looking to go out the door.  Oh, Frank Lavata come

21   running, he had 38, the gun went up in the air, hit the floor.

22   So, I had Sonny Red by his leg, and George from Canada grabbed

23   the gun and he put the gun in Sonny Red's ear and shot him or

24   under the ear.

25   Q     Who were the shooters of the three captains?

```
 1   A     Sal Vitale was one of the shooters, Vito from Canada was
 2   another shooter, Vinny from Canada was another shooter, Frank
 3   Lavata that was a shooter and some old timer by the name of
 4   Bonneventre, who was the shooter.
 5   Q     You mentioned an associate of yours in the early 1980's,
 6   Big Lou.  Did Big Lou cover the captains' murder?
 7   A     Big Lou wanted to get involved and he asked, and I told
 8   him we got enough of people.
 9   Q     Did Big Lou have any role after that?
10   A     Yes, he did.
11   Q     What was his role?
12   A     Help move the bodies.
13   Q     Was he physically present when the three captains were
14   killed?
15   A     No, he wasn't.
16   Q     But you were?
17   A     I was.  It was a captains' meeting.
18   Q     So, the three captains who were killed, just so we're
19   clear for the record, were whom?
20   A     Philly Lucky, Sonny Red, and Big Trinny.
21   Q     You mentioned that Frank Lino ran out the door?
22   A     He ran out the door.
23   Q     What date were the three captains killed?
24   A     May 5th, 1981.
25   Q     After the three captains were killed, what did you do?
```

MASSINO/DIRECT/MERKL

1    A    We were concerned about Frankie Lino getting away.  So,

2    now how we're going to move the bodies because we worried

3    about Bruno, Joe Chilly -- it was about seven, eight guys.

4    Now, if they would have came with guns, we had guns there, a

5    lot of people would have got killed.

6    Q    So, what did you do?

7    A    I went by John's club.  I told him, I said, "Listen, you

8    think O'Neal could get ahold of Eddie Lino, Frankie's cousin,"

9    he said, "I'll try."  John Gotti and Angelo Ruggiero, they

10   showed up to the O'Neal's house and Indelicato, he was the

11   underboss.

12   Q    And why did you think that O'Neal would have an

13   opportunity to get ahold of Frank Lino somehow?

14   A    Eddie Lino.

15   Q    Eddie Lino?

16   A    Because he was good friends with him.

17   Q    Eddie Lino was good friends with whom?

18   A    He was a Gambino guy.

19   Q    Who was he good friends with?

20   A    O'Neal.

21   Q    And you said he was a relation to Frankie Lino?

22   A    They're cousins.

23   Q    Ultimately, what happened with regard to cleaning up the

24   body?

25   A    O'Neal reached Eddie -- Frankie -- Eddie Lino and Eddie

LISA SCHMID, CCR, RMR

MASSINO/DIRECT/MERKL

```
 1   Lino grabbed Frankie Lino and he said, "You tell anybody
 2   anything," and he said, "No, I didn't say nothing."  He said,
 3   "Nobody going to hurt you.  So, just go about your business
 4   and don't worry about nothing."  We got the okay.  They went
 5   to go move the bodies.
 6   Q    Were you involved in moving the bodies?
 7   A    No.
 8   Q    Who handled that?
 9   A    Sal Vitale, Big Lou, Anthony Rubino.  Lefty, and Bobby
10   Gaposto.
11   Q    After the three captains were killed, what, if anything,
12   did the Bonanno crime family do to communicate with the other
13   organized crime families?
14   A    We went to go see all the families.
15   Q    Who is "we"?
16   A    Me, Sally Ferrugia and George.
17   Q    Why did you go see all the other families?
18   A    We wanted to give them justification of why we killed
19   them.
20   Q    Who did you speak with?
21   A    Paul Castellano, met with Jerry Lang, Junior Persico and
22   I met with Tony Ducks, Tom Mix, then I met with Shane and
23   Bobby Mata.
24   Q    And just to be clear, which of those men are from which
25   families?
```

1    A    Excuse me.  We went to go see Paul Castellano.  He was

2    the boss of the Gambino Family.  We went the go see Junior

3    Persico.  He's the boss of the Columbo Family.  We went to go

4    see Chin.  He was the boss of the Genovese Family.  Went to go

5    see Tony Ducks.  He was the boss of the Lucchese Family.

6    Q    You also mentioned Jerry Lang?

7    A    Jerry Lang was the underboss in the Columbo Family.

8    Q    In addition to the speaking with the bosses or high

9    ranking members of the other five families or four families,

10   excuse me, what, if anything, did the Bonnano crime family do

11   to make peace within the family?

12   A    It was seven guys that didn't come in.  And I gave them a

13   week, if they didn't come in in a week, we're going to throw

14   you out of the family.  Five of them come in and two didn't

15   come.  J.B. didn't come in and Bruno didn't come in.  Then

16   about two months later, they call a commission meet.  So, I go

17   to the commission meet.  Stevie Beef and Sally Ferrugia.  Who

18   is there?  All the bosses from all the families, J.B. and

19   Bruno.

20   Q    What happened at that commission meeting?

21   A    They wanted to come in with their -- but they wanted a

22   guarantee they wouldn't get hurt.  So, we told them, "We

23   guarantee you mind your business, you won't get hurt.  We got

24   had a list of captains, maybe 12 or 13 captains at that time.

25   You have your choice, the both of yous, to go where yous both

MASSINO/DIRECT/MERKL

1    want to go," and they both agreed to come here.

2               (Continued on the next page.)

MASSINO/DIRECT/MERKL

1   DIRECT EXAMINATION (Cont'd)

2   BY MS. MERKL:

3   Q    So a couple of months after the murders, JB and --

4   A    Trini and Sonny Red.

5   Q    Right, but after a couple murders, who joined your crew

6   as a result of this commission meeting?

7   A    They did.

8   Q    Who specifically?

9   A    Anthony Indelicato, Bruno and JB, Joseph Indelicato.

10  Q    After the three captains were killed, who was fronting

11  the Bonnano crime family?

12  A    Sally Ferrugia, me and George from Canada.

13  Q    Is there a consigliere?

14  A    Yes, Stevie Beef.

15  Q    Who decided who was going to be on the committee running

16  the family?

17  A    Phil Rastelli.

18  Q    Just to be clear for the record, approximately what year

19  did you end up on the committee running the Bonnano crime

20  family?

21  A    In 1981.

22  Q    Sticking with 1981, did you become familiar with the name

23  Donny Brasco?

24  A    Yes, I did.

25  Q    How did you become familiar with the name Donny Brasco?

MASSINO/DIRECT/MERKL

1   A    I believe it was in August of 1981, Sonny Black comes to

2   me.  He said three FBI agents just came by his club and they

3   said that guy is not really a knock-around guy.  He's an FBI

4   guy.  He's with us.  His name is Joe Pistone, and if anything

5   happens to him, he's going to have a lot of trouble.

6   Q    Which guy were they referring to?

7   A    They went to Sonny Black.

8   Q    Which guy were they referring to?

9   A    Donny Brasco.

10  Q    Did you ever personally meet Donny Brasco?

11  A    No, I never did.

12  Q    Were members and/or associates at the Bonnano crime

13  family charged with crimes as a result of Donny Brasco's being

14  around Sonny Black?

15  A    Yes, they were.

16  Q    Did you later learn the story of Donny Brasco was made

17  into a movie?

18  A    Yes.

19  Q    Did you see the movie?

20  A    Yes.

21  Q    In your perspective, was the movie accurate or

22  inaccurate?

23           MR. GOLTZER:  Objection.

24           THE COURT:  Sustained.

25           MR. GOLTZER:  Move to strike.

1              MS. MERKL:  Withdrawn, your Honor.

2              THE COURT:  The jury will disregard this.

3              Go ahead.

4      Q     (By Ms. Merkl)  Who was charged with crimes as a

5   result of Donny Brasco's infiltration of the Bonnano crime

6   family?

7   A     Sonny Black, Lefty Ruggiero, Booby, some guy Vinny,

8   Anthony Rubino, Nicky, Nicky Santoro.

9   Q     What, if anything, had happened to Sonny Black prior to

10  his being charged with those crimes?

11  A     He got killed in August of 1981.

12  Q     When was he indicted?

13  A     November of '81.

14  Q     Why was Sonny Black killed?

15  A     Sonny Black was looking to make a move on a family.  And

16  he tried to make a move, I'm ready to go to war tomorrow.

17  Q     Who did he make that threat to?

18  A     Salvatore Ferrugia and Sal Castellano.

19  Q     How did you know about it?

20  A     They told me they wanted to kill him.

21  Q     Were you involved in the decision as to whether to kill

22  Sonny Black?

23  A     Yes, I was.

24  Q     What was decided ultimately?

25  A     That Stevie Beef was going to need him, and when Sonny

1    Black got to the house, kill him.

2    Q    Who made the decision ultimately to kill Sonny Black?

3    A    Stevie Beef and Sally Ferrugia.

4    Q    Were you present for that discussion?

5    A    Yes, I was.

6    Q    Approximately when was Sonny Black killed?  You said

7    August 1981?

8    A    I believe August of 1981.

9    Q    Who was involved in Sonny Black's murder?

10   A    Me, Sal Vitale, George from Canada, Stevie Beef, Frankie

11   Lino, Frankie Coppa, Fat Richie, Monkey Man, Robert Lino, Joey

12   Lino, and some guy named Louie Bagels.

13   Q    You mentioned a number of individuals.  Starting with

14   yourself, what was your role in the murder?

15   A    Just to pick up Stevie Beef and bring him back home.

16   Q    What was Stevie Beef's role in the murder?

17   A    He was to get to Sonny Black to come to the meeting to

18   talk to.

19   Q    He was like the lure?

20   A    He was the lure, right.

21   Q    What was Sal Vitale's role?

22   A    He was there in the truck.

23   Q    You also mentioned George from Canada.

24        What was George from Canada's role?

25   A    He was in the truck with me.  We were outside.

MASSINO/DIRECT/MERKL

1   Q    What about Frankie Lino, what was his role?

2   A    He had the hit, the contract to kill Sonny Black.

3   Q    Is this the same Frankie Lino who ran out during the

4   three captains' murders?

5   A    Yes, it is.

6   Q    You said he had the contract.  What did you mean by that?

7   A    Sally and Stevie Beef gave it to him to kill Sonny Black

8   and you choose who you want to use to kill him.

9   Q    What about Fat Richie.  What was Fat Richie's role?

10  A    He was just there.

11  Q    What about Bobby Lino?

12  A    He was a shooter.

13  Q    You mentioned a guy Monkey Man.

14       Do you know Monkey Man's real name?

15  A    Ronnie Falcone.

16  Q    What was his role in the murder?

17  A    He was a shooter.

18  Q    You also mentioned a guy Joseph Lino.  Who was that?

19  A    He dug the grave where Sonny Black was supposed to get

20  buried.

21  Q    Do you know where Sonny Black was supposed to be buried?

22  A    I don't know.  Staten Island.

23  Q    You also mentioned a guy named Bagels something?

24  A    He dug the hole with Joey Lino.

25  Q    What about Frank Coppa, what was his role?

MASSINO/DIRECT/MERKL

```
1    A     I don't know.  He was just there.

2    Q     I'm going to show you a few pictures starting with what

3    is marked as Government's Exhibit 55.

4          THE COURT:  Government Exhibit 55 is received in

5    evidence.

6          MR. GOLTZER:  No objection.

7          THE COURT:  Without objection.

8          (Government's Exhibit No. 55 received in

9    evidence's.)

10         (Exhibit published to the jury.)

11   Q     Do you recognize that person?

12   A     That's George from Canada.

13   Q     Do you know George from Canada's real name?

14   A     George Sciascia.

15   Q     In addition to George, does he have another first name?

16         You know him as George?

17   A     George.

18   Q     What was the highest position that George from Canada

19   ultimately held in the Bonnano crime family?

20   A     He was a captain, and he was on the panel, me, him, me

21   and George.

22   Q     And what time frame was he on the panel?

23   A     '81.

24   Q     Now I'm going to show you what I've marked as

25   Government's Exhibit 21 --
```

MASSINO/DIRECT/MERKL

```
 1              MS. MERKL:  Which we'll offer into evidence, your

 2     Honor?

 3              THE COURT:  81?

 4              MS. MERKL:  21.

 5              THE COURT:  Government Exhibit 21 is received in

 6     evidence without objection.

 7                   (Government's Exhibit No. 21 received in evidence.)

 8                   (Exhibit published to the jury.)

 9        Q     (By Ms. Merkl)  Do you recognize that person?

10     A     Yes.

11     Q     Who is that?

12     A     That's Frankie Coppa.

13     Q     And what was the highest position that Frank Coppa held

14     within the Bonnano crime family?

15     A     He was a captain in the Bonnano family.

16              MS. MERKL:  And finally, your Honor, the government

17     offers Exhibit 39.

18              THE COURT:  Government Exhibit 39 is received in

19     evidence without objection.

20                   (Government's Exhibit No. 39 received in evidence.)

21                   (Exhibit published to the jury.)

22     Q     Do you recognize that person?

23     A     Yes, I do.

24     Q     Who's that?

25     A     Frankie Lino.
```

MASSINO/DIRECT/MERKL

```
 1   Q    What is the highest position Frankie Lino held with the

 2   Bonnano crime family?

 3   A    He was a captain with the Bonnano family.

 4   Q    Where was Sonny Black killed?

 5   A    He was killed in a private house in Staten Island.

 6   Q    After Sonny Black was killed, what happened to his body,

 7   ultimately?

 8   A    They dumped it somewhere in Staten Island.

 9   Q    Was it supposed to have been found or supposed to have

10   been buried forever?

11   A    It was never supposed to be found.

12   Q    Do you know whether it was in fact found?

13   A    Yes, it was found.

14   Q    Were you ever prosecuted for the murder of Sonny Black?

15   A    Yes, I was.

16   Q    Did you take that -- was that part of a racketeering

17   case?

18   A    I went to trial.

19   Q    Did you -- you were convicted at the trial?

20   A    I was convicted.

21   Q    You also told the government about your involvement in

22   that murder as part of your cooperation?

23   A    Yes.

24   Q    You mentioned previously that Sonny Black was indicted

25   after he had been killed.
```

MASSINO/DIRECT/MERKL

1              Is that your understanding?

2    A    That's correct.

3    Q    Where were those charges brought, if you know?

4    A    Southern District of Manhattan, New York.

5    Q    Were you later charged in a related case in Southern

6    District of New York?

7    A    Yes, I was.

8    Q    We'll get to that in a moment.

9              First, directing your attention to February 1982,

10   what happened to Anthony Mira in February 1982?

11   A    He got murdered.

12   Q    Why?

13   A    Somebody wanted a piece of paper to see Al Walker, that

14   he was a cooperator for the DEA agents, and he went to Stevie

15   Beef on Prince Street, and I was sitting and having coffee

16   with him.

17             He said, I got to talk to you.  He said Joe, would

18   you excuse yourself?

19             I went to get up.  Stevie Beef said, no, you stay

20   right there.

21             He goes on to tell Stevie Beef what he heard.  He

22   said, I want to kill him, Stevie, and he said kill him.

23   Q    You were present for that decision being made?

24   A    Yes, I was.

25   Q    Did you agree that he should be killed?

MASSINO/DIRECT/MERKL

1   A     Yes.

2   Q     Who was involved in Mira's murder?

3   A     Al Walker, Joey D'Amico and Richie Cantarella.

4   Q     Did you ever have any conversations with the individuals

5   who actually carried out the murder of Anthony Mira?

6   A     Later on.

7   Q     You also knew about the murder in advance?

8   A     Yes, I did.

9   Q     Were you later charged with that murder?

10  A     Yes, I was.

11  Q     Were you present when it occurred?

12  A     No.

13  Q     Were you convicted of that murder?

14  A     Yes, I was.

15  Q     Did you go to trial on that case or did you plead guilty?

16  A     I went to trial.

17  Q     Is that part of the racketeering case?

18  A     Yes, it was.

19  Q     You also told the government about your knowledge of the

20  Mira murder as part of your cooperation?

21  A     Yes.

22  Q     I'm going to show you a couple more pictures.

23         MS. MERKL:  Starting with Government Exhibit 17,

24  your Honor.

25         THE COURT:  Government Exhibit 17 is received in

MASSINO/DIRECT/MERKL

```
 1    evidence without objection.
 2              (Government's Exhibit No. 17 received in evidence.)
 3              (Exhibit published to the jury.)
 4    Q    Do you recognize that person?
 5    A    Yes, I do.
 6    Q    Who is that?
 7    A    That's Richard Cantarella.
 8    Q    Richard Cantarella have a nickname?
 9    A    Shellack Head.
10    Q    What's the highest position that Richie Cantarella
11    ultimately held in organized crime?
12    A    He was a captain in the Bonnano family.
13    Q    I'm also going to show you what I've marked as government
14    Exhibit 24, your Honor.
15              THE COURT:  All right.  Government Exhibit 24 is
16    received in evidence without objection.
17              (Government's Exhibit No. 24 received in evidence.)
18              (Exhibit published to the jury.)
19         Q    (By Ms. Merkl)  Do you recognize that person?
20    A    Yes, I do.
21    Q    Who's that?
22    A    That's Joey D'Amico.
23    Q    Mr. Massino, what was the highest position Joey D'Amico
24    held in the Bonnano crime family?
25    A    He was a wiseguy in the Bonnano family.
```

MASSINO/DIRECT/MERKL

1   Q     You mentioned that those two men were involved in the

2   Mira murder?

3   A     Yes, they were.

4   Q     What was your understanding of their roles?

5   A     Joey D'Amico was the shooter, and Richie was in the car

6   with him.

7   Q     Staying in 1982, did there come a time that you learned

8   that you might be indicted?

9   A     Yes, there was.

10  Q     How did you learn about it?

11  A     Somebody from the Colombo family, my good friend,

12  Colantoni, he had an FBI agent on the payroll.  Said you are

13  going to be indicted for murder.

14        I said I'm sick, I can't even move.  I had walking

15  pneumonia then, I couldn't move.  Let's see how I feel

16  tomorrow.  Tomorrow I took off.

17  Q     What do you mean by you took off?

18  A     I ran away.  I was a fugitive.

19  Q     How long were you a fugitive?

20  A     I left in March of '82.  I came back in July of '84.

21  Q     Were you, in fact, indicted?

22  A     Yes, I was.

23  Q     Where were you indicted?

24  A     Southern District of New York.

25  Q     That's the court you mentioned in Manhattan?

MASSINO/DIRECT/MERKL

```
 1    A      In Manhattan.

 2    Q      What were you charged with?

 3    A      Murdering the captains, racketeering.

 4    Q      Approximately how long after you fled were you indicted?

 5    A      I would say within a week or two.

 6    Q      And you mentioned that you were a fugitive.

 7           Are you familiar with the term on the lam?

 8    A      Yes, I am.

 9    Q      What does that mean?

10    A      That I ran away, fugitive, you're on the lam.

11    Q      Where did you go when you were a fugitive?

12    A      I was in Pennsylvania.

13    Q      Where did you stay?

14    A      I stood in a cottage and I rented two houses.

15    Q      Were you able to continue running your crew, even though

16    you were a fugitive?

17    A      Yes, I was.

18    Q      How so?

19    A      My brother-in-law, Sal Vitale, would come and see me.

20    Spero would come and see me.

21    Q      Did you continue to earn money for criminal activity

22    while you were a fugitive?

23    A      Yes, I did.

24    Q      What kind of activity?

25    A      Shylocking, poker joker, extortion.
```

MASSINO/DIRECT/MERKL

```
 1   Q     How would you physically get the money?

 2   A     My brother-in-law would bring it to me.

 3   Q     At that point, in the early 1980s, what, if anything, had

 4   happened to your food businesses?

 5   A     I sold both my businesses, sold my cake business and my

 6   catering business, and my deli.

 7   Q     In addition to staying involved in the affairs of your

 8   crew, the individuals you just discussed, continuing to earn

 9   money, did you commit additional crimes while you were a

10   fugitive?

11   A     Yes, I did.

12   Q     Were you also involved in crimes of violence while you

13   were a fugitive?

14   A     Yes, I did.

15   Q     Were you ever arrested while you were on the lam?

16   A     Yes, I was.

17   Q     What were your arrested for?

18   A     Shoplifting.

19   Q     What did you shoplift?

20   A     We used to go in a supermarket, two, three o'clock in the

21   morning.  I used to buy stuff, so I didn't have to go to a

22   restaurant, and I would cook.

23         We're waiting for the girl to come.  The girl's

24   taking her time.  I wanted to have a cigarette, so I reached

25   over and I grabbed a pack of Marlboro.
```

MASSINO/DIRECT/MERKL

```
 1              With this, the kid grabbed toothbrush or toothpaste.
 2   I paid, we go out, and the cops are waiting in the parking
 3   lot.
 4              We got arrested for shoplifting.
 5   Q    You mentioned that a kid grabbed --
 6   A    Somebody by the name of Dwayne Wisenheimer, also known as
 7   Goldie.
 8   Q    He's an associate of yours?
 9   A    He's an associate of mine.
10   Q    What relationship did you have with Goldie while you were
11   on the lam?
12   A    He was stuck with me, he was with me.
13   Q    Now, prior to your arrest in Pennsylvania, did you have
14   concerns?
15   A    Yes, I did.
16   Q    What were your concerns?
17   A    I would have to get out of Pennsylvania.
18   Q    Why?
19   A    Because we gave an address where we were staying in
20   Pennsylvania, Goldie's mother's house, and once my
21   fingerprints would come back, I had to get out of there.
22   Q    You were worried about getting caught if you were
23   fingerprinted?
24   A    No, I was worried about they would know where I was so I
25   had to get out of there.
```

MASSINO/DIRECT/MERKL

1   Q    What ultimately happened to the shoplifting charge?

2   A    Went to court in the middle of the night.  The judge came

3   in, she gave me a 7, $800 fine.  I paid the fine and we were

4   let go.

5        Our fingerprints were going to Harrisburg,

6   Pennsylvania, so there was somebody that I was friendly with

7   in the restaurant business in Pennsylvania.  I told him I'm

8   going to go, I'll see you.

9        He said where are you going to go?  I told him.

10       He said, wait a minute.  I got a state trooper in

11  Lords Valley.  Let me see what I can do.

12       He spoke to him.  The state trooper got my

13  fingerprints, we destroyed them, and I stayed in Pennsylvania.

14  Q    When you were arrested, did you give the officers your

15  real name?

16  A    No.  I gave Joe Russo.

17  Q    While you were on the lam, did you become aware of a plan

18  to murder an individual by the name of Tony Gilberti?

19  A    Yes, I did.

20  Q    How did you become aware of it?

21  A    My brother-in-law, Sal Vitale, come to see me with Phil

22  Rastelli's brother, Marty Rastelli.

23  Q    What did Sal tell you?

24  A    They were going to kill him.

25  Q    Kill who?

MASSINO/DIRECT/MERKL

```
1    A      Anthony Gilberti.

2    Q      Who had made the decision to kill Anthony Gilberti?

3    A      His brother-in-law, Phil Rastelli.

4    Q      Did you agree that the murder should go forward?

5    A      Yes, I did.

6    Q      Why was Gilberti to be killed?

7    A      Because they were worried about him cooperating.

8    Q      Was Gilberti in fact killed?

9    A      They tried to kill him.

10   Q      What happened?

11   A      He lived.

12   Q      Were you present for the murder, the attempted murder on

13   Gilberti?

14   A      No, I wasn't.

15   Q      Where were you?

16   A      Pennsylvania.

17   Q      Were you later charged with the attempted murder of

18   Gilberti?

19   A      Yes, I was.

20   Q      Were you charged with that as part of a racketeering

21   case?

22   A      Yes, I was.

23   Q      Were you convicted?

24   A      Yes.

25   Q      Did you also tell the government about it as part of your
```

MASSINO/DIRECT/MERKL

1   cooperation?

2   A    Yes, I did.

3   Q    Still directing your attention to the period of time when

4   you were on the lam, at some point did you receive a message

5   regarding somebody named Cesare?

6   A    Yes.

7   Q    Who was Cesare?

8   A    Cesare was a captain in the Bonnano family.

9   Q    Do you know his last name?

10  A    Bonventre.

11  Q    What was the message you received?

12  A    That they were going to kill Cesare.

13  Q    Who was going to kill Cesare?

14  A    Phil Rastelli, the boss of the Bonnano family.

15  Q    Who came to discuss it?

16  A    My brother-in-law and Marty Rastelli, Phil's brother.

17  Q    Did you agree with those men that the murder of Cesare

18  Bonventre should go forward?

19  A    Yes.

20  Q    Why was Bonventre killed?

21  A    He was supposed to be shaking down drug guys, and he beat

22  somebody for 5 or $600,000.

23        When Phil Rastelli came home, this individual wasn't

24  around Phil Rastelli.  He told him what he did.  Phil Rastelli

25  sends for Cesare and they meet in his brother's house in

MASSINO/DIRECT/MERKL

```
1    Queens, Marty Rastelli.

2             Cesare's a captain.  He goes there with another cap

3    by the name of John Ligamatti.  Phil Rastelli asks him, you

4    were shaking guys down, this and that.  He denied everything,

5    he got insulted.

6             He said to Ligamatti, let's go.  Let's get out of

7    here.

8             They got up and walked away.  You can't do that with

9    bosses.  That's why he died.

10   Q    Let's break that down.

11            You mentioned Cesare was involved in shaking down

12   drug dealers?

13   A    He was robbing drug guys.

14   Q    Who were those drug guys around?

15   A    One of them was around Phil Rastelli.

16   Q    Did you learn from your conversations with Marty

17   Rastelli, that Sal Vitale, who specifically Cesare had been

18   shaking down?

19   A    Yes, I did.

20   Q    Who?

21   A    Anthony Aiello.

22   Q    When you say shaking down the drug guys, what do you mean

23   by that?

24   A    I believe they took 10 or 15 kilos of heroin off him and

25   never paid him.
```

MASSINO/DIRECT/MERKL

1    Q    And as a result of their interactions with Anthony

2    Aiello, they were called to a meeting?

3    A    Yes.

4    Q    What happened at that meeting, just to be clear?

5    A    Phil asked him, and there was other individuals, and he

6    denied it.

7            He says, I would never do that.  Turned around, he

8    looked at Ligamatti, they got up and they walked out.

9    Q    And based on the conversation again with Mr. Sal Vitale

10   and Marty Rastelli, how did Phil Rastelli react to that?

11   A    He wanted to kill him.

12   Q    Why?

13   A    Because being disrespectful.  You can't leave until the

14   boss tells you to leave.

15   Q    You also mentioned the name of one of the drug dealers.

16   You said Anthony Aiello?

17   A    Yes.

18   Q    Who was Anthony Aiello?

19   A    He was an associate of the Bonnano family.

20   Q    Do you know if Anthony Aiello had any relatives?

21   A    Yes, he does.

22   Q    Who are his relatives?

23   A    He's got a son by the name of Anthony Aiello, also known

24   as Ace.

25   Q    What, if any, relationship to the Bonnano crime family

MASSINO/DIRECT/MERKL

1    does Anthony Aiello, Jr. have?

2    A    He was a wiseguy in the Bonnano family.

3    Q    In what time frame?

4    A    2004.

5    Q    Do you personally know the younger Anthony Aiello?

6    A    No, I never met him.

7    Q    Going back now to the disrespect that Mr. Bonventre

8    showed to Phil Rastelli, did you agree that the murder of

9    Cesare Bonventre should go forward?

10   A    Yes, I did.

11   Q    Where were you at the time?

12   A    I was in Pennsylvania.  I was a fugitive at the time.

13   Q    Were you present for the Bonventre murder?

14   A    No, I wasn't.

15   Q    Were you later prosecuted for the murder?

16   A    Yes, I was.

17   Q    Was that part of a racketeering case?

18   A    Yes, it is.

19   Q    Were you convicted?

20   A    Yes, I was.

21   Q    Were you convicted at the trial or did you plead guilty?

22   A    I went to trial.

23   Q    You also told the government about your involvement in

24   the Bonventre murder as part of your cooperation?

25   A    Yes, I did.

MASSINO/DIRECT/MERKL

1  Q    Around the time that Bonventre was killed, were there

2  also discussions about killing another man?

3          (Pause in proceedings.)

4  A    When I was on the lam?

5  Q    In connection with the Bonventre murder, were there

6  discussions about killing another individual?

7  A    Yes, there was.  Yes.  They wanted to kill his partner,

8  Baldo Amato.

9  Q    Why did they want to kill Baldo Amato?

10 A    Because he was involved shaking these drug dealers down.

11 Q    Is Baldo Amato alive today, as you know?

12 A    Yes, he is.

13 Q    What was your view on whether Baldo Amato should be

14 killed?

15 A    I saved him.

16 Q    Why?

17 A    I told the old man, I said word to the old man, I said,

18 listen, he's listening to his captain, we can just keep going

19 on and killing and killing and killing.  He's following orders

20 like I follow orders.

21          He said, you're right, and he gave him a pass.

22 Q    When you said you saved him, what did you mean by that?

23 A    He didn't get killed.

24 Q    And it's your understanding that he didn't get killed

25 why?

MASSINO/DIRECT/MERKL

```
1    A     Excuse me?

2    Q     It's your understanding he didn't get killed why?

3    A     Because he was part of that with Cesare, robbing drug

4    people.

5    Q     If I could now direct your attention to spring of 1984.

6    Were you still on the lam?

7    A     Yes, I was.

8    Q     At some point, did you receive a telephone call?

9    A     Yes.

10   Q     Who was the telephone call from?

11   A     I got a call in April of '84.  It was, Marty Rastelli was

12   on the phone.

13             He says, hold on.  So I get on the phone.

14             He puts his brother on the phone, Phil Rastelli.  He

15   says, what are you doing, pal?  I said, all right.

16             He said, listen, you got the number three spot now,

17   good luck.  I said, thank you.

18   Q     When you got that message from Phil Rastelli over the

19   telephone, what did you understand him to mean?

20   A     Underboss.

21   Q     Is the underboss normally the number three spot?

22   A     No, it's the number two spot.

23   Q     So when he told you you got the number three, how did you

24   know you were the underboss?

25   A     Because Stevie Beef was loyal to Phil, and was never
```

MASSINO/DIRECT/MERKL

```
 1   talking about taking him down.
 2   Q    So after he became underboss, what was Stevie Beef's
 3   role?
 4   A    Same thing, consigliere.
 5   Q    After becoming the underboss, what, if anything, changed
 6   about your involvement in the Bonnano family?
 7   A    I didn't come home until July, and I was running the
 8   family.
 9   Q    After you came home?
10   A    Yes.
11   Q    When you say you came home in July, what did you come
12   home to?
13   A    I surrendered.
14   Q    Surrendered for what?
15   A    Southern District of New York.  I had a murder case.
16   Q    What were the circumstances under which you decided to
17   surrender?
18   A    We had a lawyer come and see me.  And I told him I'm
19   surrendered, as long as I make bail.
20           He went back, spoke to the prosecutor in the
21   Southern District of New York and they said, fine.  They made
22   bail.  I came in.
23   Q    When you came back, what charges were you facing?
24   A    Murder of the three captains and racketeering.
25   Q    What ultimately happened with those charges?
```

MASSINO/DIRECT/MERKL

```
 1   A     I got acquitted.

 2   Q     Were you acquitted at the trial?

 3   A     At trial.

 4   Q     Were you in fact guilty --

 5   A     Yes --

 6   Q     -- of the crimes?

 7   A     Yes, I was.

 8   Q     When were you acquitted?

 9   A     June 3rd, 1987.

10   Q     Did you do anything to effect your acquittal?

11   A     No, I didn't.

12   Q     Did you bribe any witnesses?

13   A     No, I didn't.

14   Q     Did you obstruct justice in any way?

15   A     No, I didn't.

16   Q     After you came home in 1984, were you arrested again?

17   A     Yes, I was.

18   Q     What were you arrested for?

19   A     I got arrested in October for Local 814 Teamsters.

20   Q     What were you arrested for in connection with that

21   Teamsters Local?

22   A     A shakedown.

23   Q     What relationship, if any, did the Bonnano crime family

24   have with Local 814 of the teamsters in the early 1980s?

25   A     Phil Rastelli's brother-in-law, Anthony Gilberti, was
```

MASSINO/DIRECT/MERKL

1   vice president.  The president, Vinny Bracco, was onto Phil

2   Rastelli and Phil Rastelli's brother was, I think, a delegate

3   or shop steward, Local 814.

4   Q    Is this the same Anthony Gilberti that they had attempted

5   to kill?

6   A    Yes.

7   Q    What happened with the charges in the Eastern District of

8   New York, this Teamsters case?

9   A    I got found guilty.

10  Q    Did you go to trial?

11  A    Yes, I did.

12  Q    When were you convicted?

13  A    October 15th, 1986.

14  Q    How long a sentence did you receive?

15  A    Ten years.

16  Q    When did you surrender to serve your sentence?

17  A    January 21st, 1987.

18  Q    How long did you serve on your ten-year sentence?

19  A    Five years, ten months, eleven months.

20  Q    How were you able to be released in under six years on a

21  ten-year sentence?

22  A    I maxed out.  I couldn't do no more time.  That's under

23  old law.

24  Q    Under the old law?

25  A    Old law.

MASSINO/DIRECT/MERKL

1    Q    Was there parole available?

2    A    Yes.

3    Q    You stated that you surrendered in January of 1987?

4    A    Yes.

5    Q    While you were in prison in the late 1970s, were you ever

6    involved in bribing a prison guard?

7    A    In the '70s?

8    Q    I'm sorry.  Late 1980s.

9    A    Yes.

10   Q    I misspoke.  I apologize.

11   A    Yes.

12   Q    What did you bribe the prison guard to do?

13   A    He was bringing in food for us, cold cuts, shrimp,

14   scungilli.

15   Q    Who is us?

16   A    Me, Matty The Horse, Fat Tony, Sonny Franchese, Paul

17   Vario, Angelo Ruggiero, Johnny Brody, Baldo Amato, John

18   Ligamatti.

19   Q    And all those men affiliated with organized crime?

20   A    Every one of them.

21   Q    Where were you guys housed?

22   A    MCC New York.

23   Q    Were you still in prison as of December 1987?

24   A    Yes, I was.

25   Q    Are you familiar with an individual by the name of Gabe

MASSINO/DIRECT/MERKL

1   Infante?

2   A      Yes, I am.

3   Q      What happened to Gabe Infante in 1987?

4   A      He got murdered.

5   Q      What was his position in organized crime, if any, at the

6   time?

7   A      He was a captain in the Bonnano family.

8   Q      Why was Gabe Infante killed?

9   A      He was warned, stop talking with the FBI.  He kept

10  talking with the FBI.

11         He went to Phil Rastelli.  He said they'll never

12  find Cesare's body.  They found Cesare's body.

13         He had the contract to kill Anthony Gilberti and

14  they shot from the car.  Nine times they hit him, he lived so

15  it was a combination of everything.

16         Phil Rastelli was fed up.

17  Q     How did you learn that Gabe Infante was to be killed?

18  A     I heard from my brother-in-law.  I was incarcerated at

19  MCC.

20  Q     Did you discuss the murder with Sal in advance?

21  A     He just came and told me who's got the contract, and that

22  was it.

23  Q     Did you agree that the murder should go forward?

24  A     Yes, I did.

25  Q     Did you personally participate in the murder of Gabe

MASSINO/DIRECT/MERKL

```
1    Infante?

2    A    No, I didn't.

3    Q    Just to be clear, you were in the MCC, in the jail?

4    A    MCC New York.

5    Q    But you agreed that the murder should go forward?

6    A    Yes.

7    Q    Were you later charged with it?

8    A    Yes.

9    Q    Was that as part of a racketeering case?

10   A    Yes.

11   Q    Were you convicted of that murder?

12   A    Yes, I was found guilty.

13   Q    You also told the government about your involvement in

14   Infante's murder as part of your cooperation?

15   A    Yes, I did.

16   Q    Staying in the time frame where you were incarcerated in

17   the late 1980s to the early 1990s, did you discuss an

18   individual named Joseph LoPresti and Sal Vitale?

19   A    Yes, I did.

20   Q    What did you discuss with Mr. Vitale?

21   A    George from Canada was his best friend, and he says that

22   he's always stoned, he snorting coke and he's very

23   disrespectful to him.

24          He said, you're not my friend, you're my captain.

25   Otherwise, I wouldn't talk to you.  You want to -- he wanted
```

MASSINO/DIRECT/MERKL

1    the okay to kill him.

2             I gave him the permission.

3    Q    When you spoke to Sal Vitale, what was your position?

4    A    I was the underboss then.

5    Q    What was Sal Vitale's role?

6    A    Captain.

7    Q    Did you later learn that the murder was, in fact, carried

8    out?

9    A    Yes, it was.

10   Q    Were you personally there?

11   A    No, I wasn't.  I was incarcerated.

12   Q    Were you ever prosecuted for the murder of Joseph

13   LoPresti?

14   A    No, I wasn't.

15   Q    But you told the government about it as part of your

16   prosecution?

17   A    Yes, I did.

18   Q    Also in the middle of 1990s, what happened to Russell

19   Mauro?

20   A    Russell Mauro, my brother-in-law, come to visit me and he

21   was stoned.  He was snorted, drunk, and he shot up a Gambino

22   wiseguy's bar and they wanted to kill him.

23             So I told my brother-in-law, tell John give him a

24   pass.  If he does it again, kill him.  Three or four months

25   later, he does it again.  We killed him.

MASSINO/DIRECT/MERKL

Q     Who was Russell Mauro?

A     He was a wiseguy in the Bonnano family.

Q     At the time that Sal Vitale came to you to tell you that Russell Mauro was engaged in this sort of behavior, who was John Gotti?

A     John Gotti, at that point, was the boss of the Gambino family.

Q     Why was it an issue that Russell Mauro had shot up a bar around John Gotti?

A     Because the guy was a wiseguy.  You don't go in a wiseguy's bar and shoot it up.

Q     When you learned that Russell had been engaged in all that behavior, your message to Sal was what?

A     Tell John to give him a pass, and if he does it again, we'll kill him.

Q     Did you later learn whether Russell was, in fact, killed?

A     Yes.

Q     Where were you at the time he was killed?

A     I was incarcerated.

Q     Were you later prosecuted for the murder?

A     Yes, I was.

Q     Was that part of a racketeering case?

A     Yes, it is.

Q     Were you convicted?

A     Yes, I was.

MASSINO/DIRECT/MERKL

1   Q     Did you go to trial or did you plead guilty?

2   A     I went to trial.

3   Q     And you also told the government about your involvement

4   in the Russell Mauro murder as part of your cooperation?

5   A     Yes, I did.

6   Q     If I could now direct your attention to June 1991.

7           What, if anything, happened with respect to the

8   leadership of the Bonnano crime family?

9   A     Phil Rastelli died.

10  Q     What effect did Phil Rastelli's death have on you?

11  A     I was incarcerated.  I was in Talladega, Alabama, and I

12  was good friends with a guy by the name of Andrew Russo.  He's

13  a captain in the crime family.

14          He said, I got to tell you, I got dressed.  We went

15  for a walk, and he's kissing me and hugging me.

16          He said, they just made you official boss.  I said

17  all right.  Thank you.

18  Q     You got that message from Andrew Russo?

19  A     While I was in prison.

20  Q     And what, if any, position did he have with the Colombo

21  family?

22  A     He was a captain in the Colombo family.

23  Q     And when he told you that they made you a boss, did you

24  have an understanding of who had made you the boss?

25  A     The commission and the Bonnano family.

MASSINO/DIRECT/MERKL

1   Q    As the boss, were you able to direct the affairs of the

2   Bonnano crime family from prison?

3   A    Yes.

4   Q    How so?

5   A    I could give a message if I had to.

6   Q    Who came to see you while you were incarcerated?

7   A    My brother-in-law, Sal Vitale.

8   Q    Who else?

9   A    Tony Green.

10  Q    Prior to leaving, prior to surrendering, I should say, in

11  1987 to serve your sentence, had you made any arrangements

12  regarding the operation of the Bonnano crime family for the

13  period of time you were to be incarcerated?

14  A    Yes, I have.

15  Q    What kind of arrangements did you make?

16  A    I brought Spero there, Louie Ha Ha and Sal Vitale.  I put

17  a panel there, the three of them.

18  Q    And what directions did you give to Sal, Spero and the

19  man you mentioned as Louie Ha Ha?

20  A    He was going to make guys, as long as yous know them, you

21  can't kill anybody, unless all three of yous agree to kill

22  anybody, and you can't make no captain without my blessings,

23  or take a captain down.

24  Q    In your experience, do members of the organized crime

25  often make plans in the event that they're incarcerated?

MASSINO/DIRECT/MERKL

```
 1   A    All the time.

 2   Q    Once you became the boss of the Bonnano crime family,

 3   what were your responsibilities in regard to protecting the

 4   family?

 5   A    I was responsible for the whole borgata, the whole

 6   family.

 7   Q    What does that mean?

 8   A    That I was responsible for them.  I had to tell them the

 9   do's and the don'ts.

10   Q    What, after you became boss, what directions, if any,

11   were given to members of the Bonnano crime family with regard

12   to saying your name?

13   A    They would never mention my name.  They was to go like

14   this, that guy wants to see you, known as the ear.

15              MS. MERKL:  Just let the record reflect that the

16   witness was rubbing his ear with his thumb?

17              THE COURT:  And what was the meaning of that?

18              THE WITNESS:  Not to mention my name, that they

19   couldn't pick it up.

20              THE COURT:  So instead of mentioning your name --

21              THE WITNESS:  They would say that guy wants to see

22   you.

23              THE COURT:  Meaning you?

24              THE WITNESS:  Meaning me.

25              THE COURT:  Go ahead.
```

1    Q    (By Ms. Merkl)  Now, with regard to this practice of

2  rubbing your ear, did you have a nickname?

3  A    The Ear.

4  Q    Approximately when did you advise members of the Bonnano

5  crime family you were not to say your name, they were not to

6  say your name out loud?

7  A    When we made guys, we were told this is the Massino name,

8  but you're never to mention it.  You're always to say it's the

9  Bonnano family.

10          So whenever you make an introduction, if there's a

11  bug someplace, they're going to pick up the Bonnano family,

12  not the Massino family, and that was the reason for that.

13  Q    When you said guys were made, they were made into the

14  Massino family, why did the name of the family change?

15  A    It changed because if you was to talk, and you was -- you

16  don't know where people make introductions.  They can make

17  introductions in clubs.  They're not supposed to, but they do

18  it all the time.

19          They might say this guy is the Massino family and

20  there's the boss there.  You're establishing that I'm the

21  boss.

22  Q    Right, but why was the Bonnano family called the Massino

23  family when you were the boss?

24  A    The Bonnano family we used, so if you pick it up on the

25  bug, you would hear just Bonnano family, but if you picked up

MASSINO/DIRECT/MERKL

1   Massino family on the bug, you would know it's me.

2   Q     What was the tradition within the organized crime upon

3   changing the family name upon making a new boss?

4   A     You don't.

5   Q     So at induction ceremonies, why were members being told

6   they were being made into the Massino family?

7   A     You told that, like the other families, this is the Gotti

8   family, but you are going to say this is the Gambino family.

9   With the Persico family, it's the Colombo family.  The Gigante

10  family -- they tell them who the boss is, but you're not to

11  use their name.

12  Q     So just to be clear, what was the official name of the

13  crime family after you became the boss?

14  A     Bonnano family.

15        MS. MERKL:  Your Honor, I think this might be a good

16  time for a break.

17        THE COURT:  All right.

18

MASSINO/DIRECT/MERKL

1

13   Q    Mr. Massino, you stated that you became the official boss

14   in 1991?

15   A    1991.

16          MS. MERKL:  At this time, I would like to show the

17   witness Government's Exhibit 44.

18          THE COURT:  Any objection?

19          MR. GOLTZER:  No, your Honor.

20          THE COURT:  Government's Exhibit 44 is placed in

21   evidence.

22   Q    Do you recognize that?

23   A    Yes, I do.

24   Q    Who is that?

25   A    Joseph Massino.

MASSINO/DIRECT/MERKL

```
 1   Q     By the way, when were you released from prison?

 2   A     November 13, 1992.

 3   Q     Just to refresh the jurors recollection, how long did you

 4   serve on your ten-year sentence?

 5   A     Five years, ten months.

 6   Q     When you got released from prison, what, if anything, did

 7   you do for work?

 8   A     I was consulting in the catering joint.

 9   Q     What was the catering joint called?

10   A     King Catering.

11   Q     Did you provide consulting services?

12   A     Yes.

13   Q     When were you released from prison, were you on any type

14   of parole or supervised release?

15   A     I wasn't supposed to bother with anybody affiliated with

16   organized crime.

17   Q     That was one of the restrictions you had?

18   A     That was one of the restrictions.

19   Q     But just to be clear, was that pursuant to an order of

20   the court, to be on parole and supervised release?

21   A     That was my probation officer.  He said he would violate

22   me and leave it to the parole board.

23   Q     Now, in addition to not being able to associate with

24   anyone connected in organized crime, were you also prohibited

25   from visiting or seeing felons?
```

MASSINO/DIRECT/MERKL

1   A    Yes.

2   Q    Despite those restrictions, were you still involved in

3   the Bonanno crime family when you got home from jail?

4   A    Yes, I was.

5   Q    How did you do so?

6   A    I could see my brother-in-law at the catering joint but

7   not to make it a habit.

8   Q    Why were you able to see your brother-in-law at the

9   catering place?

10  A    Because he was a consultant there; we both consultants.

11  Q    Did you talk Bonanno Family business at King Catering?

12  A    If we had to, yes.

13  Q    Where would you speak with him?

14  A    In the refrigerator walk-in box.

15  Q    Why the refrigerator?

16  A    To avoid bugs.

17  Q    Were you involved in an assault while you were on parole

18  in the early 1990s?

19  A    Yes, I was.

20  Q    What the situation that led to that assault?

21  A    I went to go collect rent, and I rang the bell and the

22  guy come down at about 11:00 o'clock.  He said, "What are you

23  waking me up for?"

24       I said, "Your three weeks behind on your rent."

25       He put his finger in my face.  I says, "Don't put

MASSINO/DIRECT/MERKL

```
 1    your finger in my face."
 2              "What are you going to do?"
 3              I said, "I'm going to stick it up your ass."
 4              He said, "Yeah."  And I whacked him.  He ran.
 5              I was waiting on the parking meter to come back.  I
 6    told him, "What took you so long?"  He apologized to me.
 7    Q    You mentioned that you were there to collect rent.  Were
 8    you the landlord?
 9    A    I was the landlord.
10    Q    By the early 1990s, did you have properties?
11    A    Yes, I did.
12    Q    Some of them were rented out?
13    A    Yes.
14    Q    Did you ever get violated by your probation officer when
15    you were on parole?
16    A    Never.
17    Q    When did you get off parole?
18    A    July of '96.
19    Q    During the periods that you were on parole, however, did
20    you meet families of the -- members of the Bonanno Crime
21    Family in secret?
22    A    Yes, occasionally.
23    Q    How did you arrange those meetings?
24    A    Through my brother-in-law.
25    Q    Where would you meet with other people in the Bonanno
```

CHARISSE KITT, CRI, CSR, RPR, FCRR
OFFICIAL COURT REPORTER

MASSINO/DIRECT/MERKL

1    Crime Family?

2    A    Somebody had a house out in Long Island with 50 rooms, it

3    was a mansion, and I would go out there.

4    Q    Were you truthful with your patrol officer about what you

5    were up to?

6    A    No, I wasn't.

7    Q    When you came home from jail, did you make any decisions

8    regarding making new captains in the family?

9    A    Yes, I did.

10   Q    What did you do decide?

11   A    We always had a captain in the Bronx for the last 40, 50

12   years.  And when I came home there was no captain in the

13   Bronx.  And I decided to put a captain back in the Bronx, and

14   that's what I did.

15   Q    Who did you choose to be the captain in the Bronx when

16   you came home?

17   A    Patty DeFilippo.

18   Q    I'm going to show you what is marked as Government

19   Exhibit 26.

20             THE COURT:  Twenty-six?

21             MS. MERKL:  Twenty-six we're offering.

22             THE COURT:  Government's Exhibit 26 is received into

23   evidence without objection.

24             (Government's Exhibit 26 received in evidence.)

25

MASSINO/DIRECT/MERKL

```
 1   BY MS. MERKL:  :
 2   Q    Do you recognize that person?
 3   A    Yes, I do, it's Patty DeFilippo.
 4   Q    You also mentioned that Patty is from the Bronx?
 5   A    Patty is from the Bronx.
 6   Q    What's the highest position Patty had in the Bonanno
 7   Crime Family?
 8   A    He was a captain in the Bonanno Crime Family.
 9   Q    Approximately when did you make Patty captain of the
10   Bonanno Crime Family?
11   A    I came home in November.  I made him a captain in
12   November of '92.
13   Q    When you came home, did you make any other decisions
14   regarding the leadership of the family?
15   A    Yes, I did.
16   Q    What did you decide?
17   A    I made Sal Vitale my underboss in the Bonanno Family.
18   Q    Just to be clear, this is the same Sal Vitale you
19   testified before depicted in Government's 65?
20   A    Yes, it is.
21   Q    He's in the top row over there?
22   A    Yes, he is.
23   Q    After you came home as boss of the Bonanno Family, did
24   you make any decisions regarding any requirements of
25   membership in the family?
```

MASSINO/DIRECT/MERKL

1   A    Yes, I did.

2   Q    What did you decide?

3   A    That your mother and father both got to be Italian.

4   Q    Did you decide anything else?

5   A    No.

6   Q    Not at that time?

7   A    No.

8   Q    Did you make any decisions regarding social clubs?

9   A    Oh, close all social clubs.

10  Q    Why did you want to close all the social clubs?

11  A    You could take one FBI agent and he could stand outside

12  that club and he could watch 50 people go into that club.  If

13  you close that club, you need 50 FBI agents to watch 50

14  people.

15  Q    So, in essence, you were trying to avoid law enforcement?

16  A    100 percent.

17  Q    If I could now direct your attention to January 1993.

18  Were you still on parole or were you off parole by then?

19  A    I was on parole.

20  Q    In that time frame, did there come an occasion where you

21  had a meeting with John Gotti, Jr.?

22  A    Yes, there was.

23  Q    What was your reason for meeting John Gotti, Jr. in

24  January of 1993?

25  A    He wanted to see me.  He wanted to know my position with

MASSINO/DIRECT/MERKL

1    the Columbo Family, because at that point there was two

2    fractions there, and he wanted to know who I supported.  I

3    supported Junior Persico, John, Sr. didn't.

4    Q    Just to be clear, what was John Gotti, Jr.'s position in

5    the Gambino Crime Family at the time?

6    A    He was acting boss.

7    Q    And just so we understand what was going on with the

8    Columbo Family, what was going on with the Columbo Family that

9    the Gambino Family was trying to figure out your position

10   about?

11   A    Well, they caused the war and John was against Junior

12   Persico, and I was for Junior Persico.

13   Q    Much like the Bonanno Crime Family had it's turmoil when

14   the --

15   A    Yes.  Yes.

16   Q    Were any other topics discussed at that meeting?

17   A    Yes, at that point there was what they called Bonnie and

18   Clyde.  There is a couple going around they were robbing

19   social clubs, Wiseguy Social Clubs.  So John, Jr. says to me,

20   they won't be robbing no more clubs, Bonnie and Clyde.  My

21   brother-in-law says, "Yeah, we killed them."  With this, John,

22   Jr. says, "We killed them."

23            I kicked my brother-in-law.  Keep quiet.

24   Q    Why did you kick your brother-in-law?

25   A    We don't talk about murder.

MASSINO/DIRECT/MERKL

```
 1   Q     At the point when John, Jr. mentioned that these Bonnie

 2   and Clyde people who had been robbing social clubs, won't rob

 3   social clubs anymore, did you have an understanding as to what

 4   happened to Bonnie and Clyde?

 5   A     Absolutely.

 6   Q     What was your understanding based on?

 7   A     They both got killed.

 8   Q     Did you speak to anybody about what had happened to

 9   Bonnie and Clyde?

10   A     They were robbing social clubs.  They were robbing some

11   social clubs, wiseguys in my family.

12   Q     Did you ever speak to your brother-in-law about what had

13   happened to Bonnie and Clyde?

14   A     Yes, I did.

15   Q     What did Sal tell you?

16   A     He said somebody by the name of Anthony Denato killed

17   Bonnie and Clyde.  I said, "You better go find that out

18   because John, Jr. is saying he did it, we're saying we did

19   it."

20         He go and he comes back and he sees Patty, they want

21   to kill him.

22   Q     When you say Sal went and came down --

23   A     Sal went to go see Patty DeFilippo; he's the captain in

24   the Bonanno Family.

25   Q     And why did Sal go see Patty?
```

MASSINO/DIRECT/MERKL

1   A    To find out who really killed Bonnie and Clyde.

2   Q    Why would Patty be a position to know?

3   A    Because he's the one that told my brother-in-law that

4   Anthony Denato did it.

5   Q    Well, given John Jr's claim that the Gambino had killed

6   Bonnie and Clyde and Sal Vitale's information that

7   Anthony Denato was claiming that he had killed Bonnie and

8   Clyde, what was your --

9   A    Patty says he wanted to kill him, we believe he lied.

10            THE COURT:  Who?  I'm sorry, who did he want to

11   kill?

12            THE WITNESS:  Anthony Denato.

13   Q    So Patty wanted to kill Anthony Denato?

14   A    Correct.

15   Q    What did you decide when you learned that information?

16   A    To kill him.

17   Q    What happened next with regard to the Anthony Denato?

18   A    He couldn't get Anthony Denato to come in, so I said to

19   my brother, "What's up?  It stinks over here."

20            I told him to forget about killing him.  He ain't

21   kill Anthony.  I don't buy the story.

22   Q    Who couldn't get a hold of Anthony Denato?

23   A    Patty DeFilippo from the Bronx.

24   Q    Just to be clear, why did you initially authorize

25   Anthony Denato's murder?

MASSINO/DIRECT/MERKL

```
 1   A    Because if you're taking the claim that you killed some
 2   people, and you didn't do it, that's a disgrace to our family.
 3   Why are you taking credit if the Gambino people did it.
 4   That's an insult.
 5   Q    And why ultimately did you withdraw the order to kill
 6   Denato?
 7   A    He couldn't find him in a couple of weeks, and I didn't
 8   buy he couldn't find him.  So I said something stinks here,
 9   and I called it off.
10   Q    So you withdrew your prior order --
11   A    I withdrew the murder, yes.
12   Q    Just to be clear, did Anthony Denato himself ever tell
13   you that he had killed Bonnie and Clyde?
14   A    I never mentioned it.
15   Q    When were you done with your supervised release?
16   A    July of '96.
17   Q    What, if anything, did you do in November of 1996?
18   A    I opened a restaurant in Queens.
19   Q    What was your restaurant called?
20   A    Casa Blanca.
21   Q    Who ran your restaurant?
22   A    I had two partners, Louie Restivo and Alfred Abisano.
23   Q    Who was Louie Restivo?
24   A    He was a wiseguy in the Bonanno Family.
25   Q    And who was Alfred Abisano?
```

MASSINO/DIRECT/MERKL

```
1    A     He was a wiseguy in the Bonanno family.

2    Q     In addition to your restaurant, did your restaurant hold

3    any functions?

4    A     All kinds of functions.

5    Q     What sort of functions did you have?

6    A     Weddings, showers, baptismal.  If in somebody's family

7    somebody died, after they buried them they would come to the

8    restaurant.

9    Q     Was is it commonplace for members and associates of

10   organized crime to hold their functions at your restaurant?

11   A     Yes, all the time.

12   Q     When did you first meet the defendant, Mr. Basciano?

13   A     I probably met him, I'm going to say, '96 of December.

14   Q     Where did you meet him?

15   A     In my restaurant.

16   Q     When did you first hear about Mr. Basciano?

17   A     1990, when I was in Talladega, Alabama.

18   Q     And the circumstances under which you heard about him, if

19   you could just to refresh the jurors' recollection?

20   A     I heard he was a good guy.  If you need him, he's a work

21   horse.

22   Q     And who had told you that?

23   A     My brother-in-law, Sal Vitale.

24   Q     In what time frame?

25   A     1990.
```

MASSINO/DIRECT/MERKL

1   Q     What was the context in which Sal communicated that

2   information to you?

3   A     He came with a list of guys and I okayed them all.

4   Q     And then after you came home from prison and opened your

5   restaurant, you met Mr. Basciano at your restaurant?

6   A     Yes, I did.

7   Q     How did you meet Basciano at your restaurant?  How did

8   that come about?

9   A     I was in the restaurant with my wife, and I might have

10  been there with my daughter and her husband.  Patty DeFilippo

11  come over and he said, "Vinny would love to meet you Chief."

12        I said, "Well, really, you know how I feel about

13  that.  You know what, give me ten minutes.  I'm going to go

14  through the kitchen.  I'm going to go in the back of the yard

15  and you go through that door over there."

16        Ten minutes they come out.  Patty DeFilippo says,

17  "Vinny, I want you to meet Joe Massino.  He's a friend of ours

18  and he's good boss of the Bonanno Family."

19        "Joe, meet Vinny.  Vinny is a friend of ours in the

20  Bonanno Family."

21        I told him good luck, and we went back in side.

22  Q     Just to be clear, who did that formal instruction?

23  A     Patty DeFilippo.

24  Q     Who was Patty at your restaurant with that night?

25  A     Vinny Basciano, and I believe Michael Nose and Manny.

MASSINO/DIRECT/MERKL

```
 1    Q     Manny who?

 2    A     From the Bronx.

 3    Q     Did you have any discussions with Basciano of any

 4    substance on the night that you first met him?

 5    A     Nothing.  Just good luck.

 6    Q     At some point did you have any conversations with

 7    Patty DeFilippo about the defendant?

 8    A     Yes, I did.

 9    Q     In what time frame?

10    A     Probably '97.

11    Q     What, in substance, does Patty DeFilippo tell you about

12    the defendant?

13    A     That he's a good earner.  He's a good man.  If you need

14    him to do work, he's there.  He'll do it.  You just point in

15    that direction and he'll go kill.  Whatever you need him to

16    do.

17    Q     You said, "he's a good earner."  What do you mean by

18    "earner"?

19    A     He got a lot of number spots in the Bronx.  He was a

20    shylock.

21    Q     And is "earner" a term of art in organized crime?

22    A     Yes.

23    Q     What does it mean?

24    A     You're a good earner.  You're not a bum.

25    Q     You make money?
```

MASSINO/DIRECT/MERKL

```
 1   A    Yes.
 2   Q    You also mentioned Patty DeFilippo stated that he'd be
 3   available for a piece of work.  What is a piece of work?
 4   A    If you needed to kill somebody and you needed a
 5   shooter --
 6            MR. GOLTZER:  Objection.
 7            THE COURT:  Overruled.
 8            MS. MERKL:  Your Honor, I'm not sure the witness
 9   knows.
10            THE COURT:  You may answer.
11   A    Okay.  If you need somebody to kill somebody, you need
12   workers.  It takes all kinds of meat to make a good sauce.
13   Q    What do you mean by that?
14   A    Everybody's not capable of killing.  Some people they
15   earn, they're a killer.  Some people just earn and they can't
16   kill.
17   Q    So when you're saying "make a sauce," you're referring to
18   organized crime family?
19   A    Yes, it takes all different people.  You got money
20   people, that won't do anything but they're earning money for
21   the family.
22   Q    In 1996 when you met him, what crew was the defendant,
23   Vincent Basciano?
24   A    Patty DeFilippo in the Bronx.
25   Q    After you first met him, did you have occasion to see
```

MASSINO/DIRECT/MERKL

1   Basciano from time to time?

2   A    Yes, I did.

3   Q    Under what circumstances?

4   A    He would come in the restaurant with his wife, he would

5   come with Anthony Denato and his wife.  And I used to go to

6   the restaurant and eat with my wife, my kids, Richie

7   Cantarelli or TG.

8   Q    And how -- did you actually interact with the defendant

9   when he came to your restaurant?

10  A    No.

11  Q    Did you speak with him at all?

12  A    Hello.  Goodbye.  And then later on when he became a

13  captain, if he was in there to eat and we'd be there to eat,

14  when he got done he would come over and have coffee and cake

15  with us.

16  Q    That was later?

17  A    That was later.

18  Q    During the late 1990s as the boss of the Bonanno crime

19  family, did you receive any tribute money from the Bronx

20  group, Patty's group?

21  A    Yes, I did.

22  Q    What was Patty DeFilippo's practice with regards to

23  tribute money for Christmas?

24  A    Every wiseguy, if they got money, would throw $1,000

25  tribute to the boss.  And if they ain't got any money, they

MASSINO/DIRECT/MERKL

1    wouldn't tribute anything.

2    Q    And what was Patty's personal practice with regard to his

3    tribute?

4    A    He would give a thousand; Vinny Basciano would give a

5    thousand; Manny would give a thousand; Chubby didn't give

6    anything.

7    Q    Those were all members of Patty's group?

8    A    They were all wiseguys, yes.

9    Q    Now, directing your attention to a later part of the

10   '90s, 1999.  Did there come a time that information came to

11   your attention regarding George from Canada?

12   A    Yes.

13   Q    Just to refresh the jurors' recollection, George from

14   Canada is the individual depicted in the top right corner --

15   A    He's the last guy on the top.

16   Q    And George from Canada you mentioned was involved in the

17   murder of the three captains?

18   A    Yes.

19   Q    At the time the information came to your attention

20   regarding George from Canada, what was George from Canada's

21   position in organized crime?

22   A    He was a captain in Montreal, Canada.

23   Q    What information came to your attention?

24   A    He come and he told me that Frank Cutrone's son beat up

25   his nephew and that he killed him.  I said, "You what?"

```
 1                  He said, "I killed him."
 2    Q    Who had, who did George from Canada admit killing?
 3    A    Frank Cutrone's son.
 4    Q    Who was Frank Cutrone?
 5    A    Frank Cutrone was a wiseguy in the Bonanno Family.
 6    Q    How did you react when you learned that George from
 7    Canada had killed a wiseguy's son?
 8    A    I knew once he did that, that I was going to kill him.
 9    Q    What, if anything did you do to effect the murder?
10    A    I gave the contract to Patty DeFilippo in the Bronx.  I
11    said, you get a shot, kill him.  It don't have to be tomorrow,
12    take your time.  It ain't an emergency, but kill him.
13    Q    Was George ultimately killed?
14    A    Yes, he was.
15    Q    Where were you at the time?
16    A    I was in St. Maarten.
17    Q    On vacation?
18    A    Yes, on vacation.
19    Q    How did you learn about the murder?
20    A    When I left I told my brother-in-law, I said, "I don't
21    know when they going to kill George."
22                  I said, "If they kill him and I'm on vacation, just
23    call me down there and just say 'I picked up them dolls for
24    the babies,' that means you killed George."
25                  I got a phone call.  Say, "How you doing?  I picked
```

MASSINO/DIRECT/MERKL

```
1    up them dolls for the kids."
2              I said, "Good.  I'll get them when I come home."
3              I knew he killed George.
4    Q    What was the plan with regard to what to do with George's
5    body?
6    A    Throw him in the street.
7    Q    Why?
8    A    This way nobody would believe that it came from us.
9    Q    When you say "came from us"?
10   A    Come from the Bonanno Family.
11   Q    Why did you believe that throwing George's body in the
12   street would --
13   A    Because basically anybody that we killed we buried.  And
14   if you bury, right away they're going to surmise it came from
15   the Bonanno Family.  Throw him in the street.
16   Q    So it was an effort to divert suspicion?
17   A    Yes, it was.
18   Q    What, if anything, happened with regard to George from
19   Canada's funeral?
20   A    I told everybody to go.
21   Q    Why did you do that?
22   A    To show respect, that everybody went.
23   Q    In your experience what is the significance, if anything,
24   of wakes, weddings, and funerals in organized crime?
25   A    It shows strength.  People talk.  Wow, he had some
```

MASSINO/DIRECT/MERKL

1    turnout at that funeral, four or 500 people.  They talk.

2    Q    Who is "they"?

3    A    All the families.

4    Q    Other members and associates of organized crimes?

5    A    All five families.

6    Q    Historically, was there any tradition within the Bonanno

7    Crime Family, with regard to those events -- wakes, weddings,

8    and funerals?

9    A    Excuse me?

10   Q    Was there any tradition?

11   A    Everybody had to go.

12   Q    At some point that policy change?

13   A    I changed it.

14   Q    Why did you change it?

15   A    I said, "You're better off.  If somebody dies in your

16   crew and you want to go, you go.  If you don't want to go, you

17   don't have to go; that's up to you.  Try and stay between the

18   raindrops."

19          Less people going to wakes, less exposure;

20   especially if we made a lot of new wiseguys, we don't want to

21   expose them.

22   Q    Why were you concerned about exposing people by attending

23   these types of events?

24   A    You got law enforcement outside all the time.

25   Q    When did you change the policy with regard to going to

CHARISSE KITT, CRI, CSR, RPR, FCRR
OFFICIAL COURT REPORTER

MASSINO/DIRECT/MERKL

1    weddings and funerals, approximately?

2    A    Probably 2000.

3    Q    In your experience, is organized crime business often

4    discussed at such events?

5    A    All the time.

6    Q    Going back, now, to Georgia from Canada.  Did you ever

7    discuss the murder of George from Canada with the defendant?

8    A    Yes, I did.

9    Q    Approximately when?

10   A    Probably two years later.  Year and a half, two years

11   later.

12   Q    What was the substance of your conversation?

13   A    He said to me, "Chief, you needed somebody to kill George

14   from Canada I'd been more glad to kill him."

15        I said, who told you that?  He said, "Michael Nose."

16   Q    Who is Michael Nose?

17   A    Michael Nose is a wiseguy in the Bonanno.

18   Q    Whose crew was he in in the late 1990s and early 2000s?

19   A    Patty DeFilippo.

20   Q    Where was Michael Mancuso from?

21   A    Bronx.

22   Q    I show you a couple of more pictures.

23        MS. MERKL:  Starting with Government's Exhibit 6,

24   your Honor.

25        THE COURT:  Government's Exhibit 6 is received in

1    evidence without objection.

2              (Government's Exhibit 6 received in evidence.)

3    Q    Do you recognize that person?

4    A    Yes, I do.

5    Q    Who is that?

6    A    That's Vinny Basciano.

7    Q    Does Vinny Basciano have any nicknames, to your

8    knowledge?

9    A    Yeah.

10   Q    What nicknames?

11   A    Vinny Gorgeous.

12   Q    What's the highest position did Vinny Basciano achieve in

13   the Bonanno Crime Family?

14   A    Acting boss of the Bonanno Family.

15             MS. MERKL:  I'd also like to show the witness

16   Exhibit 41, which we offer now into evidence.

17             THE COURT:  All right, Government Exhibit 41 is now

18   received into evidence without objection.

19             (Government's Exhibit 41 received in evidence.)

20   Q    Do you recognize that person?

21   A    Yes, I do.

22   Q    Who is that?

23   A    That's Michael Nose.

24   Q    Do you know Michael Nose's real name?

25   A    Mancuso, Michael Mancuso.

MASSINO/DIRECT/MERKL

1   Q     And what's the highest position Michael Mancuso held in

2   the Bonanno Family?

3   A     Acting boss.

4   Q     Going back now to the murder of George from Canada.

5           Have you been charged with the murder of George from

6   Canada?

7   A     Yes, I had been.

8   Q     Did you plead guilty to that crime or go to trial?

9   A     I pleaded guilty to that.

10  Q     You also told the Government about your involvement as

11  part of that cooperation?

12  A     Yes, I did.

13  Q     Now, I want to direct your attention to early 2001.

14          Did there come a time in early 2001 that your

15  brother-in-law Sal Vitale came to you to talk about a murder?

16  A     Yes.

17  Q     What was Sal's rank at the time?

18  A     He was the underboss in the Bonanno Family.

19  Q     Where did you meet Sal Vitale?

20  A     Howard Beach.

21  Q     Where would you meet him?

22  A     We call it by the weeds, it's in the street.

23          MR. GOLTZER:  Your Honor, please note our continuing

24  objection to the upcoming line.

25          THE COURT:  I'm sorry, your objection to what?

MASSINO/DIRECT/MERKL

```
 1               MR. GOLTZER:  The line of questions being approached

 2   by the prosecutor, which is subject to a prior ruling.

 3               THE COURT:  So noted.

 4               MS. MERKL:  Thank you, your Honor.

 5   BY MS. MERKL:  :

 6   Q    You mentioned by the weeds.  What does that mean?

 7   A    There's a bunch of weeds in Howard Beach, and that's

 8   where I used to meet most of my people.  We would go for a

 9   walk.

10   Q    You met them outside?

11   A    Outside.

12   Q    What was your purpose in meeting them outside by the

13   weeds?

14   A    Because he wanted to talk to me about a murder.

15   Q    What did you say to Sal Vitale during that conversation

16   and what did he say to you?

17   A    He told me "Vinny Basciano just got done killing somebody

18   by the name of Frank Santoro."

19               I said, "What do you mean he killed him?"

20               He goes, they claim the guy was going to kidnap any

21   one of his kids for money, and he ran to Patty and Patty told

22   him go ahead and kill him; take care of it.

23   Q    Did Sal Vitale tell you the details of how the murder

24   went down?

25   A    Just that Vinny was one of the shooters.
```

MASSINO/DIRECT/MERKL

1  Q    After speaking with Vitale, what, if anything, did you

2  do?

3  A    I wanted to speak to Patty.

4  Q    Did you, in fact, speak to Patty?

5  A    Yes, I did.

6  Q    How long after your meeting to Sal Vitale --

7  A    Within a day or two.

8  Q    Where did you meet Patty DeFilippo?

9  A    Charles Park in Howard beach.

10 Q    Was anyone else present for the meeting?

11 A    My brother-in-law.

12 Q    What was Patty DeFilippo rank at the time?

13 A    He was captain in the Bonanno Family.

14 Q    What was the substance of your conversation with

15 Patty DeFilippo?

16 A    "How could you give an order to murder anybody, you're

17 not the boss?  I'm the boss and I didn't okay that."

18 Q    What did Patty DeFilippo say?

19 A    He said, "This kid supposed to be a junky and he's a bad

20 kid, and I felt it couldn't wait."

21        So I said to him, "Why didn't you just put Vinny's

22 kids in his house and put a couple of there with guns?  Ain't

23 nobody going to go in his house and wait until you come and

24 talk to me?"

25 Q    How did Patty DeFilippo react?

MASSINO/DIRECT/MERKL

```
 1    A    He apologized.

 2    Q    Patty DeFilippo discuss with you how the murder went

 3    down?

 4    A    Yes.

 5    Q    What did he tell you?

 6    A    Dominick Cali was a shooter, Vinny was a shooter, and

 7    Anthony Denato was there.

 8    Q    The same Anthony Denato you had previously ordered to be

 9    killed and then withdrawn the order?

10    A    Yes, he is.

11    Q    And you mentioned Dominick Cali, do you know that person?

12    A    No, I don't.

13    Q    Ever met him?

14    A    Never met him.

15    Q    How was your conversation with Patty DeFilippo concluded?

16    A    That I was mad and he went and he told Vinny Basciano

17    that I was upset.

18    Q    Did you later have a conversation about the murder of

19    Frank Santoro with the defendant, Mr. Basciano?

20    A    Yes, I did.

21    Q    How did that meeting come about?

22    A    He was in a restaurant.  He said, "Chief, I got to talk

23    to you."

24         I believe it was a Saturday night.  I said, "I'll

25    see you tomorrow night at 10:00 o'clock, you know where, by
```

MASSINO/DIRECT/MERKL

1    the weeds."

2    Q    Did you, in fact, meet with him by the weeds?

3    A    Yes, I did.  I met him at 10:00 o'clock.  He wanted to

4    explain to me about the murder and who was involved.

5    Q    What did he say to you?

6    A    He says, "Dominick was one of the shooters.  He shot him

7    in the face three, four times, and I hit him three or four

8    times with a shotgun in the chest."

9             "Who else was there?"

10            Bruno Indelicato, he drove a truck and Anthony

11   Denato had a car.

12   Q    Did he explain to you why Frank Santoro was killed?

13   A    That they were going to kidnap any one of his kids and

14   this guy was a bad guy.

15   Q    How did you react when Basciano told you about the

16   details of the murder?

17   A    I wasn't happy about it.

18   Q    Why?

19   A    "How did you kill somebody without getting an okay?  You

20   just do what you want to do?"

21   Q    Was there anything else about the way the murder was

22   committed that upset you?

23   A    Yes, he took a guy from another crew.  Bruno Indelicato,

24   he was with another captain.  You just don't take somebody

25   from another crew and say come over here.  You don't do that.

MASSINO/DIRECT/MERKL

1   Q     From which crew was Bruno Indelicato?

2   A     He was under a captain by the name of Willie.

3   Q     And which crew?

4   A     He was under Patty DeFilippo.

5   Q     So what was the problem with regard to Bruno doing

6   murders with the defendant?

7   A     Vinny Basciano at that point was just a wiseguy, just a

8   good fella.  How does a good fella go to another crew and get

9   another wiseguy from another captain.  Who gave him the okay

10  to do it?

11  Q     Who has the permission to allow members of different

12  crews to commit crimes?

13  A     Only the boss.

14  Q     How was your conversation with Mr. Basciano concluded?

15  A     I told him don't ever do that again.

16  Q     Did you ever speak with Bruno Indelicato about the

17  murder?

18  A     Yes, I did.  The following week Bruno would come and he

19  said, "Chief, I got to talk to you."

20          And I said, "I'll meet you tonight, 10:00 o'clock,

21  you know where, by the weeds."

22  Q     How did you set up meetings with Bruno Indelicato, as a

23  general rule?

24  A     He lives in the neighborhood and numerous times I would

25  see him.

MASSINO/DIRECT/MERKL

1   Q     He lives in your neighborhood?

2   A     In Howard Beach, yes.

3   Q     Where did you meet with Bruno Indelicato to discuss the

4   murder.

5   A     In Howard Beach.

6   Q     What was the substance of your conversation with

7   Bruno Indelicato?

8   A     At that point he told me, in part, what he did.

9   Q     What did he tell you?

10  A     That he took his sister-in-laws truck, they put a piece

11  of cardboard over the license plate, so they couldn't get the

12  plate number because it was a legitimate truck.

13        Anthony Denato was there.  He told me who was there.

14  Q     Who did he tell you was there?

15  A     Dominick who was a shooter, Vinny was a shooter, and the

16  kid, Anthony Denato, was in a car and he was in a truck.

17  Q     Did Bruno tell you who had which weapon?

18  A     Yes.

19  Q     What did he tell you?

20  A     Dominick had a pistol and Vinny had a pump shotgun.

21  Q     Did he tell you why the murder was committed?

22  A     Yeah, he was going kidnap any one of Vinny's kids for

23  money.

24  Q     You mentioned also that Bruno Indelicato stated he was

25  driving his sister-in-law's truck?

MASSINO/DIRECT/MERKL

1   A     Yes.

2   Q     Who is she?

3   A     She's Robin Burk.

4   Q     Did Bruno tell you any additional details about how the

5   murder went down?

6   A     He said when they killed him, the guy was walking a

7   Doberman Pincher; the dog ran home.

8   Q     Ultimately, how was your conversation with

9   Bruno Indelicato concluded?

10  A     I told him, "You should know better than that.  He was a

11  captain.  You know you could die for that."

12         He said, "I know, Chief.  I'm sorry.  I won't do it

13  again."

14         I said, "Don't."

15  Q     Just to be clear, Bruno Indelicato had been captain in

16  the family previously?

17  A     He was a captain.

18  Q     To remind the jurors, he was one of the four captains?

19  A     He was the captain that didn't show up the night when the

20  two captains got killed.

21  Q     Did you ever discuss the murder with Anthony Denato?

22  A     I never spoke to him about murders.

23  Q     Did you ever discuss the murder with Dominick Cali?

24  A     I don't know Dominick Cali; I never spoke to him.

25  Q     At some point after the Santoro murder, what, if

MASSINO/DIRECT/MERKL

1    anything, happened with regard to Anthony Denato's status with

2    the Bonanno Crime Family?

3    A    We straightened him out.

4    Q    Approximately how long after the Santoro murder did you

5    straighten Anthony out?

6    A    Maybe within six months.

7    Q    Just to refresh the jurors' recollection, what does

8    straighten out mean?

9    A    You made somebody.  Vinny Basciano put him up to be made

10   and we made him.

11   Q    Did you personally attend Anthony Denato's induction into

12   that family?

13   A    I did the ceremony.

14   Q    Where was it?

15   A    Staten Island.

16   Q    Where?

17   A    Richard Cantarella's house.

18   Q    Was Anthony Denato made alone or with other men?

19   A    He was made alone.

20   Q    Who was there for the ceremony?

21   A    Vinny Basciano, myself, TG, Tony Rizzuto, and Richie

22   Cantarelli, and Anthony Denato.

23   Q    Did he mention that Basciano put him up?

24   A    Yes.

25   Q    What does that mean?

MASSINO/DIRECT/MERKL

```
 1   A    He proposed him to be a made guy in the family.
 2   Q    You also mentioned that Tony Green was at the ceremony?
 3   A    Yes.
 4   Q    Why was Tony Green at the ceremony?
 5   A    Tony Green was a captain and I was looking to give him
 6   the experience.
 7   Q    Experience of what?
 8   A    If I was to go to jail or whatever, to run the family.
 9   Put him on a panel.
10   Q    Did you know Tony Green's real name?
11   A    Yes, I do.
12   Q    What is it?
13   A    Anthony it's Urso.
14   Q    You also mentioned that Richie Cantarelli was present for
15   the ceremony?
16   A    Yes, it was at his house.
17   Q    It was at his house?
18   A    Yes.
19   Q    You also mentioned a TG.  Who is TG?
20   A    Anthony Graziano.
21   Q    And why was he?
22   A    He was a captain, I was giving him the experience too.
23   Q    Experience of what?
24   A    Because at that time, we had like 17 captains.  So many
25   reported to my brother-in-law Sal Vitale, so many captains
```

MASSINO/DIRECT/MERKL

```
 1   reported, five or six, to Tony Green, and so many reported to
 2   TG.  It's like a panel.  So I wanted to give them the
 3   experience.
 4   Q    Experience of that type of responsibility?
 5   A    In case I'm not around to run the family.
 6   Q    I show you a couple of more pictures.  First, I'd like to
 7   show you Government's Exhibit 33.
 8             MS. MERKL:  We'll offer it at this time.
 9             THE COURT:  All right, Government's Exhibit 33 is
10   admitted in evidence without objection.
11             (Government's Exhibit 33 received in evidence.)
12   Q    Do you recognize that individual?
13   A    Yes, I do.
14   Q    Who is that?
15   A    That's Anthony Graziano.
16   Q    You also mentioned a nickname for him, what's his
17   nickname?
18   A    TG.
19   Q    What is the highest position that Anthony Graziano held
20   in the Bonanno Family?
21   A    He was a captain in the Bonanno Family.
22   Q    I'm also going to show you what I've marked as Government
23   Exhibit 63, which we'll offer into evidence.
24             THE COURT:  Sixty-three is received in evidence
25   without objection.
```

MASSINO/DIRECT/MERKL

1              (Government's Exhibit 63 received in evidence.)

2    Q    Do you recognize that person?

3    A    That's Tony Green, Anthony Urso.

4    Q    And what's the highest position that Anthony Urso or

5    Tony Green had with the Bonanno Crime Family?

6    A    He was a Captain in the Bonanno Family.

7    Q    You also mentioned that Richard Cantarella was at the

8    ceremony?

9    A    Yes.

10              (Continued on the next page)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

MASSINO/DIRECT/MERKL

1

2   Q    And you also mentioned that Richie Cantarella was already

3   up on the board, as well as the defendant and yourself,

4   correct.

5   A    Yes.

6   Q    After Anthony Donoto was made, whose crew was he put

7   into?

8   A    I put him with Vincent Basciano.

9   Q    At that point, what rank did the defendant have?

10  A    He was a captain in the Bonnano Family.

11  Q    When did Basciano become a captain in the Bonnano Family?

12  A    Later part of 2000.

13  Q    Approximately when in relation to the murder of Frank

14  Santoro did Basciano become a captain?

15  A    Maybe a year later.

16  Q    Whose decision was it to elevate Basciano to captain?

17  A    It was my decision.

18  Q    Did you discuss your decision with anyone?

19  A    Yes, I did.

20  Q    Who did you discuss it with?

21  A    My underboss, Sal Vitale, he said to me it was a good

22  idea.

23  Q    Why did Sal think it was a good idea?

24  A    He just said it's a good idea.

25  Q    After Basciano became a captain, how often did you see

MASSINO/DIRECT/MERKL

1   him, if at all?

2   A    If he had to see me, I would see him.  Otherwise, I have

3   no reason to see him.

4   Q    What sort of reasons did he ever have to see you.

5   A    Come to talk to me if he needed money.  He wanted me to

6   go partners in the construction business.  And him and Dominic

7   Cali were doing it and Anthony Donato was the foreman, if I

8   would get involved putting up condos, my wife with his wife.

9   I told him I wasn't interested.

10  Q    So Basciano proposed that he go into some sort of

11  construction business?

12  A    He asked me if I wanted to put up condos, yes.

13  Q    And you declined?

14  A    Yes, I did.

15  Q    You also mentioned that that Basciano might come to you

16  if he needed money.  What did you mean by that?

17  A    If he needed shylock money, he would come to me and I

18  would give it to him for a point.

19  Q    At that point in time, did you have any sort of practice

20  with regard to lending monies to captains?

21  A    That was basically my shylock business, that I gave the

22  money to captain, basically, all my captains.

23  Q    And what is the interest rate that you charged your

24  captains?

25  A    One point.

LISA SCHMID, CCR, RMR

MASSINO/DIRECT/MERKL

1   Q     What was the largest amount of shylock money that you

2   ever gave to the defendant?

3   A     No more than a hundred thousand.

4   Q     At one time?

5   A     Yes.

6   Q     Approximately how much money did you have out on the

7   street as part of your shylock business?

8   A     It varied.  I could give a guy two hundred thousand and

9   he never pay it back.  The most I have had at probably at one

10  time, probably four or five hundred thousand.

11  Q     Did anybody run the shylock business with you?

12  A     My brother-in-law, Sal Vitale, was my partner.

13  Q     While you were boss, approximately how much did you earn

14  from your shylock business per week, on average?

15  A     Couple of thousand.

16  Q     And Sal Vitale earned --

17  A     Same thing.

18  Q     Did you have other sources of illegal income when you

19  were the boss?

20  A     Yes, I did.

21  Q     What other sources of illegal income did you have?

22  A     Sports business, a big sports business, poker-joker

23  machines.

24  Q     What about extortions?

25  A     Extortion.

LISA SCHMID, CCR, RMR

MASSINO/DIRECT/MERKL

1    Q    What sort of places did you receive extortion money from?

2    A    Kennedy Airport.

3    Q    What was the situation at Kennedy Airport?

4    A    I inherited it.  They were shaking down trucking

5    companies to keep the union out, so they were paying.

6    Q    Who was paying?

7    A    The trucking companies were paying, paying the Bonnano

8    Family.

9    Q    For protection against the union?

10   A    For protection, yes, against the union.

11   Q    How much money did you earn from that extortion?

12   A    Started at ten thousand a month and went down to 800 a

13   month.

14   Q    And you also mentioned bookmaking.  What kind of a

15   bookmaking business did you have when you were the boss?

16   A    We had a big sports business.  And we turned it over to

17   Patty DeFilippo.  He would work on a 50-50 sheet.

18   Q    In addition to the bookmaking and joker-poker, did you

19   also earn money from another form of gambling that is

20   baccarat?

21   A    Baccarat.

22   Q    And what is baccarat?

23   A    Baccarat is a game that runs from November to

24   mid-January.  And you close all the coffee shops. It was

25   basically mutual things.  Twelve o'clock comes, you got to

LISA SCHMID, CCR, RMR

MASSINO/DIRECT/MERKL

1    close your coffee shop.  Only one coffee shop would remain

2    open.  If you wanted to gamble, that's where you went to go

3    play baccarat.

4    Q    How would the Bonanno Crime Family run that game?

5    A    We were partners with the Gambino family 50, 60 years.

6    They had people running it and I had people running it.

7    Q    Who ran the baccarat game for the Gambino family?

8    A    Somebody by the name of Bobby Glasses.

9    Q    Do you know that man?

10   A    No, I don't.

11   Q    Who ran the baccarat game for the Bonnano family?

12   A    Louis Restivo, which is a wiseguy in the Bonnano family,

13   Frankie Navarra, who was a wiseguy in the Bonnano Family.

14   Q    In addition to the illegal gambling and the extortion

15   money from the airport, did you earn any money from the San

16   Gennaro Feast?

17   A    Yes.

18   Q    What is the San Gennaro Feast?

19   A    That's a feast every year down on Mulberry Street, in the

20   month of September.

21   Q    And how did the crime family earn money in from the

22   feast?

23   A    We had somebody there that was a president And if you

24   were wanted to get good stands, you had to go through him to

25   get these stands.  The best stands were on Mulberry Street,

MASSINO/DIRECT/MERKL

```
 1    off Canal.  And you got to pay for them.  If you want to have

 2    the lights, you had to pay to get the lights, the concession.

 3    Q     Approximately how much money did you personally earn off

 4    of the San Gennaro Feast when you were boss per year?

 5    A     I got about 25, thirty thousand, my end of the year.

 6    Q     Who from the Bonanno crime family was responsible for

 7    that racket.

 8    A     Perry.  Was the Perry was the wiseguy in the Bonanno

 9    name.

10    Q     Do you know Perry's last name?

11    A     I don't, no.

12    Q     How is the Perry in a position to control the feast

13    money?

14    A     He wound up being the president.

15    Q     President of what?

16    A     Of the feast.

17    Q     As boss, did you also receive tribute?

18    A     Yes, I did?

19    Q     What sort of tribute did you receive?

20    A     Christmas time, I was good for about 150, $160,000.

21    Q     In cash?

22    A     Yes, cash.  And some of my captains gave me money every

23    month.

24    Q     Like who?

25    A     Frankie Coppa would give me two thousand a month.  Richie
```

LISA SCHMID, CCR, RMR

MASSINO/DIRECT/MERKL

```
 1   Cantarella, 1200 a month, Tony Green, five hundred, 600 a
 2   month.  I got five hundred a week from Patty in the Bronx for
 3   a bookmaking business.  I split it with my brother-in-law, Sal
 4   Vitale.  He got 250.  I got 250.
 5   Q    In addition to all of those earnings, did you also have
 6   money that you received from an electrician?
 7   A    We had an electrician I inherited.  I used to get about
 8   4,000 a year.  It was a guy by the name of Tony.
 9   Q    Why did the electrician pay you?
10   A    I inherited that.  Somebody was -- he was paying somebody
11   and somebody got killed, and somebody told me he had this.  He
12   had that.  So it goes to the family.
13   Q    But why was the electrician paying the Bonanno crime
14   family at all?
15   A    To keep the union away from him, not to bother him.
16   Q    How much did you earn from this electrician?
17   A    I got four thousand a year, and I put Anthony Almont
18   there.  So come Christmas, he got four thousand.  I gave him
19   2000 and I kept 2000.
20   Q    Do you know the electrician personally?
21   A    Never met him.
22   Q    During your years associating with the Bonanno crime
23   family, did you meet many individuals and associates of that
24   family and other families?
25   A    I met every family.  I met hundreds and hundreds of
```

MASSINO/DIRECT/MERKL

1   wiseguys.

2   Q    Now, I am going to show you a few more pictures.  You

3   mentioned hundreds.  I'm not going to show you hundreds, but I

4   do want to show you a few.

5            MS. MERKL:  I'm going to now offer Government

6   Exhibit 4, Your Honor?

7            THE COURT:  All right.  Government Exhibit 4 is

8   received in evidence, without objection.

9   BY MS. MERKL:

10  Q    Do you recognize the person depicted in  that photograph?

11  A    Yes, I do.

12  Q    Who is that?

13  A    (Peruses photograph) He's a captain, name is Jerry Asaro.

14  He's in the Bonnano Family.

15  Q    Now, I'm going to also show you what I've marked as

16  Government Exhibit 3 --

17           MS. MERKL:  -- which we'll offer into evidence, Your

18  Honor.

19           THE COURT:  Government Exhibit 3 is received in

20  evidence, without objection.

21  BY MS. MERKL:

22  Q    Do you recognize that person?

23  A    (Peruses photograph) His name is Anthony.  His name is

24  Baldo Amato.  He's a wiseguy in the Bonnano Family.

25  Q    What is the highest position that Baldo achieved in the

LISA SCHMID, CCR, RMR

MASSINO/DIRECT/MERKL

```
 1   Bonanno crime family?

 2   A    He was a captain for one week.

 3   Q    I'm going to ask you what the highest position Mr. Jerry

 4   Asaro achieved?

 5   A    He was a captain in the Bonnano family.

 6            MS. MERKL:  And I'd like to offer Government Exhibit

 7   5, Your Honor.

 8            THE COURT:  All right.  Government Exhibit 5 is

 9   received in evidence, without objection.

10   BY MS. MERKL:

11   Q    Do you recognize this person?

12   A    (Peruses photograph) Yes, I do.

13   Q    Who is that?

14   A    That's Jimmy General.  Jimmy General, like in the army,

15   general.

16   Q    Do you know Jimmy General's real name?

17   A    I don't know his last name.

18            MS. MERKL:  Now I'm going to offer Government

19   Exhibit 6, Your Honor.  I'm sorry, Your Honor.  Government

20   Exhibit 6 has already been received.

21            And I offer Government Exhibit 9.

22            THE COURT:  Government Exhibit 9 is received in

23   evidence, without objection.

24   BY MS. MERKL:

25   Q    Do you recognize that person?
```

MASSINO/DIRECT/MERKL

```
 1   A      (Peruses photograph) Yes, I do.

 2   Q      Who is that?

 3   A      His name is Jackie.

 4   Q      Do you know his real name or his full name?

 5   A      I don't know his -- I think -- I don't know his last

 6   name.

 7   Q      Where is he from?

 8   A      He's from Howard Beach, Queens.

 9   Q      What is the highest position he held in organized crime?

10   A      Was a wiseguy in the Bonnano Family.

11          MS. MERKL:  Your Honor, at this time, I would like

12   to offer Government Exhibit 15 and 14 -- starting with

13   Government Exhibit 14.

14          THE COURT:  Fourteen and 15?

15          MS. MERKL:  Yes.

16          THE COURT:  Government Exhibit 14 and 15 are

17   received in evidence, without objection.

18   BY MS. MERKL:

19   Q      Do you recognize that person?

20   A      (Peruses photograph) Yes, I do.

21   Q      Who is that?

22   A      His name is Joe Saunders.  His real name is Joe

23   Cammarano.  He's a captain in the Bonnano family.

24   Q      You said Joe Saunders and Joe Cammarano?

25   A      Yes.
```

LISA SCHMID, CCR, RMR

MASSINO/DIRECT/MERKL

1  Q    Now I'm going to show you Government Exhibit 15.  Do you

2  recognize that person?

3  A    (Peruses photograph) Yes, I do.

4  Q    Who is that?

5  A    That's Joe Saunders, Jr.  That's Joe Sanders' son.  He's

6  a wiseguy in the Bonnano family.

7  Q    Also known as Joe C, Jr.?

8  A    Yes.

9  Q    What is the highest position that John Cammarano, Jr.

10  held in the Bonnano crime family?

11  A    Acting captain.

12       MS. MERKL:  Your Honor, I'm going to offer Exhibit

13  13.  I apologize for offering it out of order there.

14       THE COURT:  Government Exhibit 13?  All right.  It's

15  received into evidence, without objection.

16  BY MS. MERKL:

17  Q    Do you recognize that man?

18  A    (Peruses photograph) Yes, I do.

19  Q    Who's that?

20  A    His name is Petey Rabbit.  His last name is Calabrese.

21  He's a captain in the Bonnano family.

22       MS. MERKL:  At this time, Your Honor, the Government

23  offers Exhibit 30.

24       THE COURT:  All right.  Government Exhibit 30 is

25  received into evidence, without objection.

MASSINO/DIRECT/MERKL

1    BY MS. MERKL:

2    Q    Do you recognize that person?

3    A    (Peruses photograph) Yes, I do.

4    Q    Who's that?

5    A    His name as Anthony Stutters.  I think his last names is

6    Falcone.  He's a wiseguy in the Bonnano family.

7    Q    You knew him as Anthony Stutters?

8    A    Anthony Stutters.

9            MS. MERKL:  Your Honor, the Government now offers

10   Government Exhibit 25 into evidence.

11           THE COURT:  All right.  Government Exhibit 25 is

12   received in evidence, without objection.

13   BY MS. MERKL:

14   Q    Do you recognize that person?

15   A    (Peruses photograph) Yes, I do.

16   Q    Who is that?

17   A    Louie Electrician.  He's a captain in the Bonnano family.

18   Q    Do you know his real name?

19   A    I don't know his last name.

20           MS. MERKL:  Just a few more to go here.

21           Your Honor, at this time, the Government offers

22   Exhibit 40.

23           THE COURT:  Government Exhibit 40 is received in

24   evidence, without objection.

25

LISA SCHMID, CCR, RMR

MASSINO/DIRECT/MERKL

1   BY MS. MERKL:

2   Q    Do you recognize that person?

3   A    (Peruses photograph) Yes, I do.

4   Q    Who is that?

5   A    His name is Chubby Marino.  He's a wiseguy in the Bonanno

6   Family.

7   Q    Do you know his real first name?

8   A    No, I don't.

9   Q    You know his last name is --

10  A    Marino, I think.

11  Q    But you knew him as Chubby?

12  A    I knew him as Chubby.

13       MS. MERKL:  Your Honor, the government now offers

14  Exhibit 45.

15       THE COURT:  Government Exhibit 45 is received in

16  evidence, without objection.

17  BY MS. MERKL:

18  Q    Do you recognize that person?

19  A    (Peruses photograph) Yes, I do.

20  Q    Who's that?

21  A    That's Sal Iron Worker.  He's a wiseguy in the Bonanno

22  Family.

23  Q    Do you know his last name?

24  A    Arano?  I don't really know his last name.

25  Q    You knew him as Sal the Iron Worker?

LISA SCHMID, CCR, RMR

MASSINO/DIRECT/MERKL

```
 1   A     Yes.

 2             MS. MERKL:  Government offers Exhibit 47, Your

 3   Honor.

 4             THE COURT:  All right.  Government Exhibit 47 is

 5   received into evidence, without objection.

 6   BY MS. MERKL:

 7   Q     Do you recognize that person?

 8   A     (Peruses photograph) Yes, I do.

 9   Q     Who is that?

10   A     His name as Johnny Palazzolo.  He's a wiseguy in the

11   Bonanno Family.

12             MS. MERKL:  I'm going to offer Exhibit 52 and 54,

13   Your Honor.

14             THE COURT:  All right.  Exhibits 52 and 54 are

15   received in evidence, without objection.

16   BY MS. MERKL:

17   Q     Government 52, who is that person?

18   A     His name as Anthony Rabino.  He's a captain in the

19   Bonanno Family.

20   Q     Does he have a nickname?

21   A     I don't know his nickname.

22   Q     Finally, Government Exhibit 54, do you recognize that

23   person?

24   A     (Peruses photograph) Yes, I do.

25   Q     Who's that?
```

MASSINO/DIRECT/MERKL

```
 1   A     That's Nicky Santoro.

 2   Q     Who is Nicky Santoro?

 3   A     He's a captain in the Bonanno Family.

 4   Q     These are individuals you just identified by photograph.

 5   I'll ask you a few more names.

 6               Do you know an individual by the name PJ?

 7   A     Yes, I do.

 8   Q     Who is PJ?

 9   A     He's captain in the Bonanno Family.

10   Q     Do you know his real name?

11   A     Nicky, last name something with a P.  I don't know his

12   last name.

13   Q     How did you first hear about PJ?

14   A     Somebody proposed him, and I straightened him out.  I did

15   the ceremony.

16   Q     After you straightened him out -- in whose crew was PJ?

17   A     Frankie Coppa.  Frankie Coppa put him up.

18   Q     At some point, was PJ in a different crew?

19   A     Yes.

20   Q     Whose crew as he in at a later point?

21   A     Vincent Basciano.

22   Q     I'd like to ask you about Joe Archuri.  Do you know who

23   that is?

24   A     The Joe Archuri that I know, he's a consigliere of the

25   Gambino Family.
```

LISA SCHMID, CCR, RMR

MASSINO/DIRECT/MERKL

1   Q    In what time frame was Joe Archuri a consigliere of the

2   Gambino Family?

3   A    When I came home from prison in '92.

4   Q    Do you know whether Joe Archuri is alive today?

5   A    No, I don't.

6   Q    Ask you a few more names.

7            Do you know a Sal or Salvatore?

8   A    Yes, I do.

9   Q    Who's that?

10  A    He was a wiseguy in the Bonanno Family.

11  Q    What happened to Salvatore?

12  A    He got murdered.

13  Q    Approximately when?

14  A    I was in prison.  Maybe '90.

15  Q    During the time you were in prison?

16  A    Yes.

17  Q    What about Bobby Bad Heart, who was he?

18  A    He's a wiseguy in the Bonanno Family.

19  Q    What happened to him?

20  A    He died.

21  Q    How did he die?

22  A    Heart attack.

23  Q    Had a bad heart?

24  A    Yes.

25  Q    Approximately when did he die, if you know?

LISA SCHMID, CCR, RMR

MASSINO/DIRECT/MERKL

1    A    I was in prison.

2    Q    Do you know the name Vito Grimaldi?

3    A    Yes, I do.

4    Q    Who is Vito Grimaldi?

5    A    He's a wiseguy in the Bonanno Family.

6    Q    And how do you know his a wiseguy in the Bonanno Family?

7    A    I gave the okay for them to make him.

8    Q    Approximately when did you give the okay for them to make

9    Vito Grimaldi?

10   A    I was in prison.  Probably '90, '91.

11   Q    Who, if anyone else, was Vito made with or did you

12   approve Vito to be made with?

13   A    Well, I don't know who they made him with, but there was

14   list.  On that list was Vincent Basciano, Joe Saunders, Jr.,

15   Jerry Asaro, Vinny the Die Maker, Frank the Fireman.

16   Q    And you mentioned a few other names.  Do you know Vinny

17   the Die Maker, his last name?

18   A    No, I don't.

19   Q    You also mentioned Frank the Fireman, do you know his

20   name, his full name?

21   A    Polo.  Polo something, polo.  Frank Polo.

22   Q    And the list that you were presented in the 1990's, the

23   early 1990s, you said you didn't know whether those men were

24   made together or at different times?

25   A    Correct.  I don't know if they made them all at once, or

MASSINO/DIRECT/MERKL

```
1   they did or two or three or one.  I never asked.

2   Q    Are you familiar with the name Armando Palacio?

3   A    Yes.

4   Q    Who's that?

5   A    He's a guy out of the Bronx.

6   Q    What happened to Armando from the Bronx?

7   A    He died, he passed a way.

8   Q    Approximately when?

9   A    When I was in prison.

10  Q    What about Bobby Lino, Sr.?  What happened to Bonnie

11  Lino, Sr.?

12  A    He died when I was in prison, too.

13  Q    Who was he?

14  A    He was a wiseguy in the Bonanno Family.

15  Q    What about Vito DeFilippo, who is he?

16  A    Who?

17  Q    Vito DeFilippo.

18  A    That's Patty DeFilippo's father.  He passed away.

19  Q    Approximately when did Patty DeFilippo's father pass

20  away?

21  A    I want to say in the '80s.

22  Q    What was his position, if any, in organized crime?

23  A    At one time he was a captain in the Bonanno Family.

24  Q    You mentioned a early, just to be clear for the record,

25  you never met Dominick Cicale?
```

MASSINO/DIRECT/MERKL

```
 1   A     I never met him.

 2   Q     Did you ever discuss Dominick with the defendant, Mr.

 3   Basciano?

 4   A     Yes, I did.

 5   Q     What, if anything, did the defendant tell you did about

 6   how he had met Dominick?

 7   A     He met him through Anthony Indelicato, also known as

 8   Bruno.

 9   Q     Did Basciano tell you how Bruno knew Dominick?

10   A     Yes.

11   Q     What did Basciano tell you?

12   A     They were incarcerated, they were in jailing together.

13   Q     Who was in jail together?

14   A     Bruno and Dominick Cicale.

15   Q     Did you ever have a discussion with the defendant about

16   Dominick Cicale's relationship to a different organized crime

17   family?

18   A     Yes, I did.

19   Q     What was the substance of that discussion?

20   A     He was around somebody by the name of Big Ernie, which

21   was a captain, and he was on panel in the Genovese Family.

22   Q     What, if anything, did you and Basciano discuss in regard

23   to that?

24   A     He say said he's a good man for us.  He said I know

25   they'll do a favor.  All right.  If I go see big Ernie and
```

MASSINO/DIRECT/MERKL

```
1    tell them we want a favor, to release him, tell him go ahead
2    and do it.
3    Q    Just to be clear, who was asking you?
4    A    Vincent Basciano asked me if he can go talk to Big Ernie
5    to see if they'll release him to me.
6    Q    What was -- who was Big Ernie at the time?
7    A    He was captain on the panel of one of the Genovese
8    Family.
9    Q    In what part of the city?
10   A    He was in the Bronx.
11   Q    Did you ever discuss with Basciano whether he, in fact,
12   went to speak with Big Ernie about getting Dominick released?
13   A    Yes, he did.
14   Q    What, if anything, did Basciano tell you?
15   A    Big Ernie was under house arrest, Vincent Basciano snuck
16   in the house.  He went in the basement.  And he says, "My dear
17   friend is asking for a favor.  Would you release this Dominick
18   Cali?" And he tells my friend he's gone, and he released him
19   to me.
20   Q    Prior to Dominick Cicale --
21           MR. JASPER:  Your Honor, could we have a time frame
22   on that?
23           THE COURT:  Yes.
24           THE WITNESS:  Early 2000.
25           THE COURT:  All right.  Thank you.
```

MASSINO/DIRECT/MERKL

```
 1    BY MS. MERKL:
 2    Q    Prior to Dominick Cicale's release from Big Ernie in the
 3    Genovese Family, did you have any conversations with Basciano
 4    about Cicale, about Cali, Dominick Cali?
 5    A    Just that he's a good plan, he's there for us, we need
 6    another worker, we got another good worker, that's it.  I said
 7    all right, fine.
 8    Q    You again mentioned the term worker, what did you mean?
 9    A    When I say worker, it means if you got to kill somebody,
10    he's a good worker.  That he'll do it without hesitation.
11                   (Continued on the next page.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1

2    DIRECT EXAMINATION (Cont'd)

3    BY MS. MERKL:

4    Q    And who told you that Dominick would be a good worker?

5    A    Vinny Basciano.

6    Q    At any point did Basciano seek to introduce you to

7    Dominick?

8    A    Yes, he did.

9    Q    Approximately when was that?

10   A    I believe maybe 2001.  Vinny Basciano was a captain and

11   Dominick drove him, and I met him in Howard Beach, and he come

12   out of the car, say hello to me, he say, do you want to meet

13   that guy Dominick?

14            I said, do you see anybody in my car?  He said, no.

15   That's the way I want you to come when you come here.  Nobody

16   in the car see you watching mirrors.

17            He said, I'm sorry.

18   Q    When you said, I don't want anyone in the car see you

19   watching mirrors --

20   A    In other words, he had Dom Cicale riding with him.  I had

21   nobody in the car.  I came by myself, and that's the way I

22   want you to come, by yourself, and you'll have less

23   conversation.

24   Q    What's the concern about watching the mirrors?

25   A    You've got to watch law enforcement, those that follow

MASSINO/DIRECT/MERKL

1   you.

2   Q    Did you agree to meet Dominick?

3   A    No, I didn't want to meet him.

4   Q    At some point did you learn whether Dominick had become a

5   member of the Bonnano crime family?

6   A    Yes, I did.

7   Q    How did you learn about it?

8   A    I was in jail.  I was incarcerated 2003, 2004, and they

9   sent me word they made him.  He had become a wise guy.

10  Q    So you mentioned were you in jail in 2003.

11       When were you arrested in 2003?

12  A    January 9th, 2003.

13  Q    When you were first arrested, what were you charged with?

14  A    I was charged with one murder of Sonny Black, shylocking

15  and poker joker machines.

16  Q    Have you been incarcerated since your arrest in January

17  of 2003?

18  A    I'm still incarcerated.

19  Q    Prior to your arrest, did you suspect that you were going

20  to be arrested?

21  A    I knew I was going to be arrested.

22  Q    How did you know?

23  A    Somebody came and says, Frankie Coppa is cooperating.

24  And you are going to get pinched.

25       I said all right.  So I'm going to get pinched.

CHARLEANE M. HEADING, RMR, CRR, FCRR
Official Court Reporter

MASSINO/DIRECT/MERKL

1   Q     And Frankie Coppa is one of the captains that you

2   identified earlier?

3   A     He's a captain in the Bonnano family, yes.

4   Q     What plans, if any, did you make with the Bonnano crime

5   family if you got arrested?

6   A     If I got pinched, I'll put a Pattie in there.  Joe

7   Sanders, Tony Green and Petey Rabbit.

8           Also, they're taking my brother-in-law down if I get

9   pinched, take the underboss down and leave him in the panel.

10  Q     So Sal Vitale your brother-in-law was to be removed from

11  the position?

12  A     If I got pinched, yes.

13  Q     And you put Tony Green, Peter Rabbit?

14  A     And Joe Sanders.

15  Q     Those are the same Peter Rabbit in Government 13, Joe

16  Sanders in Government Exhibit 14 and Tony Green in Government

17  Exhibit 63 that you previously identified?

18  A     Yes.

19  Q     Did you also meet with the defendant prior to your

20  arrest?

21  A     Yes, I did.

22  Q     Approximately when, in proximity to your arrest, did you

23  meet with Basciano?

24  A     I knew I was going to get pinched on a Saturday, so I

25  tried to take care of what I had to do.

MASSINO/DIRECT/MERKL

1          Tuesday night, Monday night, the agents followed me

2   Monday around the clock.  Tuesday night they were outside, so

3   I had to meet Vinny Basciano, so I met him by the weeds.

4          So what I did is, they're down the block, so I can't

5   go in my car.  So I walk over to my neighbor's.  I put my hood

6   up and I walk away and I walk three, four blocks.

7          I jump in the truck with Vinny Basciano and I said,

8   let's get out of here.  There's FBI here.

9          We went to a diner on 168th Street and Far Rockaway.

10  I said I knew I was going to get pinched.

11  Q    When you say you knew you about going to get pinched on a

12  Saturday, is that when you learned?

13  A    That's when I learned.

14  Q    And you met with Vinny Basciano on a Tuesday night?

15  A    I met him on a Tuesday night, January 7th.

16  Q    Who all did you meet with at the diner that night?

17  A    He was there alone with me, and I told him I was going to

18  get pinched.  Is it all right if I call Bruno.

19          I said, yes, call him.

20          Bruno Indelicato came, so Bruno Indelicato, which

21  was a wise guy in Bonnano family, Vinny Basciano, which was a

22  captain in the Bonnano family, and me.

23  Q    What, if anything, did the three of you discuss in the

24  diner?

25  A    We talked about things, and Vinny Basciano said if we got

MASSINO/DIRECT/MERKL

```
 1    to kill anybody, we'll do it, me and Bruno.
 2              I said, how are you going to send a word?  Here's
 3    what we'll do.  I'll send a code word, Jacko.
 4              If I send the word to tell Vinny that Tommy says,
 5    hello, and Jacko, anything, with the name in front, and Jacko
 6    behind him means to kill him, and that was the code we had.
 7    Q    Why did you set up the code word Jacko with Basciano and
 8    Bruno specifically?
 9    A    How else would I send a message?  I ain't going to send a
10    message out to somebody to tell them to kill somebody.  That
11    was one less person that would know that we had to murder
12    somebody.
13    Q    Why Bruno and Vinny?
14    A    Because they both proposed that.
15    Q    Did you discuss anything else at your meeting with
16    Basciano that night?
17    A    No.
18    Q    The brother-in-law come up?
19    A    Oh, yes, my brother-in-law come up.
20              Vinny wanted to kill my brother-in-law the next day.
21    I said, listen, chief, he's got to be a rat.  Too many
22    incidents.  I says, I need facts.
23              He said, let us kill him tomorrow.  We'll get him
24    when he comes out of the gym.
25              I wouldn't do it.  I said, no, forget about it.  Two
```

MASSINO/DIRECT/MERKL

```
 1    days later, I got arrested.
 2    Q    How was your meeting with Bruno and the defendant
 3    ultimately concluded?
 4    A    Take care, they wished me the best, and that was it.
 5    Q    And you were arrested two days later?
 6    A    Two days later I got arrested.
 7    Q    After you were arrested, where were you housed?
 8    A    MDC Brooklyn.
 9    Q    That's a detention center?
10    A    It's a detention center.
11    Q    Were you housed with any members of the Bonnano crime
12    family?
13    A    Yes, I was.
14    Q    Who were you housed with?
15    A    I was housed with Joe Sanders, which is a captain in the
16    Bonnano family.  I was housed with Bruno Indelicato, which is
17    a wise guy in the Bonnano family.
18    Q    Despite your incarceration, did you stay involved to some
19    degree in running the Bonnano crime family from prison?
20    A    If I had to, yes.
21    Q    Did you pass messages?
22    A    Sometimes.
23    Q    How did you pass messages from the jail?
24    A    I could give a message to Joe Sanders.
25             Joe Sanders was a captain, and his sons were both
```

MASSINO/DIRECT/MERKL

 1    wise guys in the Bonnano family.  He got a visit every week.

 2    Q    Pass messages through others as well?

 3    A    Excuse me?

 4    Q    Did you pass messages through other people as well?

 5    A    Yes.

 6    Q    Who else?

 7    A    If I was downstairs in the visiting room and I met all

 8    kinds of Bonnano guys that were under arrest, if I had to tell

 9    somebody something, I would tell a lawyer, private

10    investigator.

11    Q    Were there any specific lawyers or private investigators

12    that you used to pass messages?

13    A    Yes, there was.

14    Q    Who?

15    A    There's a lawyer by the name of Tommy Lee, and there's a

16    private investigator by the name of Vic Guiliani.

17    Q    While you were incarcerated starting in the early part of

18    2003, did you ever discuss Basciano with other members of the

19    Bonnano crime family?

20    A    Yes, I did.

21    Q    What did you learn about what was going on in the street?

22    A    That he made himself the acting boss and people resented

23    it.

24    Q    At some point, did you learn about individuals being

25    inducted into the family?

MASSINO/DIRECT/MERKL

1   A     Sometimes.

2   Q     What did you hear about while you were incarcerated?

3   A     They told me they made Ace, Joey Bosco, a couple of kids,

4   Mike, another kid Mike, with Joe Sanders, some kid named Vito,

5   Chubby's nephew in the Bronx.

6   Q     Did you hear about anybody being promoted to the position

7   of captain?

8   A     He made two captains.  He made Dominick a captain and he

9   made PJ a captain.

10  Q     Who made you captain?

11  A     Vinny Basciano.

12  Q     Do you know an individual by the name of John Palazzolo?

13  A     Yes, I do.

14  Q     Same individual you identified in the photograph,

15  Exhibit 47?

16  A     Yes.

17  Q     While you were incarcerated, did you have a conversation

18  with John Palazzolo?

19  A     Yes, I did.

20  Q     Where were you in the jail when you saw him?

21  A     We were in the visiting room, and you might have 40, 50

22  guys in the visiting room.  So at the end of the visit it

23  could be three o'clock, everybody's got to go back upstairs.

24          So what you do is you line up against the wall.  You

25  can only go in that room one at a time to strip search, so I

MASSINO/DIRECT/MERKL

1    told him, go last.  This way we can bullshit.  We got a good

2    half an hour.

3              And he was very upset that Vinny Basciano took Randy

4    Pizzola away from him because you can't take nobody away from

5    nobody.  They all knew that.  Only the boss could okay you to

6    take anybody.  He just did what he wanted to do.

7    Q    You mentioned John Palazzolo was upset about Randy?

8    A    Yes, because he was with him.

9    Q    With whom?

10   A    Randy Palazzolo and Vinny took him from Johnny Palazzolo.

11   Q    Prior to your conversation with Palazzolo, had you known

12   of Randy?

13   A    I heard of him.

14   Q    What had you heard of him?

15   A    That he was a bad kid, not a nice kid.  Had words in a

16   restaurant, a restaurant in Whitestone.

17   Q    What had you heard about that incident at the restaurant?

18   A    He had words in the restaurant, and when he left, he shot

19   his best friend in the back of the legs.

20   Q    Did you ever learn who he had shot?

21   A    Excuse me?

22   Q    Did you ever learn who Randy had shot?

23   A    Who he shot?

24   Q    Yes.

25   A    He shot somebody by the name of Darryl D'Amico, and he

1  was there, Johnny Palazzolo was there, a guy named Joey Calico

2  was there, Calico.

3           MR. JASPER:  Excuse me, your Honor.  Can we have a

4  time on that?

5           THE COURT:  Yes.

6           MS. MERKL:  I was just about to ask, your Honor.

7  Q    How did you learn about this incident where Randy had

8  shot somebody?

9  A    I was in the street then and there was a beef.  They were

10 looking to kill this kid Randy because what he did is he shot

11 this guy in the wiseguy's restaurant in the parking lot and

12 the guy was mad.

13 Q    So when you say you were on the street, approximately

14 when did you hear about the incident involving Randy?

15 A    I'm going to say the late '90s.

16 Q    And when you say they wanted to kill him, who wanted to

17 kill him?

18 A    Gambino family.

19 Q    What, if anything, happened as a result of this incident

20 involving this restaurant?

21 A    Johnny Palazzolo resolved it with Joey Doors, the owner

22 of the restaurant.

23 Q    What family was Joey Doors associated with?

24 A    He was a wiseguy in the Gambino family.

25 Q    What, if any, relationship did Joey Doors have to the

MASSINO/DIRECT/MERKL

```
 1   restaurant?

 2   A     It was his restaurant.

 3   Q     And you say Joey Palazzolo settled it?

 4   A     He worked it out.  He was never going to go there no

 5   more.

 6   Q     I'm sorry?

 7   A     He was barred from the restaurant.

 8   Q     Who was barred?

 9   A     Randy Pizzola.

10   Q     That was the resolution of the dispute?

11   A     Yes.

12   Q     If I can now direct your attention to July 2004.

13              What happened in July 2004 in regard to your case?

14   A     July 2004, July 30th, I got convicted and I decided to

15   cooperate.

16   Q     In brief, how did you communicate your decision to

17   cooperate to the government?

18   A     Through the marshals.

19   Q     How did that go?

20   A     I told the marshals I would like to see FBI agent or the

21   prosecutor.

22   Q     What happened next?

23   A     I seen the judge and they told me to come back Monday.

24   Q     Ultimately did your decision to cooperate with the

25   government result in a meeting with representatives of the
```

MASSINO/DIRECT/MERKL

```
 1   United States Attorney's office?

 2   A     Yes, it did.

 3   Q     Did you meet with the government to provide information?

 4   A     Yes.

 5   Q     Are you familiar with the term proffer?

 6   A     Yes.

 7   Q     What is a proffer?

 8   A     You tell them everything that you know, that whatever I

 9   did in the crime, whatever people did crimes.  I told them

10   everything.

11   Q     Did you meet with the government and give information in

12   those proffer sessions?

13   A     Yes, I did.

14   Q     Did you tell the government about murders that you had

15   not been charged with?

16   A     Yes, I did.

17   Q     Did you tell the government about other crimes that you

18   had not been charged with?

19   A     Yes, I did.

20   Q     Did you tell the government about all the crimes you had

21   been charged with?

22   A     Yes.

23   Q     Did you tell the government about arrests and charges for

24   which you were acquitted, or had the charges dismissed decades

25   ago?
```

MASSINO/DIRECT/MERKL

```
1    A    I told them everything.
2    Q    When you were involved in the Bonnano crime family, were
3    you involved in committing crimes on a regular basis?
4    A    All the time.
5    Q    Is it fair to say you were aware of crimes being
6    committed on a near daily basis?
7    A    That's accurate.
8    Q    In your approximately 30 years in the mob, were you
9    personally involved in a wide variety of crimes?
10   A    That's correct.
11   Q    And you supervised others who were involved in a wide
12   variety of crimes?
13   A    Correct.
14   Q    Is it fair to say that during your testimony today, you
15   explained the most serious crimes that you've personally been
16   involved in?
17   A    Yes, I did.
18   Q    Is it also fair to say that you haven't explained every
19   detail of every crime that you have knowledge about?
20   A    Yes, I did.
21   Q    When you decided to cooperate, did you have another case
22   pending at the time?
23   A    Yes, I did.
24   Q    That is, just to be clear, a case other than the case you
25   went to trial on?
```

MASSINO/DIRECT/MERKL

1   A    I had the George Sciascia case, a murder case, pending.

2   Q    So you went to trial in one case, and you also had a

3   George Sciascia case pending?

4   A    Correct.

5   Q    Where was the George Sciascia murder case pending?

6   A    In Brooklyn, Eastern District.

7   Q    Who were your co-defendants in the Sciascia murder case?

8   A    Johnny Joe and Pattie DeFilippo and myself.

9   Q    Were other individuals later added to your indictment?

10  A    Yes.

11  Q    What was the maximum penalty that you were facing with

12  regard to the case involving Sciascia?

13  A    I got the death penalty.

14  Q    That was the possible penalty?

15  A    Yes.

16  Q    During the time that you were trying to cooperate, did

17  you learn whether the United States Attorney General had

18  determined whether the government was to seek the death

19  penalty against you?

20  A    Yes, I did.

21  Q    What did you learn?

22  A    That Ashcroft gave me the death penalty.

23  Q    Ashcroft directed the government to seek the death

24  penalty?

25  A    Yes.

MASSINO/DIRECT/MERKL

Q     Approximately when did you first learn about that?

A     I believe in November or October of 2004.

Q     When did you ultimately sign an agreement to cooperate with the government?

A     June 23rd, 2005.

Q     At some point after you learned about the death penalty determination, but prior to entering into your cooperation agreement, did you see the defendant?

A     Yes, I did.

Q     When did you see him?

A     I seen him a month in November in a bullpen in MDC, in the courthouse in Brooklyn.

Q     What's a bullpen?

A     You're in a holding cell waiting to go see the judge, and then you come back down and you go back in the bullpen.  It's a holding cell.

Q     Approximately when did you see Basciano in the holding cell in the courthouse?

A     Mid-November 2004.

Q     Who from the Bonnano family was in the holding cell that day?

A     It was me, Johnny Joe, Pattie DeFilippo, Anthony Donato and Vinny Basciano.

Q     Did you have a conversation with Basciano on that occasion?

MASSINO/DIRECT/MERKL

```
1    A    Yes, I did.

2    Q    In general terms, what did you discuss?

3    A    He was telling me what was going on in the Bonnano

4    family, who got this guy, who's got that guy.  Some guys they

5    made.

6    Q    When did you next see Basciano after that?

7    A    I seen him the following week at a co-defendant meeting.

8    Q    Just to be clear, at the time of that co-defendant

9    meeting, were you still in prison?

10   A    I was in the shoe.  I was in the hole at that point.

11   Q    What's the hole?

12   A    Solitary confinement.

13   Q    So you were in the solitary confinement area of the

14   Metropolitan Detention Center?

15   A    Yes, it's called 9 South.

16   Q    And that was still at the MDC?

17   A    MDC Brooklyn.

18   Q    Who was at your co-defendant meeting?

19   A    It was me, Pattie DeFilippo, Johnny Joe, Vinny Basciano,

20   all the lawyers, all the investigators, and Anthony Donato was

21   supposed to show up, but he went to court that day.

22   Q    Do you recall approximately when that co-defendant

23   meeting occurred in relation to Thanksgiving of 2004?

24   A    I think it might have been the day after Thanksgiving.

25   It was a Friday.
```

MASSINO/DIRECT/MERKL

```
 1   Q    Was a murder discussed at that co-defendant meeting?

 2   A    Yes, it was.

 3   Q    How did that come up?

 4   A    Johnny Joe says, chief, did you see the newspaper?  They

 5   killed Randy Pizzola.

 6             I said, sometimes I see the paper and sometimes I

 7   don't.  I'm in the shoe.

 8             With that, Vinny Basciano says, Johnny Joe, excuse

 9   yourself.  I want to talk to the chief.

10             He sat down by me.  He says, I killed him.

11             I said, what do you mean you killed him?  He was a

12   bad kid, wouldn't listen, junkie.

13             I said, who did you do it with?

14             So it was hemming and hawing.  He didn't want to

15   tell me.

16             Who did you do it with?  Ace, Dominick, and I think

17   the kid Joey Gambina was there, but he didn't handle himself

18   right, because he didn't think highly of him and he didn't

19   want to strike him anymore and he let him down, so we let it

20   go at that.

21   Q    Had you ever met Ace?

22   A    No.

23   Q    The guy Joey Gambina that came up, do you know who he

24   was?

25   A    I met him one time.
```

MASSINO/DIRECT/MERKL

```
 1   Q     Where did you meet him?

 2   A     Fresh Pond Road, Maspeth.

 3   Q     Where on Fresh Pond Road in Maspeth did you meet him?

 4   A     It was a cafe, and I was going to collect the rent.

 5             When he went in there, Sandro was in there and he

 6   said to me, this kid, his father is Phil, his father was away

 7   with you.

 8             I said, yes, your father was a nice guy, I know him

 9   and introduced me to him.

10   Q     You mentioned a man by the name of Sandro.  Who was that?

11   A     Sandro Aioso.  He was a wiseguy in the Bonnano crime

12   family.  It was his coffee shop.

13   Q     Following that co-defendant meeting, when did you next

14   see the defendant, Vincent Basciano?

15   A     I seen him in January.

16   Q     Under what circumstances?

17   A     I was in, I was in hole.  He came up and he yelled, so

18   how you doing?

19             I said, all right.  So what are you doing up here?

20             He said, I don't know, I'm under investigation.

21   Q     So you saw Basciano in the floor of the jail you were

22   housed?

23   A     Yes.  He passed me.

24   Q     Did you have any substantive conversation when you saw

25   him that day?
```

CHARLEANE M. HEADING, RMR, CRR, FCRR
Official Court Reporter

MASSINO/DIRECT/MERKL

1   A     No.

2   Q     When did you next see Basciano after that?

3   A     Within a week or two, I seen him on a Monday.

4   Q     Prior to that meeting, had you met with representatives

5   of the government?

6   A     Yes, I did.

7   Q     Did you agree to wear a wire to that meeting?

8   A     Yes, I did.

9   Q     Prior to your meeting with Basciano, did anybody from the

10  government provide you with a recording device?

11  A     Yes, they did.

12  Q     Who provided the recording device?

13  A     Two FBI agents.

14  Q     Who turned it on?

15  A     Jeff Sallett, FBI agent.

16  Q     Turned the device on?

17  A     Yes.

18  Q     What, if any, directions were you given in advance of

19  that meeting from the FBI?

20  A     Don't talk about Frank Santoro's murder.

21  Q     Do you have any understanding why you were given that

22  direction?

23        MR. JASPER:  Objection.

24        THE COURT:  Sustained.

25  Q     While you were -- did you then meet with Basciano while

MASSINO/DIRECT/MERKL

1    wearing the recording device?

2    A    Yes, I did.

3    Q    What, if anything, did you discuss in brief?

4    A    He started to tell me everything.  He started to tell me

5    about Randy, that he's no good, who clipped him.

6              And then I go on to tell him, why did you clip him

7    for?

8              He's no good, this and that.  Chase him.  He never

9    did nothing for the family.  He doesn't know nobody's

10   business.  Just chase the kid.

11             But you don't understand.  He's a junkie.  He's no

12   good, this and that.

13   Q    What did Basciano tell you about who had done the murder

14   of Randy Pizzolo?

15   A    He told me Ace and Dominick, and the kid Joey Gambina.

16   Q    Did you, in fact, make a recording of Basciano that day?

17   A    Yes, I did.

18   Q    While you were at the MDC, did you receive anything from

19   Basciano?

20   A    Yes, I did.

21   Q    What did you receive?

22   A    It probably was two days after I seen him on a Monday.

23   He was walking with the copper, going on a visit.

24             The cop had a bag of Pringles potato chips and Vinny

25   says to me, taste these potato chips.  These potato chips are

MASSINO/DIRECT/MERKL

1    great, chief, try them.

2            So the cop give them to me.  Now, you're telling me

3    something.  You're telling me there's something.

4            Why did you tell me they were great potato chips?

5    So the potato chips and I had the table myself.  I put the

6    chips like this in the middle of the chips.  There was a note.

7            MS. MERKL:  Your Honor, may I approach?

8            THE COURT:  Yes, you may, and we're going to have to

9    end soon.

10            MS. MERKL:  This is actually -- we're almost done.

11            THE COURT:  All right.

12            (Continued on next page.)

13

14

15

16

17

18

19

20

21

22

23

24

25

**MASSINO/DIRECT/MERKL**

```
 1              MS. MERKL:  Your Honor, I apologize.

 2              Your Honor, if I may show the witness what's been

 3    previously marked as Government's Exhibit 100-1.

 4              THE COURT:  All right.

 5    BY MS. MERKL:

 6    Q    Do you recognize that?

 7    A    (Perusing.) Yes, I do.

 8    Q    Mr. Massino, what do you recognize this to be?

 9    A    That was a note that was put in the can of Pringle potato

10    chips.  It was on a yellow piece of paper.

11    Q    So just to be clear, the Government's Exhibit marked

12    100-1, is a photocopy?

13    A    Yes, it is.

14              MS. MERKL:  Your Honor, are the jurors' screens on

15    that I can publish?

16              THE COURT:  I think they are.  Let me check.

17    They're on.

18              MS. MERKL:  I'd like to show something to the

19    witness.

20              THE COURT:  You want to show it just to the witness?

21              MS. MERKL:  Yes.

22              THE COURT:  Okay.  Just one second.  Are they off?

23    Are they back on or are think off?  You're is off?  Yours is

24    on?

25              THE WITNESS:  It's on.
```

CHARISSE KITT, CSR, RPR, CRR

**MASSINO/DIRECT/MERKL**

```
 1              THE COURT:  Okay.  You may show it to the witness.

 2              MS. MERKL:  Given the position, I think it might be

 3   best to show him close up, actually.

 4              THE COURT:  All right.  What are you showing him

 5   now?

 6              MS. MERKL:  Government's Exhibit 100, Your Honor.

 7              THE COURT:  Is that the original?

 8              MS. MERKL:  I'm going to inquire of Mr. Massino if

 9   whether that's the original.

10   BY MS. MERKL:

11   Q    Do you recognize that document?

12   A    Yes, I do.

13   Q    What do you recognize it to be?

14   A    This was the one that was in the potato chips.

15   Q    The original?

16   A    Yes.

17   Q    And was the note in that condition when you received it?

18   A    No, it wasn't.

19   Q    So --

20   A    It was in new condition.

21   Q    It was in new condition?

22   A    Good condition.

23              MR. GOLTZER:  I can't hear.

24              THE COURT:  It was in good condition.

25              MR. GOLTZER:  Thank you.  What is it, a copy of
```

CHARISSE KITT, CSR, RPR, CRR

**MASSINO/DIRECT/MERKL**

```
1    what?
2              THE COURT:  Well, we're going --
3              Would you please ask your question from the podium
4    there?
5              MS. MERKL:  Yes, your Honor.
6    BY MS. MERKL:
7    Q    Just to be clear, Mr. Massino, the document that I just
8    showed you, this is the original of the note that you
9    received?
10   A    That was the note that was in the can of the Pringle
11   potato chips.
12   Q    And Government's Exhibit 100-1 was a photocopy of the
13   note?
14   A    Yes, it is.
15   Q    The text of the note?
16   A    Yes.
17   Q    And this, this copy of the note, the condition of it has
18   deteriorated over time?
19   A    Yes, it's been a while.
20             MS. MERKL:  Your Honor, at this time I'd like to
21   show the jurors 100-1, the photocopy of the original note.
22             MR. JASPER:  No objection, Your Honor.
23             THE COURT:  Is there any -- no objection.
24   Government's Exhibit 100 is admitted into evidence, as is
25   Government's Exhibit Number 100-1.
```

MASSINO/DIRECT/MERKL

```
 1              Go ahead.  You can make it larger.
 2   BY MS. MERKL:
 3   Q    Mr. Massino, are you able to read that from your screen?
 4   A    Yes.  Yes, I can.
 5   Q    Would you please read the note to the members of the
 6   jury?
 7   A    "if you could just let someone know that what I'm saying
 8   is coming from you, I think it will make everybody feel
 9   better.  Altogether, it was 12 guys, two were done, and two
10   more that we did last week.  One left.  My son's coming
11   tonight on a visit."
12   Q    Starting with the first line, "If you could just let
13   someone know what I'm saying is coming from you," what did you
14   understand Basciano to mean in writing that to you?
15   A    Is that he was doing whatever he wanted to do and nobody
16   believed what he was doing come from me.  So they were
17   concerned.  They wanted to hear it from me.  Nobody was
18   moving.
19   Q    Who was they?
20   A    All my captains.
21   Q    At this point in time, just to be clear, approximately
22   when did you receive this note from the defendant?
23   A    I seen him on a Monday, which was the third of January,
24   I'm going to say the fifth, because then I seen him again on
25   Friday.
```

**MASSINO/DIRECT/MERKL**

1              THE COURT:  Is that 2005?

2              THE WITNESS:  2005, your Honor, I'm sorry.

3              THE COURT:  All right.

4         Go ahead.

5    BY MS. MERKL:

6    Q    So when you received the note, "If you could just let

7    someone know that what I'm saying is coming from you," what

8    did you understand that to mean, coming from you?

9    A    Whatever he's doing, he had people thinking that he had

10   an okay from me and I had nothing to do with it.  He did

11   whatever he wanted to do on his own and the people -- my

12   captains didn't believe him.

13             MR. JASPER:  Object to what the captains believed,

14   your Honor.

15             THE COURT:  Sustained as to what the captains

16   believed.

17             MR. JASPER:  Move to strike.

18             THE COURT:  All right.  The jury will disregard that

19   statement.

20             You can go on.

21   BY MS. MERKL:

22   Q    When you say the defendant was doing whatever he wanted

23   to do, what did you mean?

24   A    He made captains.  He broke captains.  He took guys away

25   from guys.  Put guys in his crew.  Made himself the acting

 1    boss.

 2    Q    So when Basciano then wrote to you, "I think it would

 3    make everyone feel better," what did you understand him to

 4    mean by "everyone"?

 5    A    All the people in the Bonanno Family, the wiseguys that

 6    were on the street.

 7    Q    Going on to the next sentence, "Altogether, it was 12

 8    guys.  Two weren't done yet.  They did one last week."  What

 9    did you understand this sentence to mean, altogether it was 12

10    guys?

11    A    That they were going to make 12 guys.

12    Q    And they, the sentence, "They did one last week, one

13    left," what did you understand that to mean?

14    A    Evidently, they made ten.  They did one last week, and

15    then we'll they'll do one next week.  That makes 12.

16    Q    And this last sentence, "My son comes tonight on visit."

17    What did you understand that message to mean?

18    A    He was looking for me to give him a message that he could

19    give to his son to bring to Dominick.

20    Q    At that point in time, where was Dominick?

21    A    Dominick was in the street.

22    Q    So he was not incarcerated?

23    A    No, he wasn't.

24    Q    You mentioned that you next saw Basciano the next day on

25    the Friday?

**MASSINO/DIRECT/MERKL**

```
 1   A    I seen him on a Friday.  I think it was January 7th.

 2   Q    Prior to that meeting, had you agreed to wear a wire?

 3   A    Yes, I did.

 4   Q    Who turned on the recording device?

 5   A    Jeff Slater.

 6   Q    Of the Federal Bureau of Investigation?

 7   A    He's an FBI agent.

 8   Q    Did you, in fact, make a recording of your conversation

 9   with Basciano on that Friday?

10   A    Yes, I did.

11   Q    Now, I would like to fast-forward to June 2005.  You

12   testified that you entered into your cooperation agreement at

13   that time?

14   A    Yes.

15   Q    Under your cooperation agreement, what did you agree to

16   do?

17   A    Tell the truth.

18   Q    Did you agree to testify?

19   A    I agreed to testify whenever the Government needs me.

20   Q    Did you also agree to plead guilty to the murder of

21   George Sciascia?

22   A    Yes, I did.

23   Q    At the time you decided to cooperate, had you already

24   been convicted after trial?

25   A    Yes, I was.
```

**MASSINO/DIRECT/MERKL**

```
 1   Q     Have you been sentenced as a result of your trial
 2   conviction?
 3   A     Yes, I was.
 4   Q     You've been sentenced as a result of your guilty plea to
 5   George Sciascia's murder?
 6   A     Yes, I was.
 7   Q     What sentence did you receive?
 8   A     I got life for the seven murders, then I got life for
 9   George Sciascia, to run consecutive.  That means it runs out.
10   It doesn't run together.
11   Q     So you have two life sentences?
12   A     Two life sentences, running consecutively.
13   Q     Are you presently in jail?
14   A     Yes, I am.
15   Q     Under your agreement with the government, what if
16   anything did the government agree to do for you?
17   A     When I get done, put a Rule 35 in.
18   Q     What do you understand a Rule 35 to be?
19   A     Some kind of a reduction.
20   Q     What does that mean?
21   A     I'm hoping to see light at the end of the tunnel.
22   Q     What, if anything, would be included in your Rule 35
23   letter?
24   A     Me testifying, me telling the truth, that I never lied.
25   Everything I know, I tell the Government.
```

**MASSINO/DIRECT/MERKL**

```
 1   Q    Just to be clear, you mentioned Rule 35.  Is Rule 35 a
 2   rule of criminal procedure in federal court?
 3   A    Yes.
 4   Q    And who would prepare a letter for you to describe the
 5   nature of your cooperation?
 6   A    Prosecutor.
 7   Q    Who would that letter be given to?
 8   A    The judge.
 9   Q    What, if anything, would it allow the judge to do?
10   A    If he wants to do something, fine.  If he don't, he
11   don't.
12   Q    Just to be clear, such a letter could allow a judge to
13   reduce the sentence that you're presently serving?
14   A    Yes.
15   Q    Does the judge have to reduce your sentences if they get
16   such a letter?
17   A    No.  The judge don't have to do anything.
18   Q    Did the government make any promises to you in your
19   cooperation agreement with regard to your living situation
20   while you're incarcerated?
21   A    Yes.
22   Q    What did the government promise you?
23   A    They would put me in a Wit Sec Unit.
24   Q    What is a Wit Sec Unit?
25   A    It's PC unit for cooperators.
```

MASSINO/DIRECT/MERKL

1    Q     Is Wit Sec short for Witness Security?

2    A     Yes.

3    Q     Are you currently in a Witness Security facility?

4    A     Yes, I am.

5    Q     Why are you testifying?

6    A     I had made a deal that I would testify wherever I was

7    needed, and I would tell the truth.

8    Q     What do you hope to gain from your cooperation?

9    A     I'm hoping maybe that one day, I'll see a little light at

10   the end of the tunnel.

11   Q     Has anybody made any promise to you about when the

12   government would file a motion for sentencing reduction, if

13   one is filed?

14   A     Absolutely not.

15   Q     Has anybody made any promise to you about what your

16   sentence might be if the government filed a motion for

17   sentencing reduction?

18   A     Not at all.

19   Q     Do you have an understanding of what would happen if you

20   lie during your testimony or commit any crimes during your

21   cooperation?

22   A     Yes.

23   Q     What did you understand?

24   A     That you would rip up my plea agreement and I would do

25   live.

**MASSINO/DIRECT/MERKL**

```
 1   Q    Does your sentence depend in any way on the outcome of

 2   this trial?

 3   A    No, it doesn't.

 4   Q    Mr. Massino, I'm going to show you what I've marked as

 5   Government's Exhibit 3500-JM-1.  Do you recognize that

 6   document?

 7   A    (Perusing)  Yes, it's my cooperation agreement.

 8   Q    Did you sign it?

 9   A    Yes, I did.

10   Q    Did your lawyer sign it?

11   A    Yes, he did.

12   Q    And under the cooperation agreement, did the government

13   make any promise to you about whether or not the government

14   would prosecute your wife?

15   A    No, they wouldn't prosecute my wife.

16   Q    That's part of your agreement?

17   A    Yes, it is.

18   Q    Did the government make any representations or promises

19   to you about what would happen with regard to your family

20   home?

21   A    They left it.  My wife got the home.

22   Q    Your wife was allowed to stay in the house?

23   A    Yes.

24   Q    Did you forfeit monies to the government as part of your

25   cooperation?
```

MASSINO/DIRECT/MERKL

```
1    A    Yes, I did.

2    Q    Approximately how much did you forfeit?

3    A    Probably a total of about 12 million.

4    Q    And was the 12 million that you forfeited a combination

5    of different assets?

6    A    Yes.  It was cash and five houses.

7    Q    And gold bars?

8    A    And gold bar.

9         MR. JASPER:  I'm sorry, Your Honor.  I didn't hear

10   that.  Cash and --

11        THE COURT:  Houses and gold bars.

12        And when you say 12 million, you mean $12 million --

13        THE WITNESS:  Total, between real estate, gold bars

14   and cash.

15        THE COURT:  $12 million?

16        THE WITNESS:  Yes.

17        THE COURT:  All right.  Go ahead.

18        MS. MERKL:  Your Honor, at this time, the Government

19   offers Mr. Massino's agreement JM-1 into evidence

20        THE COURT:  Any objection?

21        MR. JASPER:  No objection, Judge.

22        THE COURT:  3500-JM-1 is admitted into evidence as

23   Government's Exhibit .

24        THE COURT:  Anything further for today?

25        MS. MERKL:  One final question, Judge.
```

**MASSINO/DIRECT/MERKL**

```
 1              THE COURT:  Go ahead.

 2   BY MS. MERKL:

 3   Q    If you were to lie under your agreement, what would

 4   happen?

 5              MR. JASPER:  Objection.  Asked and answered.

 6   A    You would rip up my plea agreement.

 7   Q    And then what?

 8   A    I'm going to do life.

 9              MS. MERKL:  Thank you.  I have nothing further for

10   today.

11              THE COURT:  For today?  All right.

12
```